IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST** | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH) **DECLARATION OF MARK S. DAVIS; EXHIBIT 1** |

                    PLAINTIFFS,

   VS.

**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,

                    DEFENDANTS.

---

**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

                THIRD-PARTY PLAINTIFFS,

   VS.

**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**

             THIRD-PARTY DEFENDANTS

**NCL (BAHAMA) LIMITED,**

COUNTERCLAIM PLAINTIFF,

vs.

**NATIONAL PARK SERVICE (USA),**

CROSS-CLAIM DEFENDANT

**NATIONAL PARK SERVICE (USA),**

COUNTERCLAIM PLAINTIFF,

vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

COUNTERCLAIM DEFENDANTS.

**NATIONAL PARK SERVICE (USA),**

CROSS-CLAIM PLAINTIFF,

vs.

**NCL (BAHAMA) LIMITED,**

CROSS-CLAIM DEFENDANT.

2

## DECLARATION OF MARK S. DAVIS

1.     I am one of the attorneys for Plaintiffs in the above case and am licensed to practice before this Court.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Judge Ezra's November 30, 2005 order denying Plaintiffs' Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawai'i  January 6, 2006.

_____

MARK S. DAVIS

3