

REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR         561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  524-8350
Facsimile:   531-8628



Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, DBA SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION TO STRIKE FEDERAL DEFENDANT NATIONAL PARK SERVICE'S SUPPLEMENTAL EXPERT WITNESS DESIGNATION FILED 9/16/05; DECLARATION OF DENNIS E. W. O'CONNOR JR.; EXHIBIT "A"; CERTIFICATE OF SERVICE |

167022/04-54/DOJ

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>       Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>       Third-Party Defendants. | Date:<br>Time:<br>Judge: |

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, DBA SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION TO STRIKE FEDERAL DEFENDANT NATIONAL PARK SERVICE'S SUPPLEMENTAL EXPERT WITNESS DESIGNATION FILED 9/16/05**

Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY (collectively "Shin Jin") submit their Reply in Support DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, DBA SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION TO STRIKE FEDERAL DEFENDANT NATIONAL PARK SERVICE'S SUPPLEMENTAL EXPERT WITNESS DESIGNATION FILED 9/16/05.

The USA's expert, Mr. Heshka, was deposed on October 12, 2005 concerning his opinions, and it became clear that he had few facts and no expertise to support his opinions. Jon Heshka testified that he has never before testified as an expert or been qualified as an expert in any U.S. court. (See Exhibit "A," Deposition of Jon Heshka taken October 12, 2005 at page 25, lines 5-11). Mr. Heshka has never testified about risk management programs before, and has not been qualified as an expert in Canada where he lives. (See Exhibit "A," Deposition of Jon Heshka taken October 12, 2005 at page 28, lines 14-25). In fact, he has never even produced a written report for a legal case other than the present case. (See Exhibit "A," Deposition of Jon Heshka taken October 12, 2005 at page 34, lines 10-15.) Mr. Heska does not know what the legal duties of a landowner are in Hawaii. (See Exhibit "A," Deposition of Jon Heshka taken October 12, 2005 at page 44, lines 5-7). He has no background regarding the standards to be used in safety signage. (See Exhibit "A," Deposition of Jon Heshka taken October 12, 2005 at page 66, lines 17-20).

In short, Mr. Heshka is a Canadian involved in search and rescue. His opinions are not grounded in expertise, and he does not have the proper expertise to testify in this matter in the areas designated.

The motion to strike him as an expert should be granted.

DATED: Honolulu, Hawaii, January 6, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DECLARATION OF DENNIS E. W. O'CONNOR JR. |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>Third-Party Defendants. | |

167022/04-54/DOJ

## DECLARATION OF DENNIS E. W. O'CONNOR JR.

DENNIS E. W. O'CONNOR JR., under penalty of perjury under the laws of the State of Hawaii, hereby declares that the following are true:

1. I am an attorney licensed to practice law before all the courts in the State of Hawaii and a partner in the law firm of Reinwald O'Connor & Playdon LLP, attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY in the above-entitled action.

2. I have personal knowledge of the matters discussed herein and am competent to testify thereto.

3. Exhibit "A" is a true and correct copy of excerpts from the Deposition of Jon Heshka taken October 12, 2005.

DATED: Honolulu, Hawaii, January 6, 2006.

_____
DENNIS E. W. O'CONNOR JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>　　　　　Defendants. | CIVIL NO. CV04-00079 DAE/BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　　Third-Party Defendants. | |

143879/04-54/DOJ

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at their last known address by the means indicated on the date shown below.

|  | Mail | Facsimile | Delivered |
|---|---|---|---|
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, HI 96813<br>Attorneys for Plaintiffs | ✓ |  |  |
| R. MICHAEL BURKE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850<br>Attorney for Third-Party Defendant<br>NATIONAL PARK SERVICE | ✓ |  |  |
| JEFFREY S. PORTNOY, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br>Attorney for Third-Party Defendant<br>NCL (BAHAMA LIMITED) incorrectly named herein as NORWEGIAN CRUISE LINES, INC. | ✓ |  |  |

|  | Mail | Facsimile | Delivered |
|---|---|---|---|

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorneys for Defendant
AKAL SECURITY, INC.

DATED: Honolulu, Hawaii, January 6, 2006.

/s/ Dennis E.W. O'Connor
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants

3