IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>　　　　Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DECLARATION OF DENNIS E. W. O'CONNOR JR. |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　Third-Party Defendants. | |

167022/04-54/DOJ

## DECLARATION OF DENNIS E. W. O'CONNOR JR.

DENNIS E. W. O'CONNOR JR., under penalty of perjury under the laws of the State of Hawaii, hereby declares that the following are true:

1. I am an attorney licensed to practice law before all the courts in the State of Hawaii and a partner in the law firm of Reinwald O'Connor & Playdon LLP, attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY in the above-entitled action.

2. I have personal knowledge of the matters discussed herein and am competent to testify thereto.

3. Exhibit "A" is a true and correct copy of excerpts from the Deposition of Jon Heshka taken October 12, 2005.

DATED: Honolulu, Hawaii, January 6, 2006.

_____
DENNIS E. W. O'CONNOR JR.