IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>      Defendants. | CIVIL NO. CV04-00079 DAE/BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>  vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at their last known address by the means indicated on the date shown below.

|  | **Mail** | **Facsimile** | **Delivered** |
|---|---|---|---|

MARK S. DAVIS, ESQ.
MICHAEL K. LIVINGSTON, ESQ.          ✓
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813
Attorneys for Plaintiffs

R. MICHAEL BURKE, ESQ.
Office of the U.S. Attorney              ✓
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850
Attorney for Third-Party Defendant
NATIONAL PARK SERVICE

JEFFREY S. PORTNOY, ESQ.             ✓
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Attorney for Third-Party Defendant
NCL (BAHAMA LIMITED) incorrectly
named herein as NORWEGIAN CRUISE
LINES, INC.

|  | **Mail** | **Facsimile** | **Delivered** |
|---|---|---|---|
| APRIL LURIA, ESQ.<br>JODIE D. ROECA, ESQ.<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>AKAL SECURITY, INC. |  | ✓ |  |

DATED: Honolulu, Hawaii, January 6, 2006.

_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants