IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>Defendants. | CIVIL NO. CV04-00079 DAE/BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>Third-Party Defendants. | |

143879/04-54/DOJ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at their last known address by the means indicated on the date shown below.

|  | Mail | Facsimile | Delivered |
|---|---|---|---|
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, HI 96813<br>Attorneys for Plaintiffs | ✓ | | |
| R. MICHAEL BURKE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850<br>Attorney for Third-Party Defendant<br>NATIONAL PARK SERVICE | ✓ | | |
| JEFFREY S. PORTNOY, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br>Attorney for Third-Party Defendant<br>NCL (BAHAMA LIMITED) incorrectly named herein as NORWEGIAN CRUISE LINES, INC. | ✓ | | |

|                | Mail | Facsimile | Delivered |
|----------------|------|-----------|-----------|

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorneys for Defendant
AKAL SECURITY, INC.

    DATED: Honolulu, Hawaii, January 6, 2006.

                                                    */s/ Dennis E.W. O'Connor*
                                                  DENNIS E.W. O'CONNOR
                                                  DENNIS E.W. O'CONNOR JR.
                                                  Attorneys for Defendants