ORIGINAL

OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE
MARK S. DAVIS                    1442-0
MICHAEL K. LIVINGSTON   4161-0
ANNE WILLIAMS               1662-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
Email: mdavis@davislevin.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2006

at 3 o'clock and 25 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the ESTATE OF JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY; and AKAL SECURITY, INC.,<br><br>Defendants. | CIVIL NO. **04-00079 DAE-BMK**<br>(Wrongful Death)<br><br><br>**PLAINTIFFS' FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE**<br><br><br>**Trial Date:** August 15, 2006 |

SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; and CYNTHIA HATHAWAY,

        Third-Party Plaintiffs,

vs.

NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,

        Third-Party Defendants

## PLAINTIFFS' FINAL COMPREHENSIVE WITNESS LIST

Comes now Plaintiffs above named, by and through their counsel, DAVIS LEVIN LIVINGSTON GRANDE, hereby submit their Final Comprehensive Witness List. The Plaintiffs' witnesses below may be called in person, by deposition testimony, or by video teleconference. The estimates of time are for direct examination and are only rough estimates. Plaintiffs reserve the right to add or delete witnesses based upon disclosures by opposing counsel or witnesses, upon orders in limine, and upon Daubert motions.

A.    **EXPERT WITNESSES**

1.    Elizabeth Tam, M.D.

        c/o Mark S. Davis, Esq.
Davis Levin Livingston Grande
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813

Dr. Tam is Plaintiffs' expert and will testify concerning issues of causation and liability.

Estimated length of Direct Examination: 1 hour

**B. LAY WITNESSES**

1. John J. Gast
c/o Mark S. Davis
Davis Levin Livingston Grande
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813

Plaintiff and widower of Decedent Jacqueline Gast.
Mr. Gast will provide testimony regarding all issues of liability and damages. He will describe the relevant events that took place during the period of October 14-15, 2002. He will also testify on the impact that his wife's wrongful death has had on his life and the lives of their two daughters and other members of their family.

Estimated length of Direct Examination: 2 hours

2. Brooke Ashley Gast
c/o Mark S. Davis
Davis Levin Livingston Grande
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813

Daughter of Decedent Jacqueline Gast.
Will testify regarding the issues of liability and damages. See oral deposition.

Estimated length of Direct Examination: 1 hour

3.    Amanda Renee Gast
     c/o Mark S. Davis
     Davis Levin Livingston Grande
     400 Davis Levin Livingston Grande Place
     851 Fort Street
     Honolulu, HI 96813

     Daughter of Decedent Jacqueline Gast.
     Will testify regarding the issues of liability and damages.

     Estimated length of Direct Examination: 1 hour

4.    Russell A. and Emily Gilmore III
     1949 Evangeline Drive
     Miamisburg, OH 45342

     Brother-in-law and sister-in-law of Plaintiff John Gast.
     Will testify regarding damages suffered by the Plaintiffs.

     Estimated length of Direct Examination: ½ hour

5.    Albert J. Bartkovsky
     6190 N. 31st Avenue
     St. Petersburg, FL 33710

     Brother of Decedent Jacqueline Gast.
     Will testify regarding damages suffered by the Plaintiffs.

     Estimated length of Direct Examination: 1 hour

6.    Jack L. Bartkovsky, Jr.
     3272 - N. 54th Street
     St. Petersburg, FL 33710

     Brother of Decedent Jacqueline Gast.
     Will testify regarding damages suffered by the Plaintiffs.

        Estimated length of Direct Examination:  1 hour

7.    Officer George Makua, Badge # 402
       South Hilo Patrol
       Hilo Police Department
       349 Kapiolani Street
       Hilo, HI 96720

       Police officer who will testify about his police investigation of the incident.

       Estimated length of Direct Examination:  1 hour

8.    Mr. Ian Birnie, Harbormaster
       State of Hawai'i
       Department of Transportation, Harbors Division
       Port of Hilo
       Hilo, HI 96720

       Harbor officer who will testify regarding his conversations with the defendants and his investigation of the incident.

       Estimated length of Direct Examination:  1 hour

9.    Mr. Robert K. Asing, Harbor Security Officer
       State of Hawai'i
       Department of Transportation, Harbors Division
       Port of Hilo
       Hilo, HI 96720

       Harbor officer who will testify regarding his conversations with the defendants and his investigation of the incident.

       Estimated length of Direct Examination:  1 hour

10.   Paul Ducasse, Chief Park Ranger
       U. S. Department of the Interior
       National Park Service
       Hawaii Volcanoes National Park
       c/o R. Michael Burke, Esq.
       Office of the U. S. Attorney

        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, HI 96850

        Park service staff who will testify about the Government's investigation of the incident. See oral deposition.

