**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

APRIL LURIA     4687-0
*aLuria@rlhlaw.com*
JODIE D. ROECA 3914-0
*jroeca@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawai'i          96813-3917
Telephone:  (808) 538-7500
Facsimile:   (808) 521-9648

Attorneys for Defendant
Akal Security, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>           Plaintiffs,<br><br>  vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>           Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>AKAL SECURITY, INC.'S FINAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br><br>Trial: August 15, 2006 |

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY, | ) ) ) ) ) |
| Defendants and Third-Party Plaintiffs, | ) ) ) |
| vs. | ) ) |
| NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, | ) ) ) |
| Third-Party Defendants. | ) ) ) |

552-006/P.Final Witness List.wpd

## AKAL SECURITY, INC.'S
## FINAL WITNESS LIST

Defendant Akal Security, Inc. ("Akal"), by and through its counsel Roeca Louie & Hiraoka, submits the following Final Witness List:

I. <u>Witnesses to be Called Live</u>

Akal anticipates calling the following witnesses at trial:

1.   Jamie Kailiawa
     c/o Roeca Louie & Hiraoka
     841 Bishop Street, Suite 900
     Honolulu, Hawai'i 96813

    This witness is expected to testify regarding liability. It is expected that this witness will testify concerning her duties as a security officer with Akal and her recollection of events on October 14, 2002.

2.  Fred Chun
    c/o Roeca Louie & Hiraoka
    841 Bishop Street, Suite 900
    Honolulu, Hawaiʻi 96813

This witness is expected to testify regarding Akal's duties in connection with its contract with Norwegian Cruise Lines; the reason Akal provides security services for Norwegian Cruise Lines and authenticity of Akal's contract with Norwegian Cruise Lines.

3.  Clifford G. Wong, M.D.
    Clinical Laboratories of Hawaiʻi
    Toxicology Department
    91-2135 Fort Weaver Road
    Ewa Beach, Hawaiʻi 96706

This witness is expected to testify regarding issues of liability and damages. This witness will testify as to the toxicology results performed in connection with the autopsy of Jacqueline Gast.

4.  Alvin Omori, M.D.
    Hilo Medical Center
    1190 Waianuenue Avenue
    Hilo, Hawaiʻi 96720

This witness is expected to testify regarding issues of liability and damages. This witness will testify regarding the results of the autopsy performed on Jacqueline Gast.

II. Deposition Testimony that will be designated in the event the witnesses is not called to testify at trial

Akal reserves the right to designate the deposition testimony of the following witnesses in the event they are not called to testify at trial:

1.  Taures Garcia
    c/o R. Michael Burke, Esq.

>Office of the U.S. Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawai'i 96850

This witness is expected to testify regarding issues of liability and damages. Specifically, this witness will testify concerning his conversation with Cynthia Hathaway on October 14, 2002.

>2.  Laurie Horner
>    c/o R. Michael Burke, Esq.
>    Office of the U.S. Attorney
>    PJKK Federal Building
>    300 Ala Moana Boulevard, Room 6100
>    Honolulu, Hawai'i 96850

This witness is expected to testify regarding issues of liability and damages. Specifically, this witness will testify concerning her observations at the Volcano National Park on October 14, 2002.

>3.  Gail N. Minami-Judd
>    c/o R. Michael Burke, Esq.
>    Office of the U.S. Attorney
>    PJKK Federal Building
>    300 Ala Moana Boulevard, Room 6100
>    Honolulu, Hawai'i 96850

This witness is expected to testify regarding issues of liability and damages. This witness will testify concerning her investigation surrounding the death of Jacqueline Gast.

>4.  Kathy Hollingsworth
>    c/o R. Michael Burke, Esq.
>    Office of the U.S. Attorney
>    PJKK Federal Building
>    300 Ala Moana Boulevard, Room 6100
>    Honolulu, Hawai'i 96850

This witness is expected to testify regarding issues of liability and damages. Specifically, this witness will testify concerning her observations at the Volcano National Park on October 14, 2002.

5. David Corrin
c/o Jeffrey S. Portnoy
Cades Schutte, LLP
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, Hawai'i 96813

This witness is expected to testify regarding issues of liability and damages. This witness will testify regarding Akal's duties to the Norwegian Cruise Line and its passengers.

6. Larry Ammasi
P.O. Box 1057
Keaau, Hawai'i 96749

This witness is expected to testify regarding issues of liability. This witness will testify concerning his discussions with Jacqueline Gast and his observations of Mrs. Gast between approximately 10:45 a.m. and 11:00 a.m. on October 14, 2002.

7. Ian Birnie
State of Hawai'i - Department of Transportation - Harbors Division
Port of Hilo
Hilo, Hawai'i 96720

This witness is expected to testify regarding issues of liability and damages. This witness will testify concerning his investigation into the disappearance of Jacqueline Gast and the functions performed by the Port Authority at Hilo port.

8. Matthew Lewis
c/o Jeffrey S. Portnoy
Cades Schutte, LLP
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, Hawai'i 96813

This witness is expected to testify regarding issues of liability and damages. This witness is expected to testify regarding issues of liability and damages. This witness will testify regarding Akal's duties to the Norwegian Cruise Line and its passengers.

9. Nicole Chestnut
757 Trails End Circle
Hurst, Texas 76054

This witness is expected to testify regarding her recollection of events on October 14, 2002.

10. Christopher Chestnut
757 Trails End Circle
Hurst, Texas 76054

This witness is expected to testify regarding his recollection of events on October 14, 2002.

11. Joseph R. Salaz, M.D.
5225 Clayton Court
Fort Meyers, Florida 33907

This witness is expected to testify regarding the health status of Jacqueline Gast, medications prescribed to Jacqueline Gast and other matters concerning his medical care and treatment of Jacqueline Gast.

12.    Stephen Magruder
       12781 World Plaza, Suite 1
       Fort Meyers, Florida 33907

This witness is expected to testify regarding the health status of Jacqueline Gast, medications prescribed to Jacqueline Gast and other matters concerning his medical care and treatment of Jacqueline Gast.

13.    Raymond A. Johnson, M.D.
       12657 New Brittany Blvd., Suite 2
       Fort Meyers, FL 33907

This witness is expected to testify regarding the health status of Jacqueline Gast, medications prescribed to Jacqueline Gast and other matters concerning his medical care and treatment of Jacqueline Gast.

DATED: Honolulu, Hawai'i      MAY 1 2 2006.

_____
APRIL LURIA
JODIE D. ROECA
Attorneys for Defendant
Akal Security, Inc.