IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>    Defendants.<br>_____<br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>    Defendants and<br>    Third-Party Plaintiffs,<br><br>  vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>    Third-Party Defendants.<br>_____ | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE<br><br><br>Trial: August 15, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

MARK S. DAVIS, ESQ.  [ E ]
MICHAEL K. LIVINGSTON, ESQ.
Davis Levin Livingston & Grande
Davis Levin Livingston Grande Place
851 Fort Street, Suite 400
Honolulu, Hawaii 96813-4317
mdavis@davislevin.com
mlivingston@davislevin.com

Attorney for Plaintiffs

DENNIS E. W. O'CONNOR, ESQ.  [ E ]
DENNIS E. W. O'CONNOR, JR., ESQ.
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
doj@roplaw.com

Attorneys for Defendants
Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour,
Cynthia Hathaway

JEFFREY S. PORTNOY, ESQ.        [ HD ]
Cades Schutte
Cades Schutte Fleming & Wright Building
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813-4216

Attorney for Third-Party Defendant
NCL (Bahama) Limited, incorrectly named as
  Norwegian Cruise Lines, Inc.

EDWARD H. KUBO, JR., ESQ.        [ E ]
R. MICHAEL BURKE, ESQ.
Office of the U.S. Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
mike.burke@usdoj.gov

Attorneys for Third-Party Defendant
National Park Service

DATED: Honolulu, Hawaii, _____MAY 12 2006_____.

_____
APRIL LURIA
JODIE D. ROECA
Attorneys for Defendant
Akal Security, Inc.