EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Federal Defendant
NATIONAL PARK SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br>        Defendants.<br>_____<br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>   Defendants and Third-<br>   Party Plaintiffs, | CIVIL NO. 04-00079 DAE-BMK<br><br>FEDERAL DEFENDANT NATIONAL PARK SERVICE'S TRIAL WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br>TRIAL DATE: August 15, 2006<br>TIME:       9:00 a.m.<br>JUDGE:     David Alan Ezra |

|                                         |   |
|---|---|
| vs.                                     | ) |
|                                         | ) |
| NORWEGIAN CRUISE LINES, INC.            | ) |
| and NATIONAL PARK SERVICE,              | ) |
|                                         | ) |
|    Third-Party Defendants. | ) |
|                                         | ) |

### FEDERAL DEFENDANT NATIONAL PARK SERVICE'S TRIAL WITNESS LIST

Federal Defendant National Park Service, by and through its attorney's Edward H. Kubo, Jr., United States Attorney and R. Michael Burke, Assistant United States Attorney makes their final comprehensive witness list pursuant to the Rule 16 Rescheduling Conference held on November 28, 2005.

The following witnesses are expected to testify:

#### Expert Witnesses

1. Dr. George Druger, a pulmonary specialist, will testify as to whether the record can establish a cause of death connected with air quality at the lava flow site.

    Estimated time for direct testimony: .50 Hour.

2. Dr. Michael Stone, a psychiatrist, will testify as to Mrs. Gast's contributory negligence in venturing alone into a wilderness area with intimate knowledge of her own physical and mental health limitations.

    Estimated time for direct testimony: 1 Hour.

        3.    Selma Uyeno Yamamoto, a pharmacist, will testify as to whether the record can establish a cause of death connected with Mrs. Gast's presence in the federal park.

        Estimated time for direct testimony: .50 Hour.

        4.    Jon Heshka, a search and rescue specialist, will testify as to proximate causation issues.

        Estimated time for direct testimony: 1 Hour.

### Witnesses

        1.    Brian Elms will testify as to liability issues, including finding Mrs. Gast's remains and closure signage.

        Estimated time for direct testimony: .50 Hour.

        2.    Cynthia Hathaway, a tour guide with Kwak's Tours, whom plaintiff rode with to visit the Hawaii Volcanoes National Park, will testify as to liability issues.

        Estimated time for direct testimony: 1 Hour.

        3.    Sergeant Stephen Miller, a Retired Hawaii County Police Department, will testify as to liability issues.

        Estimated time for direct testimony: .50 Hour.

        4.    Dr. Alvin I. Omori, pathologist at Hilo Medical Center, Department of Pathology, will testify as to whether the record can establish a cause of death connected with Mrs. Gast's presence in the federal park.

        Estimated time for direct testimony: .50 Hour.

    5. Neil Akana, Park Ranger for Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

    Estimated time for direct testimony: 1 Hour.

    6. John Broward, a Park Ranger with Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

    Estimated time for direct testimony: .50 Hour.

    7. Paul DuCasse, retired Chief Ranger of Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

    Estimated time for direct testimony: .50 Hour.

    8. Kathy Hollingsworth, a Park Ranger with Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

    Estimated time for direct testimony: .50 Hour.

    9. Lauri Horner, a Park Ranger with Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

    Estimated time for direct testimony: .50 Hour.

    10. Jeff Kracht, a Park Ranger with Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

    Estimated time for direct testimony: 50 Hour.

       11.   Mardie Lane, Park Spokesperson for Hawaii Volcanoes National Park, will testify as to liability issues.

           Estimated time for direct testimony: .50 Hour.

       12.   Gail Minami, District Ranger for Hawaii Volcanoes National Park, will testify as to circumstances surrounding discovery of Mrs. Gast's remains and liability issues, including closure signage.

           Estimated time for direct testimony: .50 Hour.

       13.   Karen Treas, Park Ranger for Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

           Estimated time for direct testimony: .50 Hour.

       14.   Jeffrey B. Judd, Retired Special Agent for Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

           Estimated time for direct testimony: .50 Hour.

       15.   Taures Garcia, a Former Maintenance Worker for Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

           Estimated time for direct testimony: .50 Hour.

       16.   James Martin, a Former Superintendent of Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

           Estimated time for direct testimony: .50 Hour.

        17.  Nancy Reilly, a Park Ranger for Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

        Estimated time for direct testimony: .50 Hour.

        18.  Randy Wentworth, a Former Employee with Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

        Estimated time for direct testimony: .50 Hour.

        19.  Merrill Frank, a Volunteer for Hawaii Volcanoes National Park, will testify as to liability issues, including closure signage.

        Estimated time for direct testimony: .50 Hour.

        20.  Christine Heliker, a Geologist with the United States Geological Survey, will testify as to liability issues, including closure signage.

        Estimated time for direct testimony: .50 Hours.

        21.  Ian Birnie, Harbor Master for the State of Hawaii, will testify as to liability issues.

        Estimated time for direct testimony: .50 Hour.

        22.  Robert K. Asing, State Security Officer for the State of Hawaii, will testify as to liability issues.

        Estimated time for direct testimony: .50 Hour.

      23. Larry Ammasi, a Commercial Tour Guide for Kai Tours, will testify as to liability issues.

      Estimated time for direct testimony: .50 Hour.

      24. Danny Devida, an employee with Shin Jin Tours, will testify as to liability issues.

      Estimated time for direct testimony: .50 Hour.

      25. Amelia C. Manera, an employee with Quay Cruise Agency, will testify as to liability issues.

      Estimated time for direct testimony: .50 Hour.

      26. George Makua, Hilo Police Department, will testify as to liability issues.

      Estimated time for direct testimony: .50 Hour.

    Defendant reserves the right to supplement this list as additional information and/or records become available through further discovery as well as call all witnesses listed by other parties.

      DATED: May 15, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                  /s/ R. Michael Burke
              By _____
                  R. MICHAEL BURKE
                  Assistant U.S. Attorney

                Attorneys for Federal
                 Defendant
                NATIONAL PARK SERVICE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mark S. Davis   mdavis@davislevin.com
May 15, 2006

Michael K. Livingston mlivingston@davislevin.com
May 15, 2006

April Luria     aluria@rlhlaw.com
May 15, 2006

Dennis E.W. O'Connor, Jr.     Doj@roplaw.com
May 15, 2006

Jodie D. Roeca     jroeca@rlhlaw.com
May 15, 2006

Served by First-Class mail:

Dennis E.W. O'Connor     May 15, 2006
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813


Jeffrey S. Portnoy     May 15, 2006
Cades Schutte
1000 Bishop St., 12th Floor
Honolulu, Hawaii   96813

DATED: May 15, 2006, at Honolulu, Hawaii.

/s/ Myra Y. Peterson
_____