REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>       Plaintiffs,<br><br>   vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>       Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, DBA SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE |

175135/04-54/DOJ

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

          Third-Party Plaintiffs,

    v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

          Third-Party Defendants.

---

### DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, DBA SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S FINAL COMPREHENSIVE WITNESS LIST

       Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN

JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY, by and through

their attorneys, Reinwald O'Connor & Playdon LLP, hereby submits their Final

Comprehensive Witness List.

| WITNESS | TESTIMONY |
|---|---|
| 1.   Cynthia Hathaway<br>c/o Reinwald O'Connor & Playdon LLP<br>733 Bishop Street, #2400<br>Honolulu, Hawaii 96813 | Defendant.  Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*:  1 hr |

| WITNESS | TESTIMONY |
|---|---|

2.    John Gast
c/o Mark S. Davis, Esq.
Michael K. Livingston, Esq.
400 Davis Levin Livingston Grande Pl.
851 Fort Street
Honolulu, HI 96813

Plaintiff.  Will testify regarding the issues of liability and damages.

*Estimated Direct Examination*:  2 hrs

3.    Amanda Renee Gast
c/o Mark S. Davis, Esq.
Michael K. Livingston, Esq.
400 Davis Levin Livingston Grande Pl.
851 Fort Street
Honolulu, HI 96813

Plaintiff.  Will testify regarding the issues of liability and damages.

*Estimated Direct Examination*:  1 hr

4.    Brooke Ashley Gast
c/o Mark S. Davis, Esq.
Michael K. Livingston, Esq.
400 Davis Levin Livingston Grande Pl.
851 Fort Street
Honolulu, HI 96813

Plaintiff.  Will testify regarding the issues of liability and damages.

*Estimated Direct Examination*:  1 hr

5.    Taures Garcia
c/o R. Michael Burke, Esq.
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

National Park Service employee and eyewitness. Will testify regarding the issues of liability and damages.

*Estimated Direct Examination*:  1 hr

6.    Laurie Horner
c/o R. Michael Burke, Esq.
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96850

Park Service employee.  Will testify regarding the issues of liability and damages concerning Park.

*Estimated Direct Examination*:  ½ hr

| WITNESS | TESTIMONY |
|---|---|
| 7. Mardie Lane<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850 | National Park Service spokeswoman. Will testify regarding the issues of liability and damages and statements to the media re: Mrs. Gast.<br><br>*Estimated Direct Examination*: 1 hr |
| 8. Gail N. Minami-Judd<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850 | National Park Service supervisory park ranger. Will testify regarding the issues of liability and damages and her investigation of the death.<br><br>*Estimated Direct Examination*: 2.5 hrs |
| 9. John Broward<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850 | National Park Service park ranger. Will testify regarding the issues of liability and damages and recovery of Mrs. Gast's body.<br><br>*Estimated Direct Examination*: ½ hr |
| 10. Jeff Kracht<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850 | National Park Service park ranger. Will testify regarding the issues of liability and damages and recovery of Mrs. Gast's body.<br><br>*Estimated Direct Examination*: ½ hr |

| WITNESS | TESTIMONY |
|---|---|
| 11. Jeffrey Judd<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850 | National Park Service park ranger. Will testify regarding the issues of liability and damages and recovery of Mrs. Gast's body.<br><br>*Estimated Direct Examination*: ½ hr |
| 12. Paul M. Ducasse<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, Hawaii 96850 | National Park Service Chief Park Ranger. Will testify regarding the issues of liability and damages, closure of a part of the Park, signage and the eruption site.<br><br>*Estimated Direct Examination*: 2 hrs |
| 13. David Corrin<br>c/o Jeffrey S. Portnoy, Esq.<br>Cades Schutte, LLC<br>1200 Cades Schutte Building<br>1000 Bishop Street<br>Honolulu, Hawaii 96813 | Norwegian Cruise security officer. Will testify regarding the issues of liability and damages, and the investigation into Mrs. Gast's disappearance as well as his role in and oversight of the ship card readers.<br><br>*Estimated Direct Examination*: 2 hrs |
| 14. Captain Tommy Stensrud<br>c/o Jeffrey S. Portnoy, Esq.<br>Cades Schutte, LLC<br>1200 Cades Schutte Building<br>1000 Bishop Street<br>Honolulu, Hawaii 96813 | Norwegian Star Captain. Will testify regarding the issues of liability and damages, and the investigation into Mrs. Gast's disappearance and the card readers.<br><br>*Estimated Direct Examination*: 1 hr |

