# ORIGINAL

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY         1211-0
NEILL T. TSENG              8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808) 521-9200
Fax:        (808) 540-5040
Email:      jportnoy@cades.com

Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at 3 o'clock and 39 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>　　　　　Defendants. | CIVIL NO. 04-00079 DAE-BMK<br>(Wrongful Death)<br><br>THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S FINAL COMPREHENSIVE WITNESS LIST; CERTIFICATE OF SERVICE<br><br><br><br>Judge: Honorable David Alan Ezra<br><br>Trial:  August 15, 2006 |

ImanageDB:649542.1

|                                                                                                                                                                   |
| ----------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>Third-Party Defendants. |

## THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S FINAL COMPREHENSIVE WITNESS LIST

Third-Party Defendant NCL (BAHAMA) LTD ("NCL"), by and through its attorneys, Cades Schutte LLP, hereby submits its Final Comprehensive Witness List:

1.   Amanda Kendall
     c/o Jeffrey S. Portnoy
     Cades Schutte LLP
     1000 Bishop Street, Suite 1200
     Honolulu, Hawaii 96813

     Norwegian Star assistant front office manager. This witness is expected to testify regarding liability.
     Expected length of Direct Examination: 1 hour

2.   Kate Mandy
     c/o Jeffrey S. Portnoy
     Cades Schutte LLP
     1000 Bishop Street, Suite 1200
     Honolulu, Hawaii 96813

ImanageDB:649542.1

       Norwegian Star chief purser. This witness is expected to testify regarding liability.
Expected length of Direct Examination: ½ hour

3. Willie Gartland
c/o Jeffrey S. Portnoy
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

   Norwegian Wind security officer. This witness is expected to testify regarding liability.
   Expected length of Direct Examination: ½ hour

4. Robert K. Asing
74-223 Ililoa Street
Kailua Kona, Hawaii 96740

   Hilo Harbor Police. This witness is expected to testify regarding liability. This witness will testify regarding his investigation of the incident.
   Expected length of Direct Examination: 1 hour

5. George Makua
Hilo Police Department
349 Kapiolani Street
Hilo, Hawaii 96720

   Hilo police officer. This witness is expected to testify regarding liability. This witness will testify regarding his investigation of the incident.
   Expected length of Direct Examination: ½ hour

6. Lawrence L. Terlep, Sr.
State of Hawaii, Department of Land and Natural Resources, Division of Conservation and Resources Enforcement
35 Holomua Street
Hilo, Hawaii 96720

DLNR officer. This winess is expected to testify regarding liability.
This witness will testify regarding his investigation of the incident.
Expected length of Direct Examination: ½ hour

7. David Corrin
c/o Jeffrey S. Portnoy
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Norwegian Star security officer. This witness is expected to testify regarding liability.
Expected length of Direct Examination: 1½ hours

8. Matthew Lewis
c/o Jeffrey S. Portnoy
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

NCL director of security. This witness is expected to testify regarding liability.
Expected length of Direct Examination: 1 hour

9. Tommy Stensrud
c/o Jeffrey S. Portnoy
Cades Schutte LLP
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Norwegian Star captain. This witness is expected to testify regarding liability.
Expected length of Direct Examination: 1 hour

10. Ian Birnie
State of Hawaii, Department of Transportation, Harbors Division
Hale Awa Ku Moku Building
Room 310
79 South Nimitz Highway
Honolulu, Hawaii 96813

        Harbors Division district manager. This witness is expected to testify regarding liability
        Expected length of Direct Examination: 1 hour

11.    Larry Ammasi
        P.O. Box 1057
        Keaau, Hawaii 96749

        Tour bus driver. This witness is expected to testify regarding liability. This witness will testify regarding his conversations with Mrs. Gast, Ms. Hathaway, and others on October 14, 2002.
        Expected length of Direct Examination: 1 hour

12.    Joseph Tabisola
        Quay Cruise Agency USA
        735 Bishop Street, Suite 337
        Honolulu, Hawaii 96813

        Quay Cruise Agency operations manager. This witness is expected to testify regarding liability.
        Expected length of Direct Examination: ½ hour

13.    Mark Devita
        15-1988 31st Street
        Keaau, Hawaii 96709

        Shin Jin Tours tour driver. This witness is expected to testify regarding liability. This witness will testify regarding his knowledge of the incident.
        Expected length of Direct Examination: ½ hour

DATED: Honolulu, Hawaii, May 16, 2006.

    CADES SCHUTTE
A Limited Liability Law Partnership

_____
JEFFREY S. PORTNOY
NEILL T. TSENG
Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein
as NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>   v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>      Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>   v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

ImanageDB:649542.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was duly served by hand delivery on the parties listed below at the last known address:

      MARK S. DAVIS, ESQ.
      MICHAEL K . LIVINGSTON, ESQ.
      Davis Levin Livingston Grande
      400 Davis Levin Livingston Grande Place
      851 Fort Street
      Honolulu, Hawaii  96813
          Attorneys for Plaintiffs


      DENNIS E. W. O'CONNOR, ESQ.
      DENNIS E. W. O'CONNOR JR., ESQ.
      Reinwald O'Connor & Playdon LLP
      Pacific Guardian Center, Makai Tower
      733 Bishop Street, Suite 2400
      Honolulu, Hawaii  96813
          Attorneys for Defendants and Third-Party
          Plaintiffs SUNG KI KWAK, dba SHIN
          JIN HAWAII TRAVEL & TOUR and
          CYNTHIA HATHAWAY


      R. MICHAEL BURKE, ESQ.
      Office of the U.S. Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii  96813
          Attorney for Third-Party Defendant
          NATIONAL PARK SERVICE

ImanageDB:649542.1

     APRIL LURIA, ESQ.
     JODIE D. ROECA, ESQ.
     Roeca, Louie & Hiraoka
     900 Davies Pacific Center
     841 Bishop Street
     Honolulu, Hawaii 96813
          Attorneys for Defendant
          AKAL SECURITY, INC.

DATED: Honolulu, Hawaii, May 16, 2006.

          CADES SCHUTTE
          A Limited Liability Law Partnership

          _____
          JEFFREY S. PORTNOY
          NEILL T. TSENG
          Attorneys for Third-Party Defendant NCL
          (BAHAMA) LTD incorrectly named herein
          as NORWEGIAN CRUISE LINES, INC.