REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST, | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death) |
| Plaintiffs, | DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S FINAL PRETRIAL STATEMENT; CERTIFICATE OF SERVICE |
| vs. | |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, | |
| Defendants. | |

167773/FC

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

        Third-Party Plaintiffs,

   v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

        Third-Party Defendants.

**DEFENDANTS AND THIRD-PARTY PLAINTIFFS
SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR
AND CYNTHIA HATHAWAY'S FINAL PRETRIAL STATEMENT**

Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba Shin Jin Hawaii Travel & Tour and CYNTHIA HATHAWAY, by and through their counsel, Reinwald O'Connor & Playdon LLP, hereby submit their final pretrial statement pursuant to Local Rule 16.6.

A.    <u>PARTY</u>

This pretrial statement is submitted on behalf of Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba Shin Jin Hawaii Travel & Tour and CYNTHIA HATHAWAY (hereinafter "Defendants").

B.    JURISDICTION AND VENUE

It is the contention of Defendants Kwak and Hathaway that there is no complete diversity in this matter, and that this Court cannot have jurisdiction pursuant to 28 U.S.C. section 1332.

C.    SUBSTANCE OF ACTION

Plaintiffs are the estate and survivors of Jacqueline Gast.  They bring claims concerning the death of Jacqueline Gast at the Hawaii Volcanoes National Park.  The pertinent facts concerning the claims are that on or about October 14, 2002, Plaintiff John Gast and his wife, Jacqueline, were passengers aboard the cruise ship Norwegian Star which was docked at Hilo Harbor.  Jacqueline Gast disembarked the ship that morning and joined a Shin Jin Tour being conducted by tour driver Cynthia Hathaway which, among other things, went down to the end of Chain of Craters Road in October 2002.  Cynthia Hathaway provided at least two safety briefings concerning the eruption site.  At the eruption site, there were two trails marked by the National Park Service to allow people to walk down and view red lava and lava entering the sea.  The trails were marked by National Park employees on a daily basis.  On October 16, 2002, a to-scale map was made showing where the trails were.  At the end of Chain of Craters Road, there were two bathrooms and a covered pavilion with picnic tables, and an attached ranger office.  When the passengers exited the van on October 14, 2002, Cynthia

Hathaway pointed out the restrooms and talked about the pavilion. There was a couple that did not want to go for a walk, and they knew that they were to wait at the pavilion. Ms. Hathaway told the entire group that they should rendezvous at the pavilion at 11:00 a.m. for the return to the ship. Jacqueline Gast was lagging behind the group. Before Jacqueline arrived at the end of the road where the trails began, Ms. Hathaway spoke to her. Jacqueline Gast was walking slower than the rest of the women and was smoking profusely.

At the end of the road, the group began walking on the mauka trail. About 30 feet into the mauka trail, Jacqueline Gast told Ms. Hathaway that she did not want to go any further. Ms. Hathaway replied that she was anxious to be with the group and Jacqueline said she was going to go back. Cynthia Hathaway told her ". . . well, follow the trail back right to the road there and go to the pavilion and wait for me." Ms. Hathaway told her to stay at the pavilion until the rendezvous time. They could see the road and the pavilion from where they were standing on the trail. There was no indication whatsoever that Ms. Gast was having physical or mental problems. Ms. Hathaway saw her turn around and walk back down the trail to the pavilion. Ms. Hathaway never saw Jacqueline Gast again.

On that same day, a tour guide from another tour group, Larry Ammasi, was leaving the eruption site as Ms. Hathaway started her tour. Larry Ammasi left an elderly husband and wife to wait for him at the pavilion.

4

Mr. Ammasi testified that when he finished his tour and was leaving the eruption area, he saw Mrs. Gast at the pavilion speaking with the elderly couple. The elderly couple approached him and requested that he take Mrs. Gast back to the vessel. Mrs. Gast also asked if she could get a ride back to the ship. Mrs. Gast's demeanor was fine and they were all laughing and "talking story." Mrs. Gast did not seem frightened or scared or confused or disoriented.

Mr. Ammasi explained to Mrs. Gast that he could not give her a ride. He told her that her own tour operator would be back within 10 to 15 minutes, and that she should wait for her own tour operator. Mr. Ammasi left the volcano floor area at mid-morning.

Cynthia Hathaway told all of her passengers to reconvene at the pavilion area at 11:00 a.m. Mrs. Gast was not at the pavilion at the agreed time although all of the other passengers returned at that time. Cynthia Hathaway, as well as other passengers in the van, searched for Mrs. Gast including looking down the trail again. They looked for approximately half an hour. At about 11:30 a.m., the other passengers insisted that the van return to the ship. Before she left, Mrs. Hathaway reported Mrs. Gast missing to a park ranger, Taras Garcia.

Mrs. Gast's body was found on October 15, 2002 at 7:30 a.m. Mrs. Gast's body was found in a closed area of the park ½ mile north of the road, ½ mile north of the pavilion and between ¼ to ½ mile away from the mauka trail.

5

Mrs. Gast was found with one-half of a cigarette between her fingers. Her body was found 20 yards into a new cooling lava flow. There was red molten lava underneath the cooling lava and her body was found on a hot area of a cooling flow. There was an area of old vegetation approximately 20 yards away from the body. Mrs. Gast had a camera with her and had taken pictures of red lava. She also took pictures of an area that had old vegetation and a new cooling lava flow that was consistent with the area where her body was found.

D.     UNDISPUTED FACTS

Defendant and Third Party Plaintiff Sung Ki Kwak dba Shin Jin Hawaii & Tour is a Hawaii sole proprietorship with its principal place of business in the City of Hilo, County of Hawaii.

Defendant and Third Party Plaintiff Cynthia Hathaway is an individual who resides in the County of Hawaii.

E.     DISPUTED FACTUAL ISSUES

All other facts are disputed including the fact that Plaintiff caused her own demise.

F.     RELIEF PRAYED

Through their Complaint, Plaintiffs seek judgment of special and general damages against Defendants in an amount to be shown at trial and such additional relief as may be just and proper by this Court.

G.     POINTS OF LAW

There are several points of law which are all covered in the motions for summary judgment filed with this Court.   Those legal memoranda are incorporated herein by reference concerning jurisdiction, proximate cause, evidentiary presumptions, discretionary function, Daubert hearings, legal duty, and negligence.

