IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the ESTATE OF JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>Defendants. | CIVIL NO. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**DECLARATION OF MARK S. DAVIS** |
| SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>Third-Party Defendants | |

## **DECLARATION OF MARK S. DAVIS**

1. I am the attorney for Plaintiffs in the above case and am licensed to practice before this Court.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition of Joseph Tabisola taken on September 16, 2005.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the deposition of Matthew James Lewis taken on September 20, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai'i  May 30, 2006.

_____
MARK S. DAVIS