IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child, **AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>Plaintiffs,<br><br>vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR,** a Hawai`i Sole Proprietorship; and **CYNTHIA HATHAWAY**<br><br>Defendants. | CIVIL NO. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR,** a Hawai`i Sole Proprietorship; and **CYNTHIA HATHAWAY,**<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>Third-Party Defendants | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served upon the following parties on May 30, 2006 by means indicated below.

        DENNIS O'CONNOR, ESQ.      [Electronic Filing]
        DENNIS O'CONNOR, JR., ESQ.
        **REINWALD O'CONNOR & PLAYDON LLP**
        Pacific Guardian Center

2400 Makai Tower
733 Bishop Street
Honolulu, HI 96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR and CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.    [Hand Delivery]
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.    [Electronic Filing]
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.    [Electronic Filing]
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED: Honolulu, Hawai'i May 30, 2006

_____
MARK S. DAVIS
MICHAEL K. LIVINGSTON
Attorney for Plaintiffs