OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS        1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 356-0418
Email: mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>PLAINTIFFS,<br><br>VS.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI'I TRAVEL & TOUR,** A HAWAI'I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**NOTICE OF HEARING MOTION;**<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>**TO EXCLUDE ANY REFERENCE TO MRS. GAST'S PRIOR HISTORY OF COCAINE ABUSE AND ALCOHOL USE, AS WELL AS THE SPECIFIC NAMES AND CHARACTERISITICS OF THE PRESCRIPTION MEDICATIONS PRESCRIBED FOR HER AT THE TIME OF HER DEATH; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARK S. DAVIS; EXHIBITS 1-8; AND CERTIFICATE OF SERVICE** |

**SUNG KI KWAK,** DBA **SHIN JIN**

| | |
|---|---|
| **HAWAI'I TRAVEL & TOUR**, A HAWAI'I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY**, | |
| THIRD-PARTY PLAINTIFFS, | <u>Hearing</u> |
| vs. | *Date :* _____<br>*Time :* _____ |
| **NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE**, | *Judge:*   *DAVID A. EZRA* |
| THIRD-PARTY DEFENDANTS | *TRIAL:*   *AUGUST 15, 2006* |
| **NCL (BAHAMA) LIMITED**, | |
| COUNTERCLAIM PLAINTIFF, | |
| vs. | |
| **NATIONAL PARK SERVICE (USA)**, | |
| CROSS-CLAIM DEFENDANT | |
| **NATIONAL PARK SERVICE (USA)**, | |
| COUNTERCLAIM PLAINTIFF, | |
| vs. | |
| **JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI'I TRAVEL & TOUR**, A | |

2

HAWAI'I SOLE PROPRIETORSHIP; AND
**CYNTHIA HATHAWAY**,

COUNTERCLAIM DEFENDANTS.

**NATIONAL PARK SERVICE (USA)**,

CROSS-CLAIM PLAINTIFF,

vs.

**NCL (BAHAMA) LIMITED**,

CROSS-CLAIM DEFENDANT.

## NOTICE OF HEARING OF MOTION

TO:  DENNIS O'CONNOR, ESQ.
DENNIS O'CONNOR, JR., ESQ.
**REINWALD O'CONNOR & PLAYDON LLP**
Pacific Guardian Center
2400 Makai Tower
733 Bishop Street
Honolulu, HI 96813
   Attorneys for Defendants and Third-Party Plaintiffs
   **SUNG KI KWAK**, dba **SHIN JIN HAWAI'I TRAVEL & TOUR**
   and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813
   Attorney for Third-Party Defendant
   **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building

3

300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
    Attorney for Defendant
    **AKAL SECURITY**

NOTICE IS HEREBY GIVEN that **PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE ANY REFERENCE TO MRS. GAST'S PRIOR HISTORY OF COCAINE ABUSE AND ALCOHOL USE, AS WELL AS THE SPECIFIC NAMES AND CHARACTERISITICS OF THE PRESCRIPTION MEDICATIONS PRESCRIBED FOR HER AT THE TIME OF HER DEATH** shall come on for hearing, before the Honorable **David A. Ezra,** Judge of the above-entitled court, at 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____ **o'clock** \_\_\_**.m.,** on _____ or as soon thereafter as counsel can be heard.

    DATED: Honolulu, Hawaii May 30, 2006

    _____
    MARK S. DAVIS
    MICHAEL K. LIVINGSTON
    Attorneys for Plaintiffs

4