IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACQUELINE GAST AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, AMANDA RENEE GAST, AND BROOKE ASHLEY GAST<br><br>PLAINTIFFS,<br><br>VS.<br><br>SUNG KI KWAK, DBA SHIN JIN HAWAI`I TRAVEL & TOUR, A HAWAI`I SOLE PROPRIETORSHIP; AND CYNTHIA HATHAWAY, AND AKAL SECURITY, INC., A NEW MEXICO CORPORATION,<br><br>DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>**TO EXCLUDE ANY REFERENCE TO MRS. GAST'S PRIOR HISTORY OF COCAINE ABUSE AND ALCOHOL USE, AS WELL AS THE SPECIFIC NAMES AND CHARACTERISITICS OF THE PRESCRIPTION MEDICATIONS PRESCRIBED FOR HER AT THE TIME OF HER DEATH** |
| SUNG KI KWAK, DBA SHIN JIN HAWAI`I TRAVEL & TOUR, A HAWAI`I SOLE PROPRIETORSHIP; AND CYNTHIA HATHAWAY,<br><br>THIRD-PARTY PLAINTIFFS,<br><br>VS.<br><br>NORWEGIAN CRUISE LINES, INC. AND NATIONAL PARK SERVICE,<br><br>THIRD-PARTY DEFENDANTS | |
| NCL (BAHAMA) LIMITED,<br><br>COUNTERCLAIM PLAINTIFF, | |

vs.

**NATIONAL PARK SERVICE (USA),**

   CROSS-CLAIM DEFENDANT

**NATIONAL PARK SERVICE (USA),**

   COUNTERCLAIM PLAINTIFF,

vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

   COUNTERCLAIM DEFENDANTS.

**NATIONAL PARK SERVICE (USA),**

   CROSS-CLAIM PLAINTIFF,

vs.

**NCL (BAHAMA) LIMITED,**

   CROSS-CLAIM DEFENDANT.

2

**PLAINTIFFS' MOTION IN LIMINE NO. 2
TO EXCLUDE ANY REFERENCE TO MRS. GAST'S PRIOR HISTORY
OF COCAINE ABUSE AND ALCOHOL USE, AS WELL AS THE
SPECIFIC NAMES AND CHARACTERISITCS OF THE
PRESCRIPTION MEDICATIONS
<u>PRESCRIBED FOR HER AT THE TIME OF HER DEATH</u>**

Plaintiffs JOHN GAST, individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST, and by and through their counsel, DAVIS LEVIN LIVINGSTON GRANDE, hereby move this Court in limine to exclude any reference to Mrs. Gast's prior history of cocaine abuse and alcohol use, as well as the specific names and characteristics of the prescription medications prescribed for her but that she did not take at the time of her death.

This motion is made pursuant to Rules 7, 26 and 37 of the Federal Rules of Civil Procedure and Rules 402, 403 and 702 of the Federal Rules of Evidence, and is based on the memorandum and exhibits attached hereto and the records and files herein.

DATED: Honolulu, Hawai'i  May 30, 2006.

MARK S. DAVIS
Attorney for Plaintiffs