IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the ESTATE OF JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST | CIVIL No. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**DECLARATION OF MARK S. DAVIS** |
| Plaintiffs, | |
| vs. | |
| SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation, | |
| Defendants. | |
| SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY, | |
| Third-Party Plaintiffs, | |
| vs. | |
| NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, | |
| Third-Party Defendants | |

## DECLARATION OF MARK S. DAVIS

1.    I am the attorney for Plaintiffs in the above case and am licensed to practice before this Court.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Toxicology Report.

3.    Attached hereto as Exhibit 2 are true and correct copies of excerpts from the deposition of Raymond A. Johnson, M.D. taken on January 25, 2005.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Dr. Stephen B. Kemble.

5.    Attached hereto as Exhibit 4 are true and correct copies of excerpts from the deposition of Joseph r. Salaz, M.D. taken on September 7, 2005.

6.    Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Dr. George L. Druger.

7.    Attached hereto as Exhibit 6 is a true and correct copy of the expert report of Michael H. Stone, M.D.

8.    Attached hereto as Exhibit 7 is a true and correct copy of the expert report of Dr. Gayle Suzuki.

9.    Attached hereto as Exhibit 8 is a true and correct copy of the expert report of Selma Yamamoto, Pharm D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawai'i  May 30, 2006.

_____
MARK S. DAVIS