# Clinical Laboratories of Hawaii
## Toxicology Department
808-677-7999
## LABORATORY REPORT

Report Date:  11/1/2002

Requesting Agency:  Dr. Alvin Omori, MD, Medical Examiner, Hilo Medical Center
for Hawaii County Police Dept.

Specimen Information:  Gast, Jacqueline; Autopsy No. HAF02-100
Police Case No.:  HI Volcanoe National Park

Specimen (s):  Blood             Sex:  F
ID/Accession No.:  M14020       Age:  45

Received from:  Hilo Medical Center      Date Collected: 10/18/2002
                                         Date Received: 10/20/2002

Test Requested:  COMPREHENSIVE DRUG SCREEN

## RESULTS:

Comprehensive Drug Screen by HPLC/UVD (BioRad Remedi), ELISA, and Abbott ADX FPIA*, or by reference lab, if noted

Blood Drugs*:  **None Detected**

DISPOSITION:  Retained for 12 months beyond date of this report unless otherwise notified.

_____         _____11/1/02_____
Clifford G. Wong, Ph.D.                          Date
Director

## Note:

*Unless specified, all test results reported from drug screening tests are presumptive positive, greater than than specified detection limits. GC/MS confirmation and quantified values are reported in parentheses except for ethanol salicylates, or acetaminophen concentrations, which are derived from Abbott FPIA quantitation. FPIA is also used for urine screening of barbiturates, opiates, cannabinoids, and benzodiazepines; and employed in blood screening for salicylates and acetaminophen. ELISA is used to screen for 8 common drugs of abuse in blood. Semi-quantitative data are derived from established response factors in the Remedi HPLC Library.

**EXHIBIT  1**