```
0001
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII
 2
    JOHN GAST, Individually and
 3  as Special Administrator of
    the ESTATE OF JACQUELINE
 4  GAST, and as Guardian Ad
    Litem for his minor
 5  children, AMANDA RENEE GAST,
    and BROOKE ASHLEY GAST,
 6            Plaintiffs,
    vs.                              Civil No. 04-00079 DAE-BMK
 7
    SUNG KI KWAK, dba SHIN JIN
 8  HAWAII TRAVEL & TOUR, a
    Hawaii Sole Proprietorship;
 9  and CYNTHIA HATHAWAY,
              Defendants.
10  _____
11  SUNG KI KWAK, dba SHIN JIN
    HAWAII TRAVEL & TOUR, a
12  Hawaii Sole Proprietorship;
    and CYNTHIA HATHAWAY,
13            Third-Party Plaintiffs,
    vs.
14
    NORWEGIAN CRUISE LINE, INC.,
15  and NATIONAL PARK SERVICE,
              Third-Party Defendants,
16  _____/
17
         ORAL DEPOSITION OF RAYMOND A. JOHNSON, M.D.
18
19                    FORT MYERS, FLORIDA
20                     January 25, 2005
21  ATKINSON-BAKER, INC.
    500 North Brand Boulevard
22  Third Floor
    Glendale, California  91203
23  (800) 288-3376
24  REPORTED BY:  JANICE R. MALINE
25  FILE NO.:  9F00B5C
```

EXHIBIT 2

0085

```
 1      Q     All right.  It also mentioned a history of
 2   drug abuse regarding cocaine.  Can you recall any
 3   further details regarding that?  For example, how close
 4   in time to this first examination that was an issue?
 5      A     My impression, the best I have to remember, is
 6   that it was some time ago.  It was some time previous to
 7   when I saw her.  She was more or less abusing alcohol
 8   from time to time by the time I saw her.
 9      Q     So in other words, your three years with her
10   you never believed there was any problem with cocaine or
11   any other illicit drugs?
12      A     I didn't see any evidence of it.
13      Q     Go down to social history, here again, is this
14   information you were gathering from her as the reporter?
15      A     Yes.
16      Q     Okay.  By the way in your three years with
17   her, did you find that she was candid with you about how
18   she was feeling, what was going on with her?  In other
19   words, did you find her a trustworthy reporter for the
20   most part?
21      A     For the most part.  If I asked -- if I asked
22   the right question.  The other reason she would be
23   candid was that she had so much energy, it was very hard
24   for her to hold anything in, I mean, she would be just
25   the kind that if the thought crossed her mind, that she
```

```
0064
   1      Q     Okay.  Before we look at the last note, I know
   2   I asked you whether you were asked to give any opinions.
   3   Do you have any opinions as to whether or not, to a
   4   reasonable psychiatric probability, as to whether or not
   5   Mrs. Gast's medication caused or contributed to her
   6   death?
   7      A     No, I wasn't asked that.
   8      Q     Okay.
   9      A     And to the best of my ability, to answer you,
  10   no, I do not think that it contributed to her death.
  11      Q     And why is that?
  12      A     Well, most of these medications are not
  13   medications that have a potential to do that kind of
  14   harm, and on that day, she was actually doing better
  15   than she had been.  Her GAF was 60 at that point, just
  16   that there was a reduction in symptoms.
  17      Q     What are you looking at, the August 5th?
  18      A     Yes.
  19      Q     Okay. All right. All right. And so what
  20   you're saying is that the taking of the medication
  21   wouldn't have caused or contributed to her death; is
  22   that correct?
  23      A     Yes, I believe that's true.
  24      Q     What about the not-taking of medication?  Do
  25   you have any opinions about that?
```