```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAI`I

 3   JOHN GAST, individually, and as) CIVIL NO. CV04-00079 DAE BMK

 4   Special Administrator of the  ) (Wrongful Death)

 5   Estate of JACQUELINE GAST, and )

 6   as Guardian Ad Litem for his   )

 7   minor child, AMANDA RENEE GAST,)

 8   and BROOKE ASHLEY GAST,        )

 9                Plaintiffs,       )

10         vs.                      )

11   SUNG KI KWAK, dba SHIN JIN     )

12   HAWAII TRAVEL & TOUR, a Hawaii )

13   Sole Proprietorship; CYNTHIA   )

14   HATHAWAY,                      )

15                Defendants.       )

16   _____ )

17

18         TELEPHONIC DEPOSITION OF JOSEPH R. SALAZ, M.D.

19   Taken on behalf of Third-Party Defendant NCL (BAHAMA) LTD.,

20   incorrectly named herein as NORWEGIAN CRUISE LINES, INC., at the

21   offices of Cades Schutte, 1000 Bishop Street, Suite 1200,

22   Honolulu, Hawai`i 96813, commencing at 11:36 a.m., on Wednesday,

23   September 7, 2005, pursuant to Notice.

24   BEFORE:    JOY C. TAHARA, RPR, CSR 408

25              Notary Public, State of Hawai`i
```

**EXHIBIT 4**

| | | |
|---|---|---|
| 11:42:10 | 1 | A. Yes. |
| 11:42:10 | 2 | Q. Let me go directly to the October 3rd, '02, phone |
| 11:42:15 | 3 | conversation, if I might. |
| 11:42:17 | 4 | A. Okay. |
| 11:42:18 | 5 | Q. I believe that's on page 95. It's a telephone note. |
| 11:42:28 | 6 | A. I got it. |
| 11:42:29 | 7 | Q. We'll probably have to identify this by more specific |
| 11:42:33 | 8 | information 'cause people have different Bates numbers. But you |
| 11:42:37 | 9 | do have that telephone note, correct? |
| 11:42:38 | 10 | A. Yes. |
| 11:42:39 | 11 | Q. The typed portion; do you know who typed that in? |
| 11:42:43 | 12 | A. It's initials. Just CC. |
| 11:42:47 | 13 | Q. Do you know who that is? |
| 11:42:48 | 14 | A. No, I don't. |
| 11:42:50 | 15 | Q. Was that a nurse or an office person in your office |
| 11:42:55 | 16 | back then? |
| 11:42:55 | 17 | A. That was usually the phone people up front. |
| 11:43:00 | 18 | Q. And then it says patient would like to have script for |
| 11:43:03 | 19 | Actiq, right? |
| 11:43:05 | 20 | A. Yes. |
| 11:43:05 | 21 | Q. What does script mean, do you know? |
| 11:43:07 | 22 | A. Prescription. |
| 11:43:08 | 23 | Q. What is Actiq? |
| 11:43:11 | 24 | A. Actiq is a trade name for fentanyl or a narcotic. |
| 11:43:19 | 25 | Q. What's it used for? |

| | | |
|---|---|---|
| 11:43:22 | 1 | A. Chronic pain, severe pain. |
| 11:43:25 | 2 | Q. And then it says called into pharm, right? |
| 11:43:27 | 3 | A. Right. |
| 11:43:28 | 4 | Q. Does that mean someone in your office actually called |
| 11:43:31 | 5 | the prescription in? |
| 11:43:31 | 6 | A. No. That's part of the message for the patient that |
| 11:43:35 | 7 | she wanted to call in to the pharmacy. |
| 11:43:39 | 8 | Q. Has that medication ever been prescribed by your |
| 11:43:43 | 9 | office for Ms. Gast before? |
| 11:43:44 | 10 | A. No. |
| 11:43:45 | 11 | Q. Have you ever prescribed it? |
| 11:43:47 | 12 | A. No. |
| 11:43:48 | 13 | Q. Do you know what it is usually prescribed for? |
| 11:43:51 | 14 | A. Yes. |
| 11:43:52 | 15 | Q. What? |
| 11:43:52 | 16 | A. Chronic pain. |
| 11:43:55 | 17 | Q. Is it a narcotic? |
| 11:43:57 | 18 | A. Yes. |
| 11:43:58 | 19 | Q. Is it a very strong narcotic? |
| 11:44:00 | 20 | A. Yes. |
| 11:44:02 | 21 | Q. I see some handwritten notes. Let's start with what |
| 11:44:13 | 22 | looks like 400 mg. fentanyl. |
| 11:44:15 | 23 | A. Yes. |
| 11:44:16 | 24 | Q. What is that? |
| 11:44:16 | 25 | A. That's the same thing as Actiq, but a different |