# PULMONARY, CRITICAL CARE, AND SLEEP SPECIALISTS OF HAWAII, INC.

GEORGE L. DRUGER, M.D., F.C.C.P.　　　　　　　　　　　ROGER E. YIM, M.D., F.A.A.S.M.

BOARD CERTIFIED
INTERNAL MEDICINE
PULMONARY MEDICINE
CRITICAL CARE MEDICINE

BOARD CERTIFIED
INTERNAL MEDICINE
PULMONARY MEDICINE
CRITICAL CARE MEDICINE
SLEEP MEDICINE

April 4, 2005

U.S. Department of Justice
PJKK Federal Building
300 Ala Moana Blvd.
Room 6-100
Honolulu, HI 96850
Attn: R. Michael Burke-Assistant U.S. Attorney

**RE:　Gast, et al. v. Kwak et al.
　　　Civil No. 04-00079 DAE-BMK**

Dear Mr. Burke,

Thank you for referring the medical records of Mrs. Jacqueline Gast to me as well as the National Park Service report, autopsy report and pictures.

I have reviewed the medical records from the Gulf Coast Hospital in Fort Meyers Florida, multiple physician records from the Gulf Coast Hospital and Fort Meyers area, the oral deposition of Raymond Johnson, M.D., the medical records of Dr. Raymond Johnson, the medical records from the Lee Memorial Health System in Fort Meyers Florida, the autopsy report from Hilo Medical Center, Dr. Elizabeth Tam's expert opinion for Davis Leven Livingston Grande and the wrongful death complaint from David Leven Livingston Grande. Below are my findings and opinions.

Mrs. Jacqueline Gast was a 41 year-old female who was visiting from Florida and was a passenger on a cruise ship. On October 14, 2002 at around 9 am the patient joined Shin Gin Tours' Vans driven by Cynthia Hathaway for a trip to the Hawaiian Volcano National Park lava fields in Hilo. The tour group arrived at the eruption site at approximately 10:30 am. Mrs. Gast apparently was lagging behind the other tourists. Ms. Hathaway was with Mrs. Gast but left her to check on the other members of the group.

When the tourists reconvened at 11 am at the tour van, Mrs. Gast was not present. Despite looking for her they were unable to locate her. A maintenance worker was notified of the missing person and the van left the site and returned back. The

**EXHIBIT 5**

following day at about 6:30 am the body of Jacqueline Gast was found on the lava field approximately ½ mile from the coastal shelter building. Park rangers were notified and proceeded to the scene, took photographs, and brought the body to Hilo Hospital for an autopsy.

The autopsy findings revealed severe thermal burns "sustained as a probable result of hyperthermia". There was no evidence of foul play and the manner of death was thought to be accidental.

The toxicology screening was negative for significant chemicals. Epidural blood was noted upon review of the central nervous system, but this was thought to be consistent with a thermal hemorrhage. Review of the heart revealed no significant abnormalities other than thermal damage. The respiratory system showed no evidence of soot or obstruction due to edema. The lungs were thermally shrunken. No bony defects were present.

## PAST MEDICAL HISTORY:

Mrs. Gast had an extensive psychiatric history. According to her psychiatrist, she had a bipolar disorder with a history of suicidal ideation. He also noted that she had a borderline personality and at times she was "agitated and desperate". She was also noted to have problems with sexual functioning and "racing thoughts". She had been on multiple psychotropic medications for her disorder including: Xanax, Risperdal, Gabitril, Paxil, Trazodone, Klonopin, and Tegretol.

The patient also had a history of heavy tobacco abuse smoking 1 ½ packs of cigarettes per day. She also had a history of back pain, fibromyalgia, hypertension, and dyslipidemia. There is no history of significant respiratory problems such as asthma or emphysema.

## DISCUSSION:

There is no specific medical explanation for Mrs. Gast leaving the tour group. I certainly do not think that a medical condition such as asthma, chest pain, or an acute psychiatric episode such as anxiety or mania would cause the patient to leave the group rather than to seek immediate help. I have no definite explanation for the reason why Mrs. Gast was found on a lava flow several yards off of the area of vegetation. One must consider disorientation, possibly an injury such as a twisted ankle or even a fractured bone, or possibly even hypoxemia due to the elevation and poor air quality with acute bronchospasm related to the volcanic fumes.

I feel certain that the patient died of hyperthermia which lead to unconsciousness and ultimately to death with severe thermal injuries occurring, probably after she was dead. It is possible, but unlikely, that she died of an acute cardiac event, acute respiratory

event, or a cerebral vascular accident.

In summary, Mrs. Jacqueline Gast, for some unexplained reason, left her tour group and was not found until the following morning, dead, on the lava field with severe thermal burns. It is my opinion that the most likely explanation for her death is hyperthermia and heat stroke as a result of exogenous heat exposure. Walking or exercising in a hot environment can cause the production of body heat faster than it can be lost. The patient's body temperature will then become elevated and without significant fluid replacement the patient may then become severely dehydrated. The patient then may have developed severe electrolyte disturbances, especially hyperkalemia, which can result in cardiac arrhythmias and ultimately death. Patients can fall into a coma and/or obtundation. Seizures may also occur. A sudden seizure may explain the circumstance of finding Mrs. Gast dead with a cigarette in her hand as well as a cigarette pack by her side.

If there are any other questions concerning this report, please feel free to call.

Very truly yours,

George L. Druger, M.D., F.C.C.P.

GLD/md