April 1, 2005

R. Michael Burke
Assistant U.S. Attorney
U.S. Department of Justice
United States Attorney
District of Hawaii
PJKK Federal Building
300 Ala Moana Blvd. Room 6-100
Honolulu, Hawaii 96850

Re: Gast et al. v. Kwak et al.
    Civil No. 04-000079 DAE-BMK

Dear Mr. Burke:

I am currently a pharmacy operations manager at the Queen's Medical Center. Most of my twenty-year career was in the role of a clinical pharmacist. For twelve of those years, I was overseeing the adverse drug reaction surveillance program at the Queen's Medical Center and have been involved in various aspects of the process from identifying, managing, reporting and preventing adverse events.

My curriculum vitae is attached. I have not testified in a trial or deposition, however I did participate and provide statement on four cases in the last ten years.

You have asked for my opinion on the medications that Mrs. Gast was taking at the time of the incident on October 14, 2002. Statement of the effects of these medications as well as the outcome of not taking the medications was also requested.

Medications:
Tegretol$^R$ 400mg in am and pm, 200mg between 1-3pm (bipolar disorder)
Klonopin$^R$ 0.5mg three times a day (antianxiety)
Paxil$^R$ 10mg daily (antidepressant)
Trazadone 50mg at bedtime (antidepressant)
Lipitor$^R$ 10mg daily (hypercholesterolemia)
Premarin$^R$ 0/625mg daily (estrogen replacement post-hysterectomy)
Hyzaar 50/12.5 daily (hypertension)

* There is some discrepancy between Dr. Johnson's medical records and the Convenient Care Medication Flow Sheet. The above listing of medications and dosages were primarily from the medication flow sheet.

1. Mrs. Gast was being treated for her psychiatric condition with Dr. Raymond Johnson since 2/2000. Her psychiatric medications were being changed frequently in the early



**EXHIBIT 8**

stages of her treatment due to adverse effects from the medications. However, the psychiatric medications used to treat her bipolar disorder (carbamazepine or Tegretol[R], trazadone, klonazepam or Klonopin[R] and paroxetine or Paxil[R]) were on board for one to two years. The doses were not changed in the last year and were being monitored appropriately. The most recent carbamazepine (Tegretol[R]) level drawn on 3/12/02 was 8.2 mcg/ml - well in the therapeutic range (4 - 12 mcg/ml). The doses of these medications were appropriate for her with respect to weight, indications for use and other chronic disease states. Tegretol[R], Klonopin[R] and trazadone themselves can cause some degree of unsteadiness and sedation. Because she was stable on the same dosage of all of these medications for over a year, it is unlikely that she would have experienced any acute change in her behavior unless she was taking another sedative (ie. alcohol or the meds listed in #4 and #5).

2. Mrs. Gast's had several chronic medical conditions including hypertension, back pain, arthritis and hyperlipidemia. She smoked about 1-2 packs/day. Her antihypertensive medications and its dosages were being adjusted early on for both therapeutic and adverse effects. However, she was pretty stable on the Hyzaar[R] since 2/19/02. It is not unusual for patients on several medications along with several chronic conditions to experience adverse effects. Her regimen was appropriately revised and her blood pressure, electrolytes, renal and liver function were monitored accordingly.

3. Based on the communications between Mrs. Gast and her nurse practitioner (Pamela Salaz, ARNP) and her internist (Joseph Salaz, MD), Mrs. Gast was very interested in her condition and was initiating communication with her healthcare providers. She inquired several times about the symptoms she was experiencing particularly with her antihypertensive medications.

4. Based on #3 and the fact that she brought a pill box on her vacation to Hawaii, I would believe that she was a compliant patient. Most patients who are not compliant do not take the time to ask questions about their condition and do not take the initiative of putting together a pill box. It was noted that her morning carbamazepine (Tegretol[R]) dose was not in the pill box.

5. A note in the medical record on 10/3/02 (12 days prior to the incident) says that Mrs. Gast would like to have a script for Actiq[R] (fentanyl citrate intrabuccal lozenge) - called to pharmacy. There was no mention of Mrs. Gast taking Actiq[R] in Dr. Johnson's records, Dr. Salaz's records or what she took on her vacation. Fentanyl citrate is a narcotic analgesic used only for the management of breakthrough cancer pain. Life-threatening hypoventilation can occur and therefore not recommended for acute pain or postoperative pain. Questionable why she asked for this and if she ever received it.

6. Noted in the medical record on 6/12/02 was Zanaflex[R] (tizanidine) for spasms along with Ultracet[R] (tramadol with acetaminophen) a non-narcotic analgesic for pain. Both of these medications were again not mentioned in Dr. Johnson's records, Dr. Salaz's records or found in her belongings taken on her vacation. Zanaflex[R] can cause weakness, fatigue, somnolence and dizziness. Ultracet[R] can cause an increase in seizure risk. Questionable

if Mrs. Gast was taking these medications. These could increase the risk of sedation and unsteadiness if taken together with the Tegretol[R], Klonopin[R] and trazadone.

7. Also stated in her medical record is a sulfa allergy. The exact reaction when exposed to sulfa was not stated in the medical record. However, allergic reactions can manifest in varying degrees from a mild rash to anaphylaxis. High concentrations of sulfur dioxide can be achieved from the lava flow. If Mrs. Gast had a true sulfa allergy, the sulfur dioxide may have contributed to an allergic reaction with a respiratory component (mild = respiratory distress vs. severe = anaphylaxis).

8. Dr. Johnson mentioned Mrs. Gast using Hydroxycut[R] for weight loss. The current formulation of Hydroxycut[R] is calcium/potassium salt of 60% HCA extract from *Garcinia cambogia*, niacin-bound chromium, and *Gymnema Sylvestre* extract. The Food and Drug Administration just made their announcement to ban ephedra and ephedrine-containing products in 2002. Hydroxycut[R] changed its formulation around August 2002. It is unknown weather Mrs. Gast had the new non-ephedra Hydroxycut[R] formulation. Ephedra may have detrimental cardiac effects. It is not clear what the effect of ephedra or the other ingredients had on Mrs. Gast. It also unknown if the ingredients of Hydroxycut[R] may have interacted with her other prescription medications.

Thank you for the opportunity to participate in this case.

Respectfully submitted,

Selma Uyeno Yamamoto, Pharm.D.
Clinical Pharmacist

References:
1. Micromedex[R] Healthcare Series – online medication resource for health care professionals.
2. American Society of Health-System Pharmacists – Drug Information 2005.
3. www.fda.gov