IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child, **AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>Plaintiffs,<br><br>vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>Defendants. | CIVIL NO. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>Third-Party Defendants | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served

upon the following parties on May 30, 2006 by means indicated below.

DENNIS O'CONNOR, ESQ.                    [Electronic Filing]
DENNIS O'CONNOR, JR., ESQ.

REINWALD O'CONNOR & PLAYDON LLP
Pacific Guardian Center
2400 Makai Tower
733 Bishop Street
Honolulu, HI 96813
      Attorneys for Defendants and Third-Party Plaintiffs
      **SUNG KI KWAK**, dba **SHIN JIN HAWAI'I T**
      **RAVEL & TOUR** and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.      [Hand Delivery]
CADES SCHUTTE, LLC
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813
      Attorney for Third-Party Defendant
      **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.      [Electronic Filing]
OFFICE OF THE U. S. ATTORNEY
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
      Attorney for Third-Party Defendant
      **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.      [Electronic Filing]
ROECA LOUIE & HIRAOKA
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
      Attorney for Defendant
      **AKAL SECURITY**

DATED: Honolulu, Hawai'i  May 30, 2006

_____
MARK S. DAVIS
MICHAEL K. LIVINGSTON
Attorney for Plaintiffs

4