OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS        1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-7500
Fax: (808) 356-0418
Email: mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>PLAINTIFFS,<br><br>vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI'I TRAVEL & TOUR,** A HAWAI'I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>NOTICE OF HEARING MOTION;<br><br>PLAINTIFFS' MOTION IN LIMINE NO. 3<br><br>TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARK S. DAVIS; EXHIBITS 1 – 2; AND CERTIFICATE OF SERVICE<br><br>*Hearing*<br>*Date :* _____<br>*Time :*<br>*Judge:*   David A. Ezra<br><br>TRIAL:  August 15, 2006 |

SUNG KI KWAK, DBA SHIN JIN HAWAI`I TRAVEL & TOUR, A HAWAI`I SOLE PROPRIETORSHIP; AND CYNTHIA HATHAWAY,

    THIRD-PARTY PLAINTIFFS,

vs.

NORWEGIAN CRUISE LINES, INC. AND NATIONAL PARK SERVICE,

    THIRD-PARTY DEFENDANTS

---

NCL (BAHAMA) LIMITED,

    COUNTERCLAIM PLAINTIFF,

vs.

NATIONAL PARK SERVICE (USA),

    CROSS-CLAIM DEFENDANT

---

NATIONAL PARK SERVICE (USA),

    COUNTERCLAIM PLAINTIFF,

vs.

JOHN GAST, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACQUELINE GAST AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, AMANDA RENEE GAST, AND BROOKE ASHLEY GAST, SUNG KI KWAK, DBA SHIN

| |
|---|
| **JIN HAWAI'I TRAVEL & TOUR**, A HAWAI'I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY**, |
| COUNTERCLAIM DEFENDANTS. |
| **NATIONAL PARK SERVICE (USA)**, |
| CROSS-CLAIM PLAINTIFF, |
| vs. |
| **NCL (BAHAMA) LIMITED**, |
| CROSS-CLAIM DEFENDANT. |

## NOTICE OF HEARING OF MOTION

TO:   DENNIS O'CONNOR, ESQ.
       DENNIS O'CONNOR, JR., ESQ.
       **REINWALD O'CONNOR & PLAYDON LLP**
       Pacific Guardian Center
       2400 Makai Tower
       733 Bishop Street
       Honolulu, HI 96813
           Attorneys for Defendants and Third-Party Plaintiffs
           **SUNG KI KWAK**, dba **SHIN JIN HAWAI'I TRAVEL & TOUR**
           and **CYNTHIA HATHAWAY**

       JEFFREY S. PORTNOY, ESQ.
       **CADES SCHUTTE, LLC**
       1200 Cades Schutte Building
       1000 Bishop Street
       Honolulu, HI 96813
           Attorney for Third-Party Defendant
           **NORWEGIAN CRUISE LINES, INC.**

3

R. MICHAEL BURKE, ESQ.
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
    Attorney for Defendant
    **AKAL SECURITY**

NOTICE IS HEREBY GIVEN that **PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST** shall come on for hearing, before the Honorable **David A. Ezra,** Judge of the above-entitled court, at 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____ **o'clock** ___**.m.,** on _____ or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii May 30, 2006

_/s/_
MARK S. DAVIS
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs

4