IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>PLAINTIFFS,<br><br>vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' MOTION IN LIMINE NO. 3**<br><br>**TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST** |
| **SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**<br><br>THIRD-PARTY PLAINTIFFS,<br><br>vs.<br><br>**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**<br><br>THIRD-PARTY DEFENDANTS | |
| **NCL (BAHAMA) LIMITED,**<br><br>COUNTERCLAIM PLAINTIFF, | |

vs.

**NATIONAL PARK SERVICE (USA),**

Cross-Claim Defendant

**NATIONAL PARK SERVICE (USA),**

Counterclaim Plaintiff,

vs.

**JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child, **AMANDA RENEE GAST**, and **BROOKE ASHLEY GAST, SUNG KI KWAK**, dba **SHIN JIN HAWAI`I TRAVEL & TOUR**, a Hawai`i Sole Proprietorship; and **CYNTHIA HATHAWAY,**

Counterclaim Defendants.

**NATIONAL PARK SERVICE (USA),**

Cross-Claim Plaintiff,

vs.

**NCL (BAHAMA) LIMITED,**

Cross-Claim Defendant.

## PLAINTIFFS' MOTION IN LIMINE NO. 3
## TO EXCLUDE ANY REFERENCE TO SUICIDE
## WITH REGARD TO THE DEATH OF MRS. GAST

Plaintiffs JOHN GAST, individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST, and by and through their counsel, DAVIS LEVIN LIVINGSTON GRANDE, hereby move this Court in limine to exclude any reference to suicide in relation to the death of Mrs. Gast. Several defense experts, including expert Stephen Kemble, M.D. and NATIONAL PARK SERVICE (USA)'S ["USA"] expert Michael Stone M.D, have speculated that Mrs. Gast deliberately committed suicide by lying down on burning lava. As set forth in the accompanying memorandum, such testimony by these experts – and any similar testimony -- should be excluded, since it is not reliable, would not aid the trier of fact and violates the principles articulated in *Daubert v. Merrell Dow Pharmacueticals, Inc.*, 509 U.S. 579 (1993).

This motion is made pursuant to Rules 7, 26 and 37 of the Federal Rules of Civil Procedure and Rules 402, 403 and 702 of the Federal Rules of Evidence, and is based on the memorandum and exhibits attached hereto and the records and files herein.

DATED:  Honolulu, Hawai'i  May 30, 2006.

MARK S. DAVIS
Attorney for Plaintiffs