IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child, **AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR,** a Hawai`i Sole Proprietorship; and **CYNTHIA HATHAWAY**<br><br>　　　　　　Defendants.<br>――――――――――――――<br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR,** a Hawai`i Sole Proprietorship; and **CYNTHIA HATHAWAY,**<br><br>　　　　　Third-Party Plaintiffs,<br><br>　vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>　　　　　Third-Party Defendants | Civil No. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**DECLARATION OF MARK S. DAVIS** |

## DECLARATION OF MARK S. DAVIS

1. I am the attorney for Plaintiffs in the above action. I am licensed to practice before in the State of Hawaii and before this Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of the March 20, 2005 Letter to Dennis E.W. O'Connor, Jr. from Stephen B. Kemble.

3. Attached hereto as Exhibit 2 is a true and correct copy of the April 5, 2005 Letter to R. Michael Burke, from Michael H. Stone, M.D.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai'i May 30, 2006.

_____
MARK S. DAVIS