IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the ESTATE OF JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST<br><br>   Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>   Defendants. | CIVIL NO. **04-00079 DAE-BMK**<br>(Wrongful Death)<br><br><br>DECLARATION OF MARK S. DAVIS |
| SUNG KI KWAK, dba SHIN JIN HAWAI'I TRAVEL & TOUR, a Hawai'i Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>   Third-Party Plaintiffs,<br><br>vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>   Third-Party Defendants | |

## DECLARATION OF MARK S. DAVIS

1. I am an attorney at law licensed to practice in the State of Hawai`i and before this court. I am counsel for Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Stephen L. Magruder dated March 28, 2005.

3. Attached hereto as Exhibit 2 are true and correct excerpts from the deposition of Stephen L. Magruder taken on September 28, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai'i  May 30, 2006.

_____
MARK S. DAVIS