```
0001
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3                            - - -
 4    JOHN GAST, individually, and    )
      as Special Administrator of     )
 5    the Estate of JACQUELINE GAST,  )
      and as Guardian Ad Litem for    )
 6    his minor child, AMANDA RENEE   )
      GAST, and BROOK ASHLEY GAST,    )
 7                                    )
                 Plaintiffs,          )
 8                                    )
      vs.                             ) No. 04 00079 DAE BMK
 9                                    )
      SUNG KI KWAK, dba SHIN JIN      )
10    HAWAII TRAVEL & TOUR, a Hawaii  )
      Sole Proprietorship; CYNTHIA    )
11    HATHAWAY,                       )
                                      )
12               Defendants.          )
                                      )
13    _____)
14
15                    ORAL DEPOSITION OF
                   STEPHEN L. MAGRUDER, L.C.S.W.
16                     FORT MYERS, FLORIDA
                       SEPTEMBER 28, 2005
17
18
19
20
21    ATKINSON-BAKER, INC.
      500 North Brand Boulevard
22    Third Floor
      Glendale, California 91203
23    (800) 288-3376
24    REPORTED BY:  SHARON A. SULLIVAN, R.P.R., C.S.R.
25    FILE NO.:  9F081DE
```

EXHIBIT 2

```
0040
  1    You're telling me that she wouldn't really realize that
  2    she would --
  3         A.   No, I think she would just get mad and just
  4    drive fast.  The other thing that she would do often is
  5    use cocaine or drink when she would get mad, or the
  6    third thing was that she would diminish her own feelings
  7    about herself.  So she would begin to feel worthless or
  8    useless or things like that.
  9         Q.   When she would start speeding or using
 10    cocaine, is it that when she got mad, she was more
 11    willing to take risks or --
 12         A.   Well, I don't know whether it was risk
 13    taking --
 14         Q.   What was some of the speeding -- I'm sorry.
 15              MR. DAVIS:  Let him answer.
 16         A.   No, I wouldn't characterize it as risk
 17    taking.  I mean, I don't think she was a person that was
 18    a big risk taker.  I mean, it would be the opposite, if
 19    anything.  I don't think she was a risk taker at all.
 20         Q.   Okay.  So you think the -- we'll focus on the
 21    speeding.  You think, for example, the speeding was
 22    more -- it wasn't deliberate speeding like risk --
 23         A.   No.  She was not a risk taker.  I mean,
 24    Mrs. Gast was anything but that.  She was kind of a
 25    homebody and a person who -- she couldn't take risks,
```

0041

```
 1    even telling somebody directly she was mad at them,
 2    because she was afraid they wouldn't love her or they
 3    wouldn't want her.  So she was just the opposite as a
 4    matter of fact.  In fact, I would help her be able to do
 5    that more.  She was afraid that people wouldn't love
 6    her.
 7             But like we all, we get mad.  And when she
 8    got mad, she would sometimes drive fast or she would
 9    take cocaine or she again would think of suicide.  You
10    know, most people who commit suicide, basically what
11    they're saying is I would rather kill myself than even
12    have the thought of killing you.
13             Now, again, I never felt she was suicidal.
14    She had suicidal thoughts, but I never felt she was in
15    danger of going out and doing something to kill herself.
16        Q.   Okay.
17        A.   I mean, if that were the case, I would never
18    have a practice.  All my patients would be in the
19    hospital if everybody that says they think of suicide
20    was actually suicidal.
21        Q.   Okay.  I understand that.
22             One more question on the -- I don't know what
23    page, the December 4, 1997 entry?
24        A.   Let's see.  It's page 4.
25        Q.   Okay.  Do you see that entry?
```

0069

```
 1       Q.   Well, then maybe I'll ask it this way and let
 2  you express your anger, myself being an amateur
 3  therapist here.  Why was it that you were so resistant
 4  to providing these records?
 5       A.   Because this is totally outrageous, that if
 6  this is the only case you have to go back in someone's
 7  psychiatric records after this many years, it shows your
 8  desperation.
 9            Now, this woman came to me with the idea that
10  she would have confidentiality.  And, in fact, the
11  Supreme Court of The United States and Florida law says
12  the same thing.  I think this is outrageous, that a
13  woman goes for psychotherapy and years later, when she's
14  dead, a bunch of lawyers want to mettle into it and
15  reveal confidence.
16            If somebody wanted to violate an attorney-
17  client privilege, you-all would go nuts.  You'd go nuts.
18  Well, if you read the Supreme Court -- the Supreme Court
19  agrees with me.  You know, I think I even regret that I
20  agreed to send these records to this judge.  I should
21  have just let you-all come here and we could battle it
22  out in federal court.  So that's why, because --
23       Q.   Is it fair to say that you --
24       A.   It's the principle of the thing.
25       Q.   Okay.  And is it fair to say that was why you
```