UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
PHOTOGRAPH RECORD

Incident Number: 02- 580                                Date of Incident: 10/15/02

Nature of Incident: FATAL ACCIDENT (BURN)




Photo # 1JJ
Object: GAST UPPER BODY

Date: 10/18/02
Time: 1000
Location: Hilo Hospital morgue
Photographer: J. JUDD
Camera:
Lens:
Film: digital
Flash: yes

Photo # 2JJ
Object: GAST LOWER BODY

Date: 10/18/02
Time: 1000
Location: Hilo Hospital morgue
photographer: J.JUDD
Camera:
Lens:
Film: digital
Flash: yes

EXHIBIT `A"                                                  00093

| Reporting Officer's Name | ID # | Supervisor's Name | ID # |
|---|---|---|---|
| Jeffrey Judd | 244 | | |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
PHOTOGRAPH RECORD

Incident Number: 02- 580

Date of Incident: 10/15/02

Nature of Incident: FATAL ACCIDENT(BURN)




Photo # 3JJ
Object: GAST HAND

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: NO

Photo # 4JJ
Object: RIGHT FOOT

Date: 10/18/02
Time: 1000
Location: Hilo Hospital
Photographer: J. Judd
Camera: Sony
Lens:
Film: Digital
Flash: no

00094

Officer's Name      ID #                      Supervisor's Name           ID #
Jeffrey Judd    244

Reporting Officer's Signature       Date

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
PHOTOGRAPH RECORD

Incident Number: 02- 580

Date of Incident: 10/15/02

Nature of Incident: FATAL ACCIDENT (BURN)





Photo # 5JJ
Object: LEFT HAND

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J. JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: YES

Photo # 6JJ
Object: UPPER BODY

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: YES

00095



ing Officer's Name　　　　　ID #　　　　　　　Supervisor's Name　　　　　ID #
　　　　　　　　　　　　　　　　　　　　　　GAIL MINAMI　　　　　　241

Reporting Officer's Signature　　　Date　　　　Supervisor's Signature　　　　Date

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
PHOTOGRAPH RECORD

Incident Number: 02-580　　　　　　　　　　　　　　　Date of Incident: 10/15/02

Nature of Incident: FATAL ACCIDENT(BURN)

 

Photo # 7JJ
Object: GAST RIGHT FOOT

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J. JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: YES

Photo # 8JJ
Object: GAST RIGHT FOOT

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J. JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: YES

00096

Reporting Officer's Name: Jeffrey Judd    ID # 244    Supervisor's Name    ID #

Reporting Officer's Signature    Date    Supervisor's Signature    Date

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
PHOTOGRAPH RECORD

Incident Number: 02- 580

Date of Incident: 10/15/02

Nature of Incident: FATAL ACCIDENT (BURN)

 

Photo # 9JJ
Object: GAST BACKSIDE

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J. JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: YES

Photo # 10JJ
Object: GAST BACKSIDE

Date: 10/18/02
Time: 1000
Location: HILO HOSPITAL MORGUE
Photographer: J. JUDD
Camera: SONY
Lens:
Film: DIGITAL
Flash: YES

00097

Officer's Name          ID #            Supervisor's Name          ID #
Jeffrey Judd            244

Reporting Officer's Signature      Date         Supervisor's Signature      Date