United States Department Of The Interior
National Park Service

## SUPPLEMENTAL INCIDENT RECORD

ii Volcanoes National Park

Case: 02-0580
Date: 10-15-02

Incident: Gast Fatality

---

# 35mm Photograph Log

# Photograph #

JK2-1   Photograph of deceased facing East.
JK2-2   Photograph of deceased facing South
JK2-3   Photograph of deceased facing East. (close-up)
JK2-4   Photograph of deceased facing North.
JK2-5   Photograph of skin pieces.
JK2-6   Photograph of sandal piece.
JK2-7   Photograph of left sandal.
JK2-8   Photograph of skin pieces.
JK2-9   Photograph of skin pieces.
JK2-10  Photograph of deceased facing Northeast.
 ʼ1  Left arm of deceased. (close-up).
  ͵2  Photograph of deceased facing Southeast. (handbag removed)
JK2-13  Photograph of deceased facing South.
JK2-14  Photograph of crack in lava. (still glowing red)
JK2-15  Photograph of crack in lava. (still glowing red)
JK2-16  Photograph of deceased facing Southeast.  (handbag removed)
JK2-17  Photograph of crack in lava.  (still glowing red)
JK2-18  Photograph of side of deceased. (close-up)
JK2-19  Photograph of deceased facing North.
JK2-20  Photograph of Rangers Minami and Kracht facing Southwest. *
JK2-21  Photograph of deceased packaged in litter. *
JK2-22  Photograph did not develop. *
JK2-23  Photograph of lave facing Northeast. *
* Photographs taken by Ranger John Broward.
Photographs taken with a SLR camera with a 50-70mm lens.  Film used was Kodak ASA 100 color print film without a flash.

---

Jeff D. Kracht #775

Approved

page _1_ of _1_

7-24-04
Date

00155

Date

EXHIBIT "B"















JKZ
13







