REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  524-8350
Facsimile:  531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2006

at 4 o'clock and 12 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>NOTICE OF HEARING MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DENNIS E. W. O'CONNOR JR.; EXHIBIT "A"; CERTIFICATE OF SERVICE |

175699/04-54/DOJ

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>    Third-Party Defendants. | Date:<br>Time:<br>Judge: |

## NOTICE OF HEARING MOTION

TO:    MARK S. DAVIS, ESQ.
        MICHAEL K. LIVINGSTON, ESQ.
        400 Davis Levin Livingston Grande Place
        851 Fort Street
        Honolulu, HI 96813
        Attorneys for Plaintiffs

        R. MICHAEL BURKE, ESQ.
        Office of the U.S. Attorney
        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, HI 96850
        Attorney for Third-Party Defendant
        NATIONAL PARK SERVICE

JEFFREY S. PORTNOY, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Attorney for Third-Party Defendant
NCL (BAHAMA LIMITED) incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorneys for Defendant
AKAL SECURITY, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES shall come on for hearing before the Honorable _____, Judge/Magistrate of the above-entitled Court, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>        Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>        Third-Party Defendants. | |

175699/04-54/DOJ

DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES

Defendants and Third Party Plaintiffs SUNG KI KWAK dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY (hereinafter "Defendants"), by and through their attorneys, Reinwald O'Connor & Playdon LLP, hereby move the Court in limine to limit evidence concerning Jacqueline Gast's medical treatment, medical expenses, funeral arrangements and expenses to that amount identified in the estate responses to interrogatories.

This motion is brought pursuant to Federal Rules of Civil Procedure, Rule 26(e) and Rule 403 of the Federal Rules of Evidence and is supported by the Memorandum in Support and Declaration of Dennis E. W. O'Connor, Jr. attached hereto and the files and records herein.

DATED: Honolulu, Hawaii, May 30, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY

2