IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>　　　　Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>MEMORANDUM IN SUPPORT OF MOTION |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　Third-Party Defendants. | |

175699/04-54/DOJ

<u>MEMORANDUM IN SUPPORT OF MOTION</u>

I.  **<u>FACTUAL BACKGROUND</u>**

After Plaintiffs filed her Complaint, Defendant served interrogatories upon Plaintiff in April 2004.

On May 6, 2004, Plaintiffs responded to Defendant's First Request for Answers to Interrogatories. (See Exhibit "A.")

Interrogatory #34 of Exhibit "A" the first interrogatories requested:

34. State the amount claimed as special damages for:

    (a)    Physician's expenses (specify each doctor);
    (b)    Medical expenses;
    (c)    Nurse's expenses;
    (d)    Hospital expenses;
    (e)    Other (specify).

<u>Answer:</u>

Funeral and related expenses: $30,000.00.

II.  **<u>LAW</u>**

Rule 26(e)(3) expressly provides that a party has a duty to supplement discovery responses which is incorrect or incomplete. 8C Wright & Miller, Federal Practice and Procedures, § 2048. This is particularly true when the answer is incomplete on its face.

III. **ARGUMENT/CONCLUSION**

In the present case, the estate should not be allowed to make any claim for expenses including medical or funeral other than the $30,000.00 already identified. Thus, the motion should be granted.

DATED: Honolulu, Hawaii, May 30, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY