ORIGINAL

OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS              1442-0
MICHAEL K. LIVINGSTON      4161-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7500
Fax: (808) 545-7802
email: mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the ESTATE OF JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY<br><br>Defendants. | CIVIL NO. 04-00079 DAE-BMK<br>(Wrongful Death)<br><br><br>**PLAINTIFF JOHN GAST'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JOHN GAST, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACQUELINE GAST** |

**PLAINTIFF JOHN GAST'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF JOHN GAST, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JACQUELINE GAST**

EXHIBIT "K"

33. State any and all other expenses, losses or damages claimed by the Plaintiffs as a result of this occurrence indicating specifically the source of the expenses, losses or damages.

Answer:

Jackie lost her life because of this.
I lost my wife of 25 years.
My children, my beautiful girls, lost their mother forever.
The Christmas Holidays, graduations, births, family events, will never be the same. All the good family times are ruined forever.
Everything we worked for for 25 years are empty time slots. The good times are buried six feet under now. The defendants ripped the hearts out of so many people. Who will be the mother to help my daughters buy their graduation dresses? Who will be the mother to help my daughters fix their hair and to meet their first date? Now I will be walking down the aisle alone at my daughters' weddings. How can you put a price on the "expense" of not being able to sleep peacefully at night? How can I measure the "expense" of never being able to have Jackie back?

34. State the amount claimed as special damages for:

   (a) Physician's expenses (specify as to each doctor);

   (b) Medical expenses;

   (c) Nurse's expenses;

   (d) Hospital expenses (specify as to each hospital);

   (e) Other (specify).

Answer:

Funeral and related expenses: $ 30,000.00.

## DECLARATION

I, JOHN GAST, declare under penalty of law that the answers to the foregoing interrogatories are true and correct to the best of my knowledge and belief.

Dated:    Fort Myers, Florida, April 23, 2004.

_____
JOHN GAST