ORIGINAL

REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR         561
DENNIS E.W. O'CONNOR JR.     4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2006

at 4 o'clock and 12 min. P M
SUE BEITIA, CLERK

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>NOTICE OF HEARING MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DENNIS E. W. O'CONNOR JR.; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE<br><br>Date:<br>Time:<br>Judge: |

175657/04-54/DOJ

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

   Third-Party Plaintiffs,

 v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

   Third-Party Defendants.

## NOTICE OF HEARING MOTION

TO:  MARK S. DAVIS, ESQ.
   MICHAEL K. LIVINGSTON, ESQ.
   400 Davis Levin Livingston Grande Place
   851 Fort Street
   Honolulu, HI 96813
   Attorneys for Plaintiffs

   R. MICHAEL BURKE, ESQ.
   Office of the U.S. Attorney
   PJKK Federal Building
   300 Ala Moana Boulevard, Room 6100
   Honolulu, HI 96850
   Attorney for Third-Party Defendant
   NATIONAL PARK SERVICE

JEFFREY S. PORTNOY, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Attorney for Third-Party Defendant
NCL (BAHAMA LIMITED) incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Attorneys for Defendant
AKAL SECURITY, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST shall come on for hearing before the Honorable _____, Judge/Magistrate of the above-entitled Court, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>      Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

175657/04-54/DOJ

DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK,
dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S
MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS
OF INCOME TO THE ESTATE OF JACQUELINE GAST

Defendants and Third Party Plaintiffs SUNG KI KWAK dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY (hereinafter "Defendants"), by and through their undersigned attorneys, hereby move in limine to exclude any mention or evidence at trial of Plaintiff the Estate of JACQUELINE GAST's (hereinafter "Plaintiff") alleged future loss of income on the basis that such evidence is speculative, that Plaintiff will not be able to lay a proper medical foundation for said testimony, and that Plaintiff has no relevant, competent, and expert evidence to reduce said loss to present day value.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and is based upon Rules 401-403, and 701-705 of the Federal Rules of Evidence, the attached Memorandum in Support of Motion, and the entire records and files herein.

DATED: Honolulu, Hawaii, May 30, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

2