9E0A03D
JOHN GAST, JANUARY 24, 2005

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII
 2

    JOHN GAST, Individually and
 3  as Special Administrator of
    the ESTATE OF JACQUELINE
 4  GAST, and as Guardian Ad
    Litem for his minor
 5  children, AMANDA RENEE GAST,
    and BROOKE ASHLEY GAST,
 6          Plaintiffs,
    vs.                              Civil No. 04-00079 DAE-BMK
 7                                        (VOLUME I of II)
    SUNG KI KWAK, dba SHIN JIN
 8  HAWAII TRAVEL & TOUR, a
    Hawaii Sole Proprietorship;
 9  and CYNTHIA HATHAWAY,
            Defendants.
10  _____

11  SUNG KI KWAK, dba SHIN JIN
    HAWAII TRAVEL & TOUR, a
12  Hawaii Sole Proprietorship;
    and CYNTHIA HATHAWAY,
13          Third-Party Plaintiffs,
    vs.
14
    NORWEGIAN CRUISE LINE, INC.,
15  and NATIONAL PARK SERVICE,
            Third-Party Defendants,
16  _____/

17
                ORAL DEPOSITION OF JOHN GAST
18

19              FORT MYERS, FLORIDA

20               January 24-25, 2005

21  ATKINSON-BAKER, INC.
    500 North Brand Boulevard
22  Third Floor
    Glendale, California  91203
23  (800) 288-3376

24  REPORTED BY:  JANICE R. MALINE

25  FILE NO.:  9E0A03D                EXHIBIT "A"
```

9E0A03D
JOHN GAST, JANUARY 24, 2005

**Page 114**

1 Jeffcoat?
2   A   I have to look on the form. I don't recall if
3 it's listed here.
4   Q   Well, was it 2005, 2004?
5   A   It was 2004.
6   Q   Okay. All right. Are you -- do you have an
7 appointment to go see Kathy again?
8   A   No.
9   Q   How did the last appointment occur, did you
10 call?
11   A   Yes.
12   Q   And what was the reason for the appointment?
13   A   I wanted to get my daughters there. I figured
14 if I said I was going for myself, that they would go,
15 because I know they needed to talk to somebody too.
16   Q   Are your daughters still going to see Kathy?
17   A   No.
18   Q   How many times did your daughters go to see
19 Kathy?
20   A   I think two also, but I'm not positive.
21   Q   Okay. On page ten you list all your expenses.
22   A   Okay.
23   Q   Are there any other expenses, new expenses?
24   A   No, not that I can think of at this point.
25   Q   Okay. Who do you have clean your house?

**Page 115**

1   A   I have let them go since this and I pay my
2 daughters to do it so they can make some money.
3   Q   Okay. Did you have a housecleaner before your
4 wife passed away?
5   A   No.
6   Q   What's clothing service, is that dry-cleaning?
7   A   Yes.
8   Q   And then you -- how does this meals, eating
9 out work; is that the 78 weeks since -- I mean you have
10 78 weeks.
11   A   That's, I guess, since -- I think that's
12 possibly since Jackie had passed away until the time we
13 did this. I'm not sure.
14   Q   Oh, okay. You're trying to give total numbers
15 here, you think?
16   A   Yeah.
17   Q   All right. She, your wife, she wasn't making
18 any income in the years before --
19   A   No.
20   Q   -- she passed away?
21   A   No.
22   Q   Do you remember when the last time was she
23 made any income?
24   A   She worked in a little part-time toy store for
25 just a short period of time, that was -- might have been

**Page 116**

1 just during the holidays, that was just a few years
2 before her death, other than that, she hadn't worked in
3 a while.
4   Q   It says here now that, "Jackie had maintained
5 her real estate license every year with the intention of
6 returning to work when Amanda went to high school."
7   A   Correct.
8   Q   Is that true?
9   A   Yes.
10   Q   Didn't she have stress problems at work when
11 she was working as a real estate agent?
12   A   No. Did she have stress problems? What do
13 you mean? Did work cause her stress?
14   Q   Yes, sir. Did she have work-related stress
15 problems?
16   A   She pretty much worked on her own. She didn't
17 go into an office everyday.
18   Q   Okay. So as far as you were concerned, she
19 didn't have work-related stress problems in the real
20 estate?
21   A   I think the only problems with the real estate
22 was she hated the word no.
23   Q   Okay. When somebody wouldn't buy something?
24   A   Right.
25   Q   Okay. So -- so she was good as a real estate

**Page 117**

1 agent?
2   A   For just beginning she did okay.
3   Q   All right. And it was a fairly stress-free
4 environment for her?
5   A   Yes.
6   Q   There is a loss of income tax filing for joint
7 filings. That's pretty much straightforward.
8   A   Yes.
9   Q   Loss of life insurance policy Jackie and I had
10 set up for retirement. What is that?
11   A   At one point we had put a life insurance
12 policy together, and when she passed away, of course,
13 that ended, mine still is maintained, hers ended.
14   Q   It's an annuity type situation?
15   A   Yes.
16   Q   Where it pays back after so many years?
17   A   Right.
18   Q   Who did you get that policy through?
19   A   I believe it was Allstate, but I can
20 doublecheck that.
21   Q   Can you give that information to your
22 attorney, please?
23   A   Sure.
24   Q   And who was your agent?
25   A   I don't know.