```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII
 2

 3   JOHN GAST, Individually and
     as Special Administrator of
     the ESTATE OF JACQUELINE
 4   GAST, and as Guardian Ad
     Litem for his minor
 5   children, AMANDA RENEE GAST,
     and BROOKE ASHLEY GAST,
 6         Plaintiffs,
     vs.                              Civil No. 04-00079 DAE-BMK
 7
     SUNG KI KWAK, dba SHIN JIN
 8   HAWAII TRAVEL & TOUR, a
     Hawaii Sole Proprietorship;
 9   and CYNTHIA HATHAWAY,
           Defendants.
10   _____

11   SUNG KI KWAK, dba SHIN JIN
     HAWAII TRAVEL & TOUR, a
12   Hawaii Sole Proprietorship;
     and CYNTHIA HATHAWAY,
13         Third-Party Plaintiffs,
     vs.
14
     NORWEGIAN CRUISE LINE, INC.,
15   and NATIONAL PARK SERVICE,
           Third-Party Defendants,
16   _____/

17
          ORAL DEPOSITION OF RAYMOND A. JOHNSON, M.D.
18

19                    FORT MYERS, FLORIDA

20                     January 25, 2005

21   ATKINSON-BAKER, INC.
     500 North Brand Boulevard
22   Third Floor
     Glendale, California  91203
23   (800) 288-3376

24   REPORTED BY:  JANICE R. MALINE

25   FILE NO.:  9F00B5C              EXHIBIT "B"
```

**Page 74**

1 do that, too, and when that mechanism is defective,
2 people's moods just sort of move all over the place and
3 tend to end up in the areas where it's too strong. They
4 don't become unhappy, they become depressed. They're
5 not just irritable, they are in a rage.
6  Q  Do you know about when you had that
7 conversation with him?
8  A  I really don't.
9  Q  Okay.
10  A  I'm sorry.
11  Q  How many times do you recall talking to
12 Mr. Gast about his wife's psychiatric situation during
13 the two years you saw her?
14  A  Probably once.
15  Q  Okay. Do you recall whether you discussed
16 with the husband the type of medication that his wife
17 needed to be on to, kind of, control these issues?
18  A  No, I don't remember. I know I had him in. I
19 would think that if he was interested in it, yes, I
20 would have; that's part of my job.
21  Q  Did Mrs. Gast ever give you any reasons why
22 she did not want to work?
23  A  Not really. I mean, my sense was that she
24 wanted to work. She felt that she should work to be a
25 contributor to the family, and I didn't think that she

**Page 75**

1 could, without having further deterioration.
2  Q  Well, that was a pretty early discussion you
3 had with her. By the time you saw her in August of
4 2002, had you ever had any additional conversations with
5 her about her interest to return to work?
6  A  No, I didn't feel she was a whole lot better.
7  Q  Okay. So at least at the time that you saw
8 her last, she wasn't ready to go back to work?
9  A  No.
10  Q  That was after two years of treatment?
11  A  Yes.
12  Q  Do you have any opinion as to whether she ever
13 would have been able to go back to work?
14  A  I think probably not, based on my experience
15 with other patients of that degree of impairment.
16  Q  Quickly, the last use of alcohol you had had
17 in your very first visit, is the day before that visit.
18 It was never updated. Can I just assume you never
19 discussed her alcohol use after that?
20  A  No, we discussed it. She understood that she
21 was not supposed to drink. I think that she did,
22 probably, for the first year. I think she was more
23 compliant as time went on, because she could link how
24 bad she felt with the intake of alcohol.
25  Q  You never updated that?

**Page 76**

1  A  No, I never updated that.
2  Q  So when it says the last visit, last day of
3 alcohol February 22nd, 2000, that --
4  A  That was just carried forward.
5  Q  No problem. I want to discuss about the
6 medication of this Tegretol. If you'll just look at
7 your note of August 5th, '02?
8  A  Sure.
9  Q  I just want to know when was she supposed to
10 take that. It says 400 milligram, b.i.d.
11  A  That would be morning and evening, and then
12 200 at p.m., would be afternoon.
13  Q  She would take 400 in the morning?
14  A  Yes.
15  Q  200 in the afternoon?
16  A  Correct.
17  Q  400 at night?
18  A  Correct.
19  Q  Look at the pill box. Do you see the 400 in
20 the evening and 200 in the afternoon in that pill box?
21  A  Yes, I do.
22  Q  Both of them?
23  A  Yes.
24  Q  If she did not take that medication for one
25 day, did you have an opinion as to whether it would

**Page 77**

1 alter her personality at all during that one day?
2  A  When she didn't take her medicine, she tended
3 to get -- she tended to fly into rages more easily.
4  Q  But just on that one day is all I'm trying to
5 find out?
6  A  The one day?
7  Q  Let's assume she took the 400 in the morning
8 on the day she died.
9  A  Okay.
10  Q  And from what you can see from the pillbox --
11  A  Didn't take the other two?
12  Q  -- didn't take the afternoon or the evening.
13  A  Right. Right.
14  Q  What that have affected her that day?
15  A  Probably not.
16  Q  Okay.
17  A  Probably not.
18  Q  When in the afternoon was she supposed to take
19 the 200?
20  A  P.m. dose can be anywhere from, let's say,
21 1:00 to 3:00.
22  Q  Okay.
23  A  Somewhere in that area.
24  Q  Your understanding was that she was
25 occasionally noncompliant?