        Estimated length of Direct Examination: 1 hour

11.    Taures Garcia, Seasonal Maintenance Worker
        U. S. Department of the Interior
        National Park Service
        Hawaii Volcanoes National Park
        c/o R. Michael Burke, Esq.
        Office of the U. S. Attorney
        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, HI 96850

        Park service staff who will testify about his involvement in the incident and conversation with Ms. Hathaway.

        Estimated length of Direct Examination: 1 hour

12.    Brian R. Elms
        650 N. Aohoku Place
        Hilo, HI 96720
        Hiker who found Jacqueline's body.
        Will testify regarding the issues of liability and damages.

        Estimated length of Direct Examination: 1 hour

13.    Sung Ki K. Kwak
        c/o Dennis E. W. O'Connor, Esq.
        Dennis E. W. O'Connor, Jr., Esq.
        Reinwald O'Connor & Playdon, LLP
        Pacific Guardian Center
        Makai Tower, Suite 2400
        733 Bishop Street
        Honolulu, HI 96813

        Defendant
Will testify regarding the issues of liability and damages.

        Estimated length of Direct Examination: 1 hour

14. Mark DeVida
    c/o Dennis E. W. O'Connor, Esq.
    Dennis E. W. O'Connor, Jr., Esq.
    Reinwald O'Connor & Playdon, LLP
    Pacific Guardian Center
    Makai Tower, Suite 2400
    733 Bishop Street
    Honolulu, HI 96813

    A driver for Defendant Sung Ki K. Kwak.
    Will testify regarding the issues of liability and damages.

    Estimated length of Direct Examination: 1 hour

15. Cynthia Kay Hathaway
    c/o Dennis E. W. O'Connor, Esq.
    Dennis E. W. O'Connor, Jr., Esq.
    Reinwald O'Connor & Playdon, LLP
    Pacific Guardian Center
    Makai Tower, Suite 2400
    733 Bishop Street
    Honolulu, HI 96813

    A Defendant and driver for Defendant Sung Ki K. Kwak.
    Will testify regarding the issues of liability and damages. See her depositions.

    Estimated length of Direct Examination: 2 hours

16. James Deering, Hotel Director
    c/o Jeffrey S. Portnoy, Esq.
    Cades Schutte, LLC
    1200 Cades Schutte Building
    1000 Bishop Street

Honolulu, HI 96813

Staff of Defendant Norwegian Cruise Line.
Will testify regarding the issues of liability and damages.

Estimated length of Direct Examination: 1 hour

17. David Corrin, Chief Security Officer
c/o Jeffrey S. Portnoy, Esq.
Cades Schutte, LLC
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813

Staff of Defendant Norwegian Cruise Line.
Will testify regarding matters in his deposition.

Estimated length of Direct Examination: 1 hour

18. Joseph Tabisola, Agent
Quay Cruise Agencies USA
c/o Jeffrey S. Portnoy, Esq.
Cades Schutte, LLC
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813

Agent of Defendant Norwegian Cruise Line.
Will testify regarding liability and his conversations with the other defendants.

Estimated length of Direct Examination: 1 hour

19. Amelia C. Manera, Agent
Quay Cruise Agencies USA
c/o Jeffrey S. Portnoy, Esq.
Cades Schutte, LLC
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813

Agent of Defendant Norwegian Cruise Line.
Will testify regarding liability and her conversations with the other defendants.

Estimated length of Direct Examination: ½ hour

20. Shaine Kuilipule
Akal Security
6700 Kalanianaole Highway
Honolulu, HI 96825

Security officer for Defendant Akal Security.
Will testify regarding his communications with the ship.

Estimated length of Direct Examination: 1 hour

21. Alvin I. Omori, M.D.
Chief Medical Examiner
835 Iwilei Road
Honolulu, HI 96817

Performed the autopsy.
Will testify regarding the autopsy and the meaning of terms within his report.

Estimated length of Direct Examination: ½ hour

22. Raymond Johnson, MD
12657 New Brittany Boulevard
Fort Myers, FL 33907

Was primary physician for Decedent Jacqueline Gast.
Will testify regarding Mrs. Gast's treatment.

Estimated length of Direct Examination: 1 hour

23. Neil P. Akana
c/o R. Michael Burke, Esq.

Mr. Akana is a Special Agent for Defendant National Park Service. He will testify regarding issues of causation consistent with his deposition.