|  | **WITNESS** | **TESTIMONY** |
|---|---|---|
| 15. | Larry Ammasi<br>Lots 211 and 212<br>N. Oshiro Road<br>Mountain View, HI | Tour bus driver.  Will testify regarding the issues of liability and damages and his interaction with Mrs. Gast on the day she allegedly went missing.<br><br>*Estimated Direct Examination*:  1 hr |
| 16. | Robert K. Asing<br>74-223 Ililoa Street<br>Kailua Kona, Hawaii  96740 | Hilo Harbor Security Officer. Will testify regarding the issues of liability and damages, and the communication with NCL's vessel from the dock.<br><br>*Estimated Direct Examination*:  1 hr |
| 17. | Ian Birnie<br>State of Hawaii- Department of<br>   Transportation-Harbors Division<br>Port of Hilo<br>Hilo, Hawaii  96720 | Harbors Division District Manager.   Will testify regarding the issues of liability and damages and his investigation into Mrs. Gast's disappearance.<br><br>*Estimated Direct Examination*:  1 hr |
| 18. | Custodian of Records<br>State of Hawaii – Department of<br>   Transportation—Harbors Division<br>Hale Awa Ku Moku Building, Room 310<br>79 South Nimitz Highway<br>Honolulu, HI 96813-4898 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*:  ¼ hr |

| WITNESS | TESTIMONY |
|---|---|
| 19.  Clifford G. Wong, M.D.<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Physician.  Will testify regarding the issues of liability and damages and results of toxicology screening done to Mrs. Gast's body.<br><br>*Estimated Direct Examination*: 1 hr |
| 20.  Custodian of Records<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 21.  Pacific Pathogists<br>Hilo Medical Center<br>1190 Waianuenue Avenue<br>Hilo, Hawaii  96720 | Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |
| 22.  Custodian of Records<br>Hilo Medical Center<br>1190 Waianuenue Avenue<br>Hilo, Hawaii  96720 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 23.  George Makua<br>Hilo Police Department<br>349 Kapiolani Street<br>Hilo, Hawaii  96720 | Police officer.  Will testify regarding the issues of liability and damages and interaction with Jamie Kailiawa.<br><br>*Estimated Direct Examination*: 1 hr |
| 24.  Custodian of Records<br>Hilo Police Department<br>349 Kapiolani Street<br>Hilo, Hawaii  96720 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |

|  | **WITNESS** | **TESTIMONY** |
|---|---|---|
| 25. | Sharon Weiler<br>3451 Bonita Bay Boulevard<br>Bonita Springs, Florida 34134 | Travel company agent. Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |
| 26. | Alvin Omori, M.D.<br>Hilo Medical Center<br>1190 Waianuenue Avenue<br>Hilo, Hawaii 96720 | Medical Examiner. Will testify regarding the issues of liability and damages and his medical examination of the body.<br><br>*Estimated Direct Examination*: 1 hr |
| 27. | Custodian of Records of Akal Security<br>6700 Kalanianaole Highway, Suite 217<br>Honolulu, Hawaii 96825 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 28. | Shaine Kuilipule<br>6700 Kalanianaole Highway, Suite 217<br>Honolulu, Hawaii 96825 | Akal security. Will testify regarding the issues of liability and damages and his interaction with the NCL vessel, its agents and Jamie Kailiawa.<br><br>*Estimated Direct Examination*: 1 hr |
| 29. | Amelia C. Manera<br>Quay Cruise Agency<br>735 Bishop Street, Suite 337<br>Honolulu, Hawaii 96813 | Ship Agent. Will testify regarding the issues of liability and damages and the actions she took in connection with Mrs. Gast's disappearance.<br><br>*Estimated Direct Examination*: 1.5 hrs |