H.     PREVIOUS MOTIONS

AKAL filed a motion to dismiss based on statute of limitations.

There were numerous motions heard including Defendant Kwak and Hathaway's Motion for Summary Judgment to Dismiss Plaintiffs' Claims based on causation, AKAL's Motions to Dismiss the Cross Claims based on statute of limitations and for summary judgment based upon a lack of duty, the USA's Motion to Dismiss based on discretionary function, Plaintiffs' Motion for Partial Summary Judgment to dismiss the defense of contributory negligence, and Kwak and Hathaway's Motion to Dismiss for lack of complete diversity jurisdiction.

7

## I.    WITNESSES TO BE CALLED

The following persons are expected to testify at trial:

| WITNESS | TESTIMONY |
|---|---|
| 1. Cynthia Hathaway<br>c/o Reinwald O'Connor & Playdon LLP<br>733 Bishop Street, #2400<br>Honolulu, Hawaii 96813 | Defendant.  Will testify regarding the issues of liability and damages. |
| 2. John Gast<br>c/o Mark S. Davis, Esq.<br>Michael K. Livingston, Esq.<br>400 Davis Levin Livingston Grande Pl.<br>851 Fort Street<br>Honolulu, HI 96813 | Plaintiff.  Will testify regarding the issues of liability and damages. |
| 3. Amanda Renee Gast<br>c/o Mark S. Davis, Esq.<br>Michael K. Livingston, Esq.<br>400 Davis Levin Livingston Grande Pl.<br>851 Fort Street<br>Honolulu, HI 96813 | Plaintiff.  Will testify regarding the issues of liability and damages. |
| 4. Brooke Ashley Gast<br>c/o Mark S. Davis, Esq.<br>Michael K. Livingston, Esq.<br>400 Davis Levin Livingston Grande Pl.<br>851 Fort Street<br>Honolulu, HI 96813 | Plaintiff.  Will testify regarding the issues of liability and damages. |
| 5. Taras Garcia<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii  96850 | National Park Service employee and eyewitness. Will testify regarding the issues of liability and damages. |

| WITNESS | TESTIMONY |
|---|---|
| 6. Laurie Horner<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | Park Service employee. Will testify regarding the issues of liability and damages concerning Park. |
| 7. Mardie Lane<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | National Park Service spokeswoman. Will testify regarding the issues of liability and damages and statements to the media re: Mrs. Gast. |
| 8. Gail N. Minami-Judd<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | National Park Service supervisory park ranger. Will testify regarding the issues of liability and damages and her investigation of the death. |
| 9. John Broward<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | National Park Service park ranger. Will testify regarding the issues of liability and damages and recovery of Mrs. Gast's body. |
| 10. Jeff Kracht<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | National Park Service park ranger. Will testify regarding the issues of liability and damages and recovery of Mrs. Gast's body. |

| WITNESS | TESTIMONY |
|---|---|
| 11.  Jeffrey Judd<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | National Park Service park ranger. Will testify regarding the issues of liability and damages and recovery of Mrs. Gast's body. |
| 12.  Paul M. Ducasse<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, Hawaii 96850 | National Park Service chief park ranger. Will testify regarding the issues of liability and damages, closure of a part of the Park, signage and the eruption site. |
| 13.  David Corrin<br>c/o Jeffrey S. Portnoy, Esq.<br>Cades Schutte, LLC<br>1200 Cades Schutte Building<br>1000 Bishop Street<br>Honolulu, Hawaii 96813 | Norwegian Cruise security officer. Will testify regarding the issues of liability and damages, and the investigation into Mrs. Gast's disappearance as well as his role in and oversight of the ship card readers. |
| 14.  Captain Tommy Stensrud<br>c/o Jeffrey S. Portnoy, Esq.<br>Cades Schutte, LLC<br>1200 Cades Schutte Building<br>1000 Bishop Street<br>Honolulu, Hawaii 96813 | Norwegian Star Captain. Will testify regarding the issues of liability and damages, and the investigation into Mrs. Gast's disappearance and the card readers. |
| 15.  Larry Ammasi<br>Lots 211 and 212<br>N. Oshiro Road<br>Mountain View, HI | Tour bus driver. Will testify regarding the issues of liability and damages and his interaction with Mrs. Gast on the day she allegedly went missing. |

| WITNESS | TESTIMONY |
|---|---|
| 16.  Robert K. Asing<br>74-223 Ililoa Street<br>Kailua-Kona, Hawaii  96740 | Hilo Harbor Security Officer. Will testify regarding the issues of liability and damages, and the communication with NCL's vessel from the dock. |
| 17.  Ian Birnie<br>State of Hawaii - Department of<br>  Transportation - Harbors Division<br>Port of Hilo<br>Hilo, Hawaii  96720 | Harbors Division District Manager.  Will testify regarding the issues of liability and damages and his investigation into Mrs. Gast's disappearance. |
| 18.  Custodian of Records<br>State of Hawaii - Department of<br>  Transportation - Harbors Division<br>Hale Awa Ku Moku Bldg., #310<br>79 South Nimitz Highway<br>Honolulu, HI 96813-4898 | Will testify regarding the authenticity of records. |
| 19.  Clifford G. Wong, M.D.<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Physician.  Will testify regarding the issues of liability and damages and results of toxicology screening done to Mrs. Gast's body. |
| 20.  Custodian of Records<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Will testify regarding the authenticity of records. |
| 21.  Pacific Pathogists<br>Hilo Medical Center<br>1190 Waianuenue Avenue<br>Hilo, Hawaii  96720 | Will testify regarding the issues of liability and damages. |

| WITNESS | TESTIMONY |
|---|---|
| 22. Custodian of Records<br>Hilo Medical Center<br>1190 Waianuenue Avenue<br>Hilo, Hawaii 96720 | Will testify regarding the authenticity of records. |
| 23. George Makua<br>Hilo Police Department<br>349 Kapiolani Street<br>Hilo, Hawaii 96720 | Police officer. Will testify regarding the issues of liability and damages and interaction with Jamie Kailiawa. |
| 24. Custodian of Records<br>Hilo Police Department<br>349 Kapiolani Street<br>Hilo, Hawaii 96720 | Will testify regarding the authenticity of records. |
| 25. Sharon Weiler<br>3451 Bonita Bay Boulevard<br>Bonita Springs, Florida 34134 | Travel company agent. Will testify regarding the issues of liability and damages. |
| 26. Alvin Omori, M.D.<br>Hilo Medical Center<br>1190 Waianuenue Avenue<br>Hilo, Hawaii 96720 | Medical Examiner. Will testify regarding the issues of liability and damages and his medical examination of the body. |
| 27. Custodian of Records<br>Akal Security<br>6700 Kalanianaole Hw., #217<br>Honolulu, Hawaii 96825 | Will testify regarding the authenticity of records. |
| 28. Shaine Kuilipule<br>6700 Kalanianaole Hwy., #217<br>Honolulu, Hawaii 96825 | Akal security. Will testify regarding the issues of liability and damages and his interaction with the NCL vessel, its agents and Jamie Kailiawa. |