Estimated length of Direct Examination: ½ hour

24. Chris Chestnut
   757 Trails End Circle
   Hurst, TX 76054

   Mr. Chestnut was a passenger in Mrs. Gast's tour van to Hawaii Volcanoes National Park and will testify concerning his knowledge of the incident. See his deposition.

   Estimated length of Direct Examination: 1 hour

25. Nicole Chestnut
   757 Trails End Circle
   Hurst, TX 76054

   Ms. Chestnut was a passenger in Mrs. Gast's tour van to Hawaii Volcanoes National Park and will testify concerning her knowledge of the incident. See her deposition.

   Estimated length of Direct Examination: 1 hour

26. Ramsey Mansour
   741 Hacienda Drive
   La Habra, CA 90631

   Mr. Mansour was a passenger on the Norwegian Star on October 14, 2002 and visited Hawaii Volcanoes National Park. He and his wife recorded a video of the visitor area and lava fields at the Park and will testify concerning issues of causation and liability.

   Estimated length of Direct Examination: ½ hour

27. Tiffany Mansour
    741 Hacienda Drive
    La Habra, CA 90631

    Ms. Mansour was a passenger on the Norwegian Star on October 14, 2002 and visited Hawaii Volcanoes National Park. She and her husband recorded a video of the visitor area and lava fields at the Park and will testify concerning issues of causation and liability.

    Estimated length of Direct Examination: ½ hour

28. Elizabeth Meyer
    20985 Mary Lynn Drive
    Brookfield, WI 53045

    Ms. Meyer was a passenger on the Norwegian Star on October 14, 2002 and spoke with the sister-in-law of Norwegian Star Hotel Manager James Deering concerning the incident. She will testify concerning issues of causation and liability.

    Estimated length of Direct Examination: 1 hour

29. Jamie Kailiawa
    c/o April Luria, Esq.

    Ms. Kailiawa is a Security Guard for Defendant Akal Security, Inc. at the Hilo dock on October 14, 2002. Ms. Kailiawa was informed by Defendant Cynthia Hathaway prior to the departure of the Norwegian Star that a female ship's passenger had been left at Hawaii Volcanoes National Park. She will testify concerning issues of liability and causation.

    Estimated length of Direct Examination: 1 hour

30. Larry Ammasi, Driver
    Kai Tours
    Hilo, HI 96720

    Driver of another van tour company.
    Will testify regarding liability.

    Estimated length of Direct Examination: 1 hour

31. Captain Tommy Stensrud
    c/o Jeffrey S. Portnoy, Esq.
    Cades Schutte, LLC
    1200 Cades Schutte Building
    1000 Bishop Street
    Honolulu, HI 96813

    Captain of the Norwegian Star on October 14, 2002.
    Will testify regarding the issues of liability and damages.

    Estimated length of Direct Examination: 1 hour

32. Stephen Magruder, M.D.
    12781 World Plaza, Suite 1
    Fort Myers, FL 33913

    Dr. Magruder provided therapy services to Mrs. Gast and will testify concerning histreatment and knowledge of Mrs. Gast.

    Estimated length of Direct Examination: 1 hour

33. Joseph Salaz, M.D.
    5225 Clayton Court
    Fort Myers, FL 33907

    Dr. Salaz was a family physician to the Gast family and will testify concerning his medical care of Mrs. Gast.
    See his deposition.

    Estimated length of Direct Examination: ½ hour

34. Various Custodians of Record

   Will authenticate records on file with regard to issues concerning liability and causation.

DATED: Honolulu, Hawai'i, May __11__, 2006

*(signature)*

MICHAEL K. LIVINGSTON
MARK S. DAVIS
ANNE WILLIAMS
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the ESTATE OF JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST<br><br>            Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY<br><br>            Defendants. | CIVIL NO. **04-00079 DAE-BMK**<br>(Wrongful Death)<br><br><br>**CERTIFICATE OF SERVICE** |
| SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>            Third-Party Plaintiffs,<br>vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>            Third-Party Defendants | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the aforesaid document was served upon the following parties by hand delivery on May __11__, 2006.

DENNIS E. W. O'CONNOR, ESQ.
DENNIS E. W. O'CONNOR, JR., ESQ.
**REINWALD O'CONNOR & PLAYDON LLP**
Pacific Guardian Center
Makai Tower, Suite 2400
733 Bishop Street
Honolulu, HI 96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI'I TRAVEL & TOUR**
    and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813
    Attorney for Third-Party Defendant
    **NCL (BAHAMA LIMITED) incorrectly named herein as**
    **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED: Honolulu, Hawai'i, May 11, 2006

                              MICHAEL K. LIVINGSTON
                              MARK S. DAVIS
                              ANNE WILLIAMS
                              Attorneys for Plaintiffs