| WITNESS | TESTIMONY |
|---|---|
| 30. Raymond A. Johnson, M.D.<br>12657 New Brittany Boulevard<br>Building 12E<br>Fort Meyers, Florida 33907 | Plaintiff's psychiatrist. Will testify regarding the issues of liability and damages and his treatment of Mrs. Gast and his opinions regarding causation and illness.<br><br>*Estimated Direct Examination*: 1 hr |
| 31. Custodian of Records<br>Raymond A. Johnson, M.D.<br>12657 New Brittany Boulevard<br>Building 12E<br>Fort Meyers, Florida 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 32. Jamie K. Kailiawa<br>31 Pua Avenue<br>Hilo, Hawaii 96720 | Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1.5 hrs |
| 33. Martha Wood<br>4604 Butler Bend Court<br>St. Louis, Missouri 63128 | Van passenger and eyewitness to scene. Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |
| 34. Sung Ki Kwak<br>c/o Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813 | Defendant. Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |

| **WITNESS** | **TESTIMONY** |
|---|---|
| 35. Neil P. Akana<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850 | Park Ranger. Will testify regarding the issues of liability and damages and Park's liability and signage issues.<br><br>*Estimated Direct Examination*: 1 hr |
| 36. Thomas Fake<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850 | 30(b)(6) designee of the USA. Will testify regarding the issues of liability and damages in the areas so designated.<br><br>*Estimated Direct Examination*: 1 hr |
| 37. Nicole Chestnut<br>757 Trails End Circle<br>Hurst, Texas 76054 | Van passenger and eyewitness to scene. Will testify regarding the issues of liability and damages concerning the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |
| 38. Christopher Chestnut<br>757 Trails End Circle<br>Hurst, Texas 76054 | Van passenger and eyewitness to scene. Will testify regarding the issues of liability and damages concerning the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |

| WITNESS | TESTIMONY |
|---|---|
| 39.  Mark Devita<br>15-1988 31st Street<br>Keaau, Hawaii  96709 | Van driver for Shin Jin.  Will testify regarding the issues of liability and damages and his interaction with Ms. Hathaway.<br><br>*Estimated Direct Examination*:  1 hr |
| 40.  Joseph R. Salaz, M.D.<br>5225 Clayton Court<br>Fort Meyers, Florida  33907 | Plaintiff Jacqueline Gast's doctor.  Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*:  1 hr |
| 41.  Custodian of Records<br>Joseph R. Salaz, M.D.<br>5225 Clayton Court<br>Fort Meyers, Florida  33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*:  ¼ hr |
| 42.  Ramsey Mansour<br>741 Hacienda drive<br>La Habra, California | Tourist who visited eruption site on alleged day of incident.  Will testify regarding the issues of liability and damages and his video of the eruption site.<br><br>*Estimated Direct Examination*:  1 hr |

| WITNESS | TESTIMONY |
|---------|-----------|
| 43.  Tiffany Mansour<br>741 Hacienda drive<br>La Habra, California | Tourist who visited eruption site on alleged day of incident. Will testify regarding the issues of liability and damages and the video of the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |
| 44.  Elizebeth Meyer<br>20985 Mary Lynn Drive<br>Brookfield, Wisconsin  53045 | Van passenger and passenger aboard NCL's vessel.  Will testify regarding the issues of liability and damages and her interaction with NCL.<br><br>*Estimated Direct Examination*: 1 hr |
| 45.  Joseph Tabiscola<br>General Steamship Corp Ltd.<br>5901 Christie Ave # 305<br>Emeryville, CA 94608 | Ship agent.  Will testify regarding the issues of liability and damages and the actions she took in connection with Mrs. Gast's disappearance.<br><br>*Estimated Direct Examination*: 1 hr |
| 46.  James Martin<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850 | 30(b)(6) designee of USA. Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1.5 hrs |