| WITNESS | TESTIMONY |
|---|---|
| 29. Amelia C. Manera<br>Quay Cruise Agency<br>735 Bishop Street, Suite 337<br>Honolulu, Hawaii  96813 | Ship Agent.  Will testify regarding the issues of liability and damages and the actions she took in connection with Mrs. Gast's disappearance. |
| 30. Raymond A. Johnson, M.D.<br>12657 New Brittany Boulevard<br>Building 12E<br>Ft. Myers, Florida  33907 | Plaintiff's psychiatrist.  Will testify regarding the issues of liability and damages and his treatment of Mrs. Gast and his opinions regarding causation and illness. |
| 31. Custodian of Records<br>Raymond A. Johnson, M.D.<br>12657 New Brittany Boulevard<br>Building 12E<br>Ft. Myers, Florida  33907 | Will testify regarding the authenticity of records. |
| 32. Jamie K. Kailiawa<br>31 Pua Avenue<br>Hilo, Hawaii  96720 | Will testify regarding the issues of liability and damages. |
| 33. Martha Wood<br>4604 Butler Bend Court<br>St. Louis, Missouri  63128 | Van passenger and eyewitness to scene.  Will testify regarding the issues of liability and damages. |
| 34. Sung Ki Kwak<br>c/o Reinwald O'Connor & Playdon LLP<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii  96813 | Defendant.  Will testify regarding the issues of liability and damages. |

| WITNESS | TESTIMONY |
|---|---|
| 35.   Neil P. Akana<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850 | Park Ranger.  Will testify regarding the issues of liability and damages and Park's liability and signage issues. |
| 36.   Thomas Fake<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, HI 96850 | 30(b)(6) designee of the USA. Will testify regarding the issues of liability and damages in the areas so designated. |
| 37.   Nicole Chestnut<br>757 Trails End Circle<br>Hurst, Texas  76054 | Van passenger and eyewitness to scene.  Will testify regarding the issues of liability and damages concerning the eruption site. |
| 38.   Christopher Chestnut<br>757 Trails End Circle<br>Hurst, Texas  76054 | Van passenger and eyewitness to scene.  Will testify regarding the issues of liability and damages concerning the eruption site. |
| 39.   Mark Devita<br>15-1988 31st Street<br>Keaau, Hawaii  96709 | Van driver for Shin Jin.  Will testify regarding the issues of liability and damages and his interaction with Ms. Hathaway. |
| 40.   Joseph R. Salaz, M.D.<br>5225 Clayton Court<br>Ft. Myers, Florida  33907 | Plaintiff Jacqueline Gast's doctor.  Will testify regarding the issues of liability and damages. |

| WITNESS | TESTIMONY |
|---|---|
| 41. Custodian of Records<br>Joseph R. Salaz, M.D.<br>5225 Clayton Court<br>Ft. Myers, Florida 33907 | Will testify regarding the authenticity of records. |
| 42. Ramzey Mansour<br>741 Hacienda Drive<br>La Habra, California | Tourist who visited eruption site on alleged day of incident. Will testify regarding the issues of liability and damages and his video of the eruption site. |
| 43. Tiffany Mansour<br>741 Hacienda Drive<br>La Habra, California | Tourist who visited eruption site on alleged day of incident. Will testify regarding the issues of liability and damages and the video of the eruption site. |
| 44. Elizebeth Meyer<br>20985 Mary Lynn Drive<br>Brookfield, Wisconsin 53045 | Van passenger and passenger aboard NCL's vessel. Will testify regarding the issues of liability and damages and her interaction with NCL. |
| 45. Joseph Tabisola<br>General Steamship Corp. Ltd.<br>5901 Christie Ave., #305<br>Emeryville, CA 94608 | Ship agent. Will testify regarding the issues of liability and damages and the actions he took in connection with Mrs. Gast's disappearance. |
| 46. James Martin<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, HI 96850 | 30(b)(6) designee of USA. Will testify regarding the issues of liability and damages. |

| **WITNESS** | **TESTIMONY** |
|---|---|
| 47. Stephen Magruder<br>12781 World Plaza, Suite 1<br>Ft. Myers, Florida 33907 | Plaintiff's therapist. Will testify regarding the issues of liability and damages and his treatment of Plaintiff. |
| 48. Custodian of Records<br>Stephen Magruder<br>12781 World Plaza, Suite 1<br>Ft. Myers, Florida 33907 | Will testify regarding the authenticity of records. |
| 49. Karen Treas<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, HI 96850 | Park employee. Will testify regarding the issues of liability and damages and the eruption site. |
| 50. Kathy Hollingsworth<br>c/o R. Michael Burke, Esq.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Blvd., #6100<br>Honolulu, HI 96850 | Park employee. Will testify regarding the issues of liability and damages and the eruption site. |
| 51. Peter Fung<br>236 Edgebank Cir. NW<br>Calgary, AB T3A 4W1<br>Canada | Van passenger. Will testify regarding the issues of liability and damages and the tour to the eruption site. |
| 52. Patricia Fung<br>236 Edgebank Cir. NW<br>Calgary, AB T3A 4W1<br>Canada | Van passenger. Will testify regarding the issues of liability and damages and the tour to the eruption site. |
| 53. Brian Elms<br>650 North Aohoku Place<br>Hilo, Hawaii 96720 | Hiker. Will testify regarding the issues of liability and damages including finding Mrs. Gast's body. |