| **WITNESS** | **TESTIMONY** |
|---|---|
| 47. Stephen Magruder<br>12781 World Plaza, Suite 1<br>Fort Meyers, Florida 33907 | Plaintiff's therapist. Will testify regarding the issues of liability and damages and his treatment of Plaintiff.<br><br>*Estimated Direct Examination*: 1.5 hrs |
| 48. Custodian of Records<br>Stephen Magruder<br>12781 World Plaza, Suite 1<br>Fort Meyers, Florida 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 49. Karen Treas<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850 | Park employee. Will testify regarding the issues of liability and damages and the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |
| 50. Kathy Hollingsworth<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850 | Park employee. Will testify regarding the issues of liability and damages and the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |
| 51. Peter Fung<br>236 Edgebank Cir NW<br>Calgary, AB T3A 4W1<br>Canada | Van passenger. Will testify regarding the issues of liability and damages and the tour to the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |

| WITNESS | TESTIMONY |
|---------|-----------|
| 52. Patricia Fung<br>236 Edgebank Cir NW<br>Calgary, AB T3A 4W1<br>Canada | Van passenger. Will testify regarding the issues of liability and damages and the tour to the eruption site.<br><br>*Estimated Direct Examination*: 1 hr |
| 53. Brian Elms<br>650 North Aohoku Place<br>Hilo, Hawaii 96720 | Hiker. Will testify regarding the issues of liability and damages including finding Mrs. Gast's body.<br><br>*Estimated Direct Examination*: 1 hr |
| 54. Richard Gill, Ph.D.<br>Applied Cognitive Services<br>2104 West Riverside<br>Spokane, WA 99201 | Expert in human factors engineering, safety and risk management to testify concerning liability, damages, his review of the case and his opinons regarding the same.<br><br>*Estimated Direct Examination*: 2 hrs |
| 55. John P. ("Jack") Lockwood, Ph.D.<br>P. O. Box 479<br>Volcano, Hawaii 96785 | Expert in vulcanology to testify concerning liability, damages, his review of the case and his opinons regarding the same.<br><br>*Estimated Direct Examination*: 1 hr |

| **WITNESS** | **TESTIMONY** |
|---|---|
| 56. | Stephen B. Kemble, M.D.<br>Psychiatric Associates, Ltd.<br>One Kapiolani Building, Suite 402<br>600 Kapiolani Boulevard<br>Honolulu, Hawaii 96813 | Expert Psychiatrist to testify concerning liability, damages, his review of the case and his opinons regarding the same<br><br>*Estimated Direct Examination*: 2 hrs |
| 57. | Matthew Lewis<br>c/o Jeffrey S. Portnoy, Esq.<br>Cades Schutte, LLP<br>1200 Cades Schutte Building<br>1000 Bishop Street<br>Honolulu, Hawaii 96813 | 30(b)(6) designee of NCL. Will testify regarding liability and damages in those areas where he is so designated.<br><br>*Estimated Direct Examination*: 1 hr |
| 58. | Soon Sin Kwak<br>c/o Reinwald O'Connor & Playdon LLP<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii 96813 | Wife of Sung Ki Kwak. Will testify regarding liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |
| 59. | Custodian of Records<br>Fort Myers Police Department<br>2210 Peck Street<br>Fort Myers, FL 33901 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 60. | Custodian of Records<br>Learning Express<br>College Parkway Plaza<br>7091 College Parkway, Unit 10<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |

| **WITNESS** | **TESTIMONY** |
|---|---|
| 61. Custodian of Records<br>Suncoast Realty &<br>Property Management Inc.<br>224 Franklin Boulevard<br>Eastpoint, FL 32328<br>Phone: (850) 927-2230 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 62. Custodian of Records<br>Lee Memorial Health System<br>2776 Cleveland Avenue<br>Fort Myers, FL 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 63. Custodian of Records<br>Lee Memorial Hospital<br>2776 Cleveland Avenue<br>Fort Myers, FL 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 64. Custodian of Records<br>Michael Andersen, D.D.S.<br>5245 Big Pine Way, Suite 103<br>Fort Myers, FL 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 65. Custodian of Records/Representative of Department of Interior/Volcanoes Park USA | Will testify regarding liability and damages and authenticity of documents.<br><br>*Estimated Direct Examination*: ¼ hr |
| 66. Custodian of Records<br>DNA Connection<br>1812 University Boulevard<br>Tuscaloosa, Alabama  35401 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |

| WITNESS | TESTIMONY |
|---|---|

67. Custodian of Records
Fort Myers Police Department
2210 Peck Street
Fort Myers, FL 33901

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

68. Custodian of Records
Cingular
Pacific Gaurdian Center
737 Bishop Street, Suite 122
Honolulu, Hawaii 96813

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

69. Custodian of Records
DBPR Customer Contact Center
1940 North Monroe Street
Tallahassee, Florida 32399

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

70. Custodian of Records
Autopsy Services (Laura Hair, M.D.),
6515 N. Armenia Avenue
Tampa, Florida 33604

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

71. Custodian of Records
Gulf Coast Hospital
13681 Doctor's Way
Fort Meyers, Florida 33912

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

72. Custodian of Records
Chief Medical Examiner's office
70 Danley Drive
Fort Meyers, Florida 33907

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

73. Custodian of Records
United States Government-
Geological Survey
Department Of Interior
Federal Building
Hilo, Hawaii 96720

Will testify regarding the authenticity of records.

*Estimated Direct Examination*: ¼ hr

| WITNESS | TESTIMONY |
|---|---|
| 74. | Custodian of Records<br>Learning Express<br>College Parkway Plaza<br>7091 College Parkway, Unit 10<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 75. | Custodian of Records<br>Lee Memorial Park Funeral Home<br>13777 State Road 87<br>Fort Meyers, Florida  33913 | Will testify regarding the authenticity of records.<br><br>*Estimated Direct Examination*: ¼ hr |
| 76. | Gayle Carter<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |
| 77. | Mike Lau, MLT, ASCP<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |
| 78. | Jon Tsuchida, MT<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |

| WITNESS | TESTIMONY |
|---|---|
| 79.  Claudia M. Nissen, MT<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages.<br><br>*Estimated Direct Examination*: 1 hr |

DATED:  Honolulu, Hawaii,  May 15, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JOHN GAST, Individually, and as
Special Administrator of the Estate of
JACQUELINE GAST, and as
Guardian Ad Litem for his minor
child, AMANDA RENEE GAST, and
BROOKE ASHLEY GAST,

        Plaintiffs,

   vs.

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY, and
AKAL SECURITY, INC., a New
Mexico corporation,

        Defendants.

_____

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship; and
CYNTHIA HATHAWAY,

        Third-Party Plaintiffs,

   vs.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

        Third-Party Defendants.

CIVIL NO. CV04-00079 DAE/BMK
(Wrongful Death)

CERTIFICATE OF SERVICE

143879/04-54/DOJ

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at their last known address by the means indicated on the date shown below.

| | **Mail** | **Facsimile** | **Delivered** |
|---|---|---|---|
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, HI 96813<br>Attorneys for Plaintiffs | ✓ | | |
| R. MICHAEL BURKE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850<br>Attorney for Third-Party Defendant<br>NATIONAL PARK SERVICE | ✓ | | |
| JEFFREY S. PORTNOY, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br>Attorney for Third-Party Defendant<br>NCL (BAHAMA LIMITED) incorrectly<br>named herein as NORWEGIAN CRUISE<br>LINES, INC. | ✓ | | |

2

|  | **Mail** | **Facsimile** | **Delivered** |
|---|---|---|---|

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Attorneys for Defendant
AKAL SECURITY, INC.

DATED:  Honolulu, Hawaii, May 15, 2006.

_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants

3