16

|                           **WITNESS** | **TESTIMONY** |
| --- | --- |
| 54. Richard Gill, Ph.D.<br>Applied Cognitive Services<br>2104 West Riverside<br>Spokane, WA 99201 | Expert in human factors engineering, safety and risk management to testify concerning liability, damages, his review of the case and his opinons regarding the same. |
| 55. John P. ("Jack") Lockwood, Ph.D.<br>P. O. Box 479<br>Volcano, Hawaii  96785 | Expert in volcanology to testify concerning liability, damages, his review of the case and his opinions regarding the same. |
| 56. Stephen B. Kemble, M.D.<br>Psychiatric Associates, Ltd.<br>One Kapiolani Building, Suite 402<br>600 Kapiolani Boulevard<br>Honolulu, Hawaii  96813 | Expert psychiatrist to testify concerning liability, damages, his review of the case and his opinons regarding the same. |
| 57. Matthew Lewis<br>c/o Jeffrey S. Portnoy, Esq.<br>Cades Schutte, LLP<br>1200 Cades Schutte Building<br>1000 Bishop Street<br>Honolulu, Hawaii  96813 | 30(b)(6) designee of NCL. Will testify regarding liability and damages in those areas where he is so designated. |
| 58. Soon Sin Kwak<br>c/o Reinwald O'Connor & Playdon LLP<br>733 Bishop Street, Suite 2400<br>Honolulu, Hawaii  96813 | Wife of Sung Ki Kwak.  Will testify regarding liability and damages. |
| 59. Custodian of Records<br>Ft. Myers Police Department<br>2210 Peck Street<br>Ft. Myers, FL 33901 | Will testify regarding the authenticity of records. |

| WITNESS | TESTIMONY |
|---|---|
| 60. Custodian of Records<br>Learning Express<br>College Parkway Plaza<br>7091 College Parkway, Unit 10<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records. |
| 61. Custodian of Records<br>Suncoast Realty &<br>Property Management Inc.<br>224 Franklin Boulevard<br>Eastpoint, FL 32328<br>Phone: (850) 927-2230 | Will testify regarding the authenticity of records. |
| 62. Custodian of Records<br>Lee Memorial Health System<br>2776 Cleveland Avenue<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records. |
| 63. Custodian of Records<br>Lee Memorial Hospital<br>2776 Cleveland Avenue<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records. |
| 64. Custodian of Records<br>Michael Andersen, D.D.S.<br>5245 Big Pine Way, Suite 103<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records. |
| 65. Custodian of Records/Representative of<br>Department of Interior/Volcanoes Park<br>USA | Will testify regarding liability and damages and authenticity of documents. |
| 66. Custodian of Records<br>DNA Connection<br>1812 University Boulevard<br>Tuscaloosa, Alabama  35401 | Will testify regarding the authenticity of records. |

|              **WITNESS**              |              **TESTIMONY**              |
| --- | --- |
| 67.  Custodian of Records<br>Ft. Myers Police Department<br>2210 Peck Street<br>Ft. Myers, FL 33901 | Will testify regarding the<br>authenticity of records. |
| 68.  Custodian of Records<br>Cingular<br>Pacific Guardian Center<br>737 Bishop Street, Suite 122<br>Honolulu, Hawaii  96813 | Will testify regarding the<br>authenticity of records. |
| 69.  Custodian of Records<br>DBPR Customer Contact Center<br>1940 North Monroe Street<br>Tallahassee, Florida  32399 | Will testify regarding the<br>authenticity of records. |
| 70.  Custodian of Records<br>Autopsy Services (Laura Hair, M.D.)<br>6515 N. Armenia Avenue<br>Tampa, Florida  33604 | Will testify regarding the<br>authenticity of records. |
| 71.  Custodian of Records<br>Gulf Coast Hospital<br>13681 Doctor's Way<br>Ft. Myers, Florida  33912 | Will testify regarding the<br>authenticity of records. |
| 72.  Custodian of Records<br>Chief Medical Examiner's Office<br>70 Danley Drive<br>Ft. Myers, Florida  33907 | Will testify regarding the<br>authenticity of records. |
| 73.  Custodian of Records<br>United States Government -<br> Geological Survey<br>Department of Interior<br>Federal Building<br>Hilo, Hawaii  96720 | Will testify regarding the<br>authenticity of records. |

| **WITNESS** | **TESTIMONY** |
|---|---|
| 74.  Custodian of Records<br>Learning Express<br>College Parkway Plaza<br>7091 College Parkway, Unit 10<br>Ft. Myers, FL 33907 | Will testify regarding the authenticity of records. |
| 75.  Custodian of Records<br>Lee Memorial Park Funeral Home<br>13777 State Road 87<br>Ft. Myers, Florida  33913 | Will testify regarding the authenticity of records. |
| 76.  Gayle Carter<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages. |
| 77.  Mike Lau, MLT, ASCP<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages. |
| 78.  Jon Tsuchida, MT<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages. |
| 79.  Claudia M. Nissen, MT<br>Clinical Laboratories of Hawaii<br>Toxicology Department<br>91-2135 Fort Weaver Road<br>Ewa Beach, Hawaii  96706 | Technician.  Will testify regarding the issues of liability and damages. |

Discovery is ongoing and Defendants request the right to supplement this disclosure as additional individuals are disclosed through discovery.

J.    <u>TRIAL EXHIBITS</u>

1.    Oral Deposition Transcript of Cynthia Hathaway taken on 8/30/04 and exhibits to deposition

2.    Photographs of Shin Jin Hawaii tour van

3.    Map of Hawaii Volcanoes National Park and surrounding areas

4.    Map of lava trails and location of body with handwritten notes

5.    Eruption site plan with handwritten notes

6.    Oral Deposition Transcript of Cynthia Hathaway taken on 11/12/04 and exhibits to deposition

7.    Hilo Port diagram

8.    Photographs of park

9.    Supplemental incident report prepared by Gail Minami-Judd, dated 10/16/02

10.    Park brochure excerpt, 1999 version

11.    Park brochure excerpt, 2001 version

12.    Oral Deposition Transcript of Taras Garcia taken on 11/24/04 and exhibits to deposition

13.    Correspondence from Neil P. Akana to Bill Silver dated 7/20/04

14.    Supplemental report prepared by Paul Ducasse, dated 10/15/02

15.    Supplemental incident report prepared by Gail Minami-Judd, dated 10/16/02

16.    Oral Deposition Transcript of Amanda Gast taken on 1/25/05

17.    Oral Deposition Transcript of Brooke Gast taken on 1/25/05 and exhibits to deposition

18. Plaintiff Brooke Ashley Gast's Response to Defendants' First Request for Answers to Interrogatories to Plaintiff Brooke Ashley Gast dated 5/6/04

19. Oral Deposition Transcript of Raymond A. Johnson taken on 1/25/05 and exhibits to deposition

20. Curriculum Vitae of Raymond A. Johnson, M.D.

21. Psychiatric progress notes dated 2/18/00 and 2/22/00, notes and insurance assignment

22. Progress notes dated 3/21/00

23. Medical records

24. Oral Deposition Transcript of Sharon Weiler-Conrad taken on 1/24/05 and exhibits to deposition

25. Participant information form

26. List of names and contact information

27. Oral Deposition Transcript of John Gast, Volume 1 taken on 1/24/05 and 1/12/05 and exhibits to deposition

28. Oral Deposition Transcript of John Gast, Volume 2 taken on 1/24/05 and 1/12/05 and exhibits to deposition

29. Plaintiff John Gast's Response to Defendants' First Request for Answers to Interrogatories to John Gast, Individually dated 5/6/04

30. Plaintiff John Gast's Response to Defendants' First Request for Answers to Interrogatories to Plaintiff John Gast, as Special Administrator of the Estate of Jacqueline Gast dated 5/6/04

31. Newspaper article from the Honolulu Advertiser titled "Husband not aware wife missing when ship sailed" dated 10/18/2002

32. Plaintiff John Gast's Response to Defendants' First Request for Answers to Interrogatories to Plaintiff John Gast, as Guardian Ad Litem for his Minor Child, Amanda Renee Gast dated 5/6/04

33.    Correspondence from David Corrin to George

34.    Missing person report prepared by George Makua

35.    Oral Deposition Transcript of Jamie Kailiawa taken on 2/18/05 and exhibits to deposition

36.    Handwritten security notes dated 10/14/02

37.    Hilo Port diagram

38.    Records deposition transcript upon written interrogatories of David Lee, Custodian of Records for AKAL Security, dated 5/3/04

39.    Photograph of Norwegian Star ramp

40.    Photograph of Norwegian Star ramp and entrance to ship

41.    Photograph of inside of ship entrance and ship personnel

42.    Photograph of ship personnel and computer station

43.    Photograph of parking area with handwritten notes

44.    Photograph of check in station sign

45.    Photograph of direction signs

46.    Oral Deposition Transcript of Larry Ammasi taken on 2/23/05 and exhibits to deposition

47.    Supplemental incident report prepared by Gail Minami-Judd, dated 8/25/04

48.    Liability release form

49.    Photograph of Hawaii Volcanoes National Park buildings taken from the road

50.    Photograph of Hawaii Volcanoes National Park buildings taken from the side of the road

51.    Photograph of Hawaii Volcanoes National Park buildings taken from the side of the road - close up

52.    Map of lava trails and location of body with handwritten notes

53.    Eruption site plan with handwritten notes

54.    Oral Deposition Transcript of Martha Wood taken on 2/23/05

55.    Oral Deposition Transcript of Sung Ki Kwak taken on 3/4/05 and
       exhibits to deposition

56.    Typewritten note concerning Cynthia Hathaway, undated

57.    Typewritten note concerning Harbor Officials, undated

58.    Typewritten note concerning missing lady, undated

59.    Oral Deposition Transcript of David Corrin taken on 4/25/05 and
       exhibits to deposition

60.    Photograph of ship personnel and computer station

61.    Photograph of inside of ship entrance and ship personnel

62.    Photograph of Norwegian Star ramp and entrance to ship

63.    Oral Deposition Transcript of Jeffrey Judd taken on 5/12/05 and
       exhibits to deposition

64.    Photographs of Jacqueline Gast's body taken by Jeffrey Judd dated
       10/18/2002

65.    Supplemental incident record prepared by Jeffrey Judd, dated
       12/30/02

66.    Supplemental incident record - Property inventory prepared by Gail
       Minami-Judd, dated 11/14/02

67.    Oral Deposition Transcript of John Broward taken on 5/12/05 and
       exhibits to deposition

68.    Supplemental incident record prepared by John Broward, dated
       10/16/02

69.    Photographs of location of body and surrounding areas taken by John Broward on 10/16/02

70.    Oral Deposition Transcript of Jeffrey Kracht taken on 5/12/05 and exhibits to deposition

71.    Supplemental incident record - Photograph log prepared by Jeffrey Kracht, dated 7/24/04

72.    Photographs of body taken at location

73.    Supplemental incident record - Photograph log prepared by Jeffrey Kracht, dated 7/22/04

74.    Photograph of Hawaii Volcanoes National Park buildings taken from the side of the road

75.    Oral Deposition Transcript of Paul Ducasse taken on 5/10/05 and exhibits to deposition

76.    Warning sign titled "eruption activity at the end of the chain of craters road"

77.    Correspondence to file from chief ranger dated 12/31/02

78.    Aerial photograph of Chain of Craters Road and surrounding areas, dated 10/11/02

79.    Aerial photograph of Chain of Craters Road and surrounding areas-right side, dated 10/11/02

80.    Map of lava trails and location of body

81.    Map of Chain of Craters Road with handwritten notes

82.    Supplemental incident records and reports

83.    Incident Action Plan prepared by Jim Quiring, dated 10/11/02

84.    Unit log prepared by Jim Quiring, dated 10/11/02

85.    Correspondence from Paul Ducasse to John Gast dated 11/15/02

86.     Oral Deposition Transcript of Neal Akana taken on 5/11/05

87.     Oral Deposition Transcript of Gail Minami-Judd taken on 5/11/05 and exhibits to deposition

88.     Supplemental incident record re: Jamie Kailiawa prepared by Gail Minami-Judd, dated 8/12/04

89.     Supplemental incident record re: Larry Ammasi prepared by Gail Minami-Judd, dated 8/25/04

90.     Photograph of Hawaii Volcanoes National Park buildings taken from the road

91.     Photograph of Hawaii Volcanoes National Park buildings taken from the side of the road

92.     Photograph of Hawaii Volcanoes National Park buildings taken from the side of the road - close up

93.     Photographs of body taken at location

94.     Photographs of location of body and surrounding areas taken by John Broward on 10/16/02

95.     Supplemental incident record - Photograph log prepared by Jeffrey Kracht, dated 7/24/04

96.     3 photos taken at Hawaii Volcanoes National Park from the film developed from the camera of Jacqueline Gast

97.     3 photos taken at Hawaii Volcanoes National Park from the film developed from the camera of Jacqueline Gast

98.     3 photos from the film developed from the camera of Jacqueline Gast

99.     HAVO Eruption crew schedule for 10/6/02 to 10/19/02

100.    Hawaii Volcanoes National Park eruption incident command system unit log dated 10/14/02; Supplemental incident record - Property inventory prepared by Gail Minami-Judd, dated 11/14/02

101.    Oral Deposition Transcript of Michael H. Stone taken on 5/4/05

102.    Oral Deposition Transcript of Christopher Patrick Chestnut taken on 5/23/05 and exhibits to deposition

103.    Photographs taken at Hawaii Volcanoes National Park

104.    Photographs taken at Hawaii Volcanoes National Park

105.    Oral Deposition Transcript of Christopher Chestnut, volume II taken on 6/16/05

106.    Oral Deposition Transcript of Thomas Edward Fake taken on 8/12/05 and exhibits to deposition

107.    Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) of the Hawaii Rules of Civil Procedure of Hawaii Volcanoes National Park dated 6/2/05

108.    Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's First Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) of the Hawaii Rules of Civil Procedure of Hawaii Volcanoes National Park dated 8/1/05

109.    Documents produced by the National Park Service

110.    Handwritten notes to Gail; requisition form and caution sign drawings

111.    Handwritten notes; correspondence from Gail Minami-Judd to Bill Turner, and caution sign drawings

112.    Sales order form; correspondence to Ron Gates from Mardie; caution sign drawings

113.    National Park Service Sign Manual

114.    Map of lava trails and location of body with handwritten notes

115.    Area Closed sign

116. Taking warning signs seriously, danger signs, warnings signs and caution signs information sheets

117. Handwritten notes dated 7/29/05 regarding interview of eruption crew

118. United States Department of the Interior requisition form dated 12/2/02

119. National Park Service guideline transmittal sheet dated 7/1/85

120. 30B6 analysis

121. Oral Deposition Transcript of Nicole Chestnut taken on 8/17/05

122. Oral Deposition Transcript of Mark Devita taken on 8/29/05

123. Oral Deposition Transcript of Ian Birnie taken on 8/29/05 and exhibits to deposition

124. Hilo Harbor Division's file on Jacqueline Gast containing handwritten notes, picture of Jacqueline Gast, and correspondence

125. Harbor Police Report prepared by Robert Asing dated 10/14/02 - final report

126. Harbor Police Report dated 10/14/02 - rough draft

127. Missing Passenger Report prepared by Robert Asing dated 10/14/02

128. Correspondence from Ian Birnie to Marilyn Kali dated 10/17/02

129. Oral Deposition Transcript of Amelia Manera taken on 8/19/05 and exhibits to deposition

130. All Points Bulletin dated 10/14/02

131. Cell phone number of Joseph Tabisola, under seal

132. Correspondence from Amelia Manera to Ian Birnie dated 10/15/02

133. Oral Deposition Transcript of Joseph Salaz, M.D. taken on 9/7/05

134.    Oral Deposition Transcript of Ramzey Mansour taken on 8/27/05 and exhibits to deposition

135.    Videotape of Hawaii Volcanoes Park taken by Ramzey Mansour

136.    **Photographs of an Aerial View of the lava area**

137.    Photographs of six still images from the video depicting the parking area and signs

138.    Photographs of still images from the video depicting the roadway and building at the lava site

139.    Photographs of still images from the video depicting the attention sign and left side of road just past the sign within the active lava area

140.    Photographs of still images from the video depicting Tiffany Mansour in front of the white sign in the center of the road

141.    Photographs of still images from the video depicting two people and one person entering the trail by an orange marker

142.    Photographs of still images from the video depicting a yellow reflector marker on the trail

143.    Photographs of still images from the video depicting people on the trail and signs

144.    Photographs of still images from the video depicting the sign in Exhibit I saying "hazardous area, closed"

145.    Photographs taken from a different camera that the video depicting the trails and the Mansours and a handwritten note on the back

146.    Oral Deposition Transcript of Elizabeth Meyer taken on 9/12/05

147.    Oral Deposition Transcript of Joseph Tabisola taken on 9/16/05 and exhibits to deposition

148.    Photograph of Jacqueline Gast

149. Oral Deposition Transcript of James Martin taken on 9/16/05 and exhibits to deposition

150. Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) of the Hawaii Rules of Civil Procedure, of Hawaii Volcanoes National Park, dated 8/25/05

151. Memorandum from Robert Stanton to WASO and Field Directorate dated 2/27/98

152. Directors Order #50C: Public Risk Management Program

153. National Park management policies 2001

154. Memorandum from Superintendent, Hawaii Volcanoes National Park to Files, Superintendent's Compendium to Part 1-2. Title 36 CFR dated 5/22/02

155. Hawaii Volcanoes News release titled "Fires Flare and Head Towards Chain of Craters Road" dated 6/1/02 and

Hawaii Volcanoes News release titled "Chain of Craters Road Reopens from 6:00 p.m. to Midnight" dated 6/10/02

156. Photograph of hazardous area sign

157. Oral Deposition Transcript of Stephen L. Magruder taken on 9/28/05 and exhibits to deposition

158. Stephen L. Magruder progress notes concerning Jacqueline Gast

159. Stephen L. Magruder Curriculum Vitae

160. Oral Deposition Transcript of Tommy Stensrud taken on 9/19/05 and exhibits to deposition

161.    Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of NCL (Bahama) Limited Incorrectly Named as Norwegian Cruise Lines, Inc., dated 8/25/05

162.    Norwegian Cruise Lines traffic report dated 10/14/02 Norwegian Cruise Lines

163.    Correspondence from David Corrin to Matthew Lewis dated 10/14/02-initial report

164.    Oral Deposition Transcript of Matthew James Lewis taken on 9/20/05 and exhibits to deposition

165.    Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of NCL (Bahama) Limited Incorrectly Named as Norwegian Cruise Lines, Inc., dated 8/25/05

166.    Security agreement between AKAL and Norwegian Cruise Lines dated 7/12/02

167.    Correspondence from David Corrin to Matthew Lewis dated 10/14/02-initial report

168.    Correspondence from David Corrin to Matthew Lewis dated 10/14/02-supplemental report

169.    Correspondence from David Corrin to Wind Security dated 10/14/02

170.    Correspondence from David Corrin to Matthew Lewis dated 10/14/02-Norwegian Wind, Photograph

171.    Correspondence between David Corrin and Matthew Lewis dated 10/14/02 and 10/15/02-missing person

172.  Correspondence from David Corrin to Matthew Lewis dated 10/15/02-missing person information and investigation

173.  Correspondence from David Corrin to George dated 10/16/02

174.  Records deposition transcript upon written interrogatories of Jay Enanoria, Custodian of Records for the Hawaii County Police Department, dated 4/29/04

175.  Photograph of inside of ship entrance and ship personnel

176.  Photograph of ship personnel and computer station

177.  Oral Deposition Transcript of Laura Horner taken on 10/7/05 and exhibits to deposition

178.  Oral Deposition Transcript of Kathy Hollingsworth taken on 10/7/05 and exhibits to deposition

179.  Oral Deposition Transcript of Karen Treas taken on 10/7/05 and exhibits to deposition

180.  Incident Action Plan dated 10/11/02

181.  Eruption incident command system unit log dated 10/14/02

182.  Weather conditions report from 10/11/02 to 10/17/02

183.  Photograph of "hazardous area/closed" sign

184.  Photograph of "danger, do not enter, area closed" sign

185.  Map of Chain of Craters Road with handwritten notes

186.  Photograph of "Attention Hiker" sign

187.  Photograph of "Warning" sign

188.  Photograph of Hawaii Volcanoes National Park buildings taken from the side of the road - close up

189.  Photographs of Eruption Ranger Office and surrounding areas

190.    Sketch of Eruption Ranger Office and surrounding areas drawn by Kathy Hollingsworth

191.    Map of lava viewing trails and kiosk

192.    Oral Deposition Transcript of Jon Heshka taken on 10/12/05 and exhibits to deposition

193.    Curriculum Vitae of John Heshka

194.    Reviewed material statement of John Heshka dated 10/11/05

195.    Report of John Heshka to R. Michael Burke with handwritten notes, undated

196.    Report of John Heshka to R. Michael Burke dated 9/9/05

197.    Records and deposition transcript upon written interrogatories of Jay Enanoria, Custodian of Records for the Hawaii County Police Department, dated 4/29/04

198.    Records and deposition transcript upon written interrogatories of Della-Marie Kaluna, Custodian of Records for Hilo Medical Center, dated 5/24/04

199.    Records and deposition transcript upon written interrogatories of Ian Birnie, Custodian of Records for State of Hawaii Department of Transportation Harbors Division, dated 8/3/04

200.    Records and deposition transcript upon written interrogatories of Danny White, Custodian of Records for DNA Connection, dated 11/8/04

201.    Records and deposition transcript upon written interrogatories of Pamela Dragich, Custodian of Records for Douglas Kelley, M.D. dated 11/10/04

202.    Records and deposition transcript upon written interrogatories of Cheryl Soom, Custodian of Records for Raymond Johnson, M.D., dated 11/9/04

203.    Records and deposition transcript upon written interrogatories of Cheryl Soom, Custodian of Records for Raymond Johnson, M.D., dated 11/9/04

204.    Records and deposition transcript upon written interrogatories of Donna Davis, Custodian of Records for Gulf Coast Hospital, dated 11/8/04

205.    Records and deposition transcript upon written interrogatories of Karen Todd, Custodian of Records for Michael Andersen, D.D.S., dated 11/8/04

206.    Records and deposition transcript upon written interrogatories of Dawn Bollinger-Hutchens, Custodian of Records for Joseph Salaz, M.D., dated 11/10/04

207.    Records and deposition transcript upon written interrogatories of Joseph Salaz, M.D. dated 11/21/04

208.    Records and deposition transcript upon written interrogatories of Allan Gilstad, Custodian of Records for Lee Memorial Park Funeral Home, dated 11/8/04

209.    Records and deposition transcript upon written interrogatories of Sharon Linda Weiler-Conrad, Custodian of Records for Acme Communications, dated 11/9/04

210.    Records and deposition transcript upon written interrogatories of Amanda Campbell, Custodian of Records for Lee Memorial Health System, dated 11/8/04

211.    Records and deposition transcript upon written interrogatories of Sherry Wilkinson, Custodian of Records for Autopsy Services, Laura Hair, M.D., dated 11/8/04

212.    Records and deposition transcript upon written interrogatories of Christina Heliker, Custodian of Records for United States Government Geological Survey, dated 4/18/05

213.    Records and deposition transcript upon written interrogatories of Della Shirota, Custodian of Records for Hilo Medical Center, dated 10/18/05

214. Records and deposition transcript upon written interrogatories of Clifford G. Wong, Custodian of Records for Clinical Laboratories of Hawaii, dated 10/19/05

215. No records deposition transcript of Ann F. Helmstadter, Member of Atkinson-Baker Court Reporters regarding Custodian of Records for Suncoast Realty & Property Management, dated 10/25/05

216. Records and deposition transcript upon written interrogatories of David Lapidus, Custodian of Records for Learning Express, dated 10/14/05

217. No records deposition transcript of Ann F. Helmstadter, Member of Atkinson-Baker Court Reporters regarding Custodian of Records for Ft. Myers Police Department, dated 10/24/05

218. Records and deposition transcript upon written interrogatories of Amanda Campbell, Custodian of Records for Lee Memorial Health System, dated 11/8/04

219. Reports, investigation files and other documents produced by Plaintiffs on 4/8/04

220. Passenger ticket contract produced by plaintiff on 10/26/04

221. Reports, investigation files and other documents produced by Defendant Hawaii Volcanoes National Park

222. Reports, incident reports and other documents produced by Defendant Hawaii Volcanoes National Park

223. Reports, correspondence and other documents produced by Defendant Norwegian Cruise Lines

224. Photos produced by Defendant Hawaii Volcanoes National Park

225. Passenger Manifest produced by Defendant Norwegian Cruise Lines

226. Plaintiff John Gast's Response to Defendants First Request for Answers to Interrogatories to Plaintiff John Gast, as Special Administrator of the Estate of Jacqueline Gast, dated 5/6/04

227. Plaintiff John Gast's Response to Defendants First Request for Answers to Interrogatories to Plaintiff John Gast, as Guardian Ad Litem for his Minor Child, Amanda Renee Gast , dated 5/6/04

228. Plaintiff John Gast's Response to Defendants First Request for Answers to Interrogatories to Plaintiff John Gast, Individually, dated 5/6/04

229. Plaintiff Brooke Ashley Gast's Response to Defendants First Request for Answers to Interrogatories to Plaintiff Brooke Ashley Gast, dated 5/6/04

230. Plaintiff John Gast's Response to Defendant National Park Service's First Request for Answers to Interrogatories and Production of Documents to Plaintiff John Gast, dated 5/25/05

231. Correspondence from Mark Davis, Esq., to all counsel dated 6/2/05 supplementing initial disclosures

232. Plaintiff John Gast's as Special Administrator of the Estate of Jacqueline Gast, Response to Defendants and Third Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Second Request for Answers to Interrogatories John Gast, as Special Administrator of the Estate of Jacqueline Gast, dated 6/23/05

233. Plaintiff John Gast's as Special Administrator of the Estate of Jacqueline Gast, Response to Defendants (Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's) Third Request for Answers to Interrogatories John Gast, as Special Administrator of the Estate of Jacqueline Gast, dated 9/12/05

234. Plaintiffs' Initial Disclosure Statement dated 9/2/04

235. Curriculum Vitae and Sworn Testimony of Richard Thomas Gill

236. Expert report of Richard Thomas Gill dated 3/27/2005

237. Expert report of Richard Thomas Gill dated 6/26/2005

238. Curriculum Vitae of Stephen Brooks Kemble, M.D.

239.   Expert report of Stephen Brooks Kemble, M.D., dated 3/20/2005

240.   Expert report of Stephen Brooks Kemble, M.D., dated 9/13/2005

241.   Expert report of Stephen Brooks Kemble, M.D., dated 11/30/2005

242.   Curriculum Vitae of John P. Lockwood, Ph.D.

243.   Expert report of John P. Lockwood, Ph.D., dated 4/5/2005

244.   Expert Report of Elizabeth K. Tam, M.D.

245.   Curriculum Vitae of Elizabeth K. Tam, M.D.

246.   Expert Report of John Heshka

247.   Curriculum Vitae of John Heshka

248.   Supplemental incident record regarding Brian Elms and found body prepared by Gail Minami-Judd, dated 10/15/02

249.   Supplemental report regarding Captain Sveign Sleipnes prepared by Paul Ducasse, dated 10/15/02

250.   Supplemental incident record regarding Cynthia Hathaway prepared by Gail Minami-Judd, dated 10/15/02

251.   Supplemental report regarding David Jordon prepared by Paul Ducasse, dated 10/17/02

252.   Supplemental incident record regarding Jamie Kailiawa prepared by Gail Minami-Judd, dated 8/12/04

253.   Supplemental incident record regarding Larry K. Ammasi prepared by Gail Minami-Judd, dated 8/25/04

254.   Supplemental report regarding Taras Garcia prepared by Paul Ducasse, dated 10/15/02

255.   Supplemental report regarding Captain Tommy Stensrud prepared by Paul Ducasse, dated 10/16/02

256.     Supplemental report regarding John Gast prepared by Paul Ducasse, dated 10/16/02

## K.     FURTHER DISCOVERY OR MOTIONS

The only discovery remaining are the depositions of Dr. Tam, Bobby Asing, and Shane Kailipule, who were not deposed because of unavailability.

The Court has not heard Kwak and Hathaway's Motions to Exclude Experts Dr. Tam (Plaintiff Expert) and Mr. John Heshka (USA Expert); NCL's Motion to Exclude the Opinions of Expert Richard Gill and the joinders of the USA and AKAL; and Plaintiffs' Motion to Exclude Expert Witness Dr. Stephen Kemble.

## L.     STIPULATIONS

None.

## M.     AMENDMENTS, DISMISSALS

The Court dismissed the claims of Plaintiffs John Gast and Brooke Gast against AKAL by way of motion.   Also, the emotional distress claims of Brooke and Ashley Gast were dismissed.

## N.     SETTLEMENT DISCUSSION

Settlement was discussed with mediator Warren Price and Judge Kurren.  The next conference is set for June 27, 2006.

O.    <u>AGREED STATEMENT</u>

Not feasible.


P.    <u>BIFURCATION, SEPARATE TRIAL OF ISSUES</u>

The Court may find it feasible to bifurcate the issues of liability and damages, especially in light of the cross motions concerning legal causation and Plaintiffs' admission that there is no evidence what happened to Mrs. Gast from 11:00 a.m. October 14, 2002 to when her body was found.


Q.    <u>REFERENCE TO MASTER OR MAGISTRATE JUDGE</u>

Reference of all or a part of the trial or proceeding to a master or magistrate judge is neither feasible or agreeable.


R.    <u>APPOINTMENT AND LIMITATION OF EXPERTS</u>

Appointment by the Court of an impartial expert witness or limitation on the number of expert witnesses is neither feasible nor desired.


S.    <u>TRIAL</u>

Jury trial is scheduled to begin August 15, 2006.


T.    <u>ESTIMATE OF TRIAL TIME</u>

It expected trial of this matter will take 3-5 weeks.

U.    CLAIMS OF PRIVILEGE OR WORK PRODUCT

There have been several such claims, but none that are at a point that

need court rulings to Defendants' knowledge.

DATED:  Honolulu, Hawaii, May 26, 2006.

_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST, | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
|        Plaintiffs, | |
|    vs. | |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, | |
|       Defendants. | |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, | |
|       Third-Party Plaintiffs, | |
|    v. | |
| NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, | |
|       Third-Party Defendants. | |

167773/FC

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served upon the following parties at their last known address by the means indicated on the date shown below.

|  | **MAIL** | **HAND-DELIVERED** |
|---|:---:|:---:|
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, HI 96813<br>Attorneys for Plaintiffs | √ | |
| R. MICHAEL BURKE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850<br>Attorney for Third-Party Defendant<br>NATIONAL PARK SERVICE | √ | |
| JEFFREY S. PORTNOY, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br>Attorney for Third-Party Defendant<br>NCL (BAHAMA LIMITED) incorrectly<br>named herein as NORWEGIAN CRUISE<br>LINES, INC. | √ | |

|  | **MAIL** | **HAND-DELIVERED** |
|---|---|---|
| APRIL LURIA, ESQ. | √ |  |

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Attorneys for Defendant
AKAL SECURITY, INC.

DATED:  Honolulu, Hawaii, May 26, 2006.


_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY