

REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  524-8350
Facsimile:  531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>     Plaintiffs,<br><br>  vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>     Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>NOTICE OF HEARING MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Date:<br>Time:<br>Judge: |

175659/04-54/DOJ

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

        Third-Party Plaintiffs,

    v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

        Third-Party Defendants.

## NOTICE OF HEARING MOTION

TO:      MARK S. DAVIS, ESQ.
        MICHAEL K. LIVINGSTON, ESQ.
        400 Davis Levin Livingston Grande Place
        851 Fort Street
        Honolulu, HI 96813
        Attorneys for Plaintiffs

        R. MICHAEL BURKE, ESQ.
        Office of the U.S. Attorney
        PJKK Federal Building
        300 Ala Moana Boulevard, Room 6100
        Honolulu, HI 96850
        Attorney for Third-Party Defendant
        NATIONAL PARK SERVICE

JEFFREY S. PORTNOY, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Attorney for Third-Party Defendant
NCL (BAHAMA LIMITED) incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Attorneys for Defendant
AKAL SECURITY, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE shall come on for hearing before the Honorable _____, Judge/Magistrate of the above-entitled Court, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JOHN GAST, individually, and as
Special Administrator of the Estate of
JACQUELINE GAST, and as
Guardian Ad Litem for his minor
child, AMANDA RENEE GAST, and
BROOKE ASHLEY GAST,

        Plaintiffs,

  vs.

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

        Defendants.

---

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

        Third-Party Plaintiffs,

  v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

        Third-Party Defendants.

CIVIL NO. CV 04 00079 DAE BMK
(Wrongful Death)

DEFENDANTS AND THIRD-
PARTY PLAINTIFFS SUNG KI
KWAK, dba SHIN JIN HAWAII
TRAVEL & TOUR AND CYNTHIA
HATHAWAY'S MOTION IN
LIMINE TO EXCLUDE EVIDENCE
OF LIABILITY INSURANCE

175659/04-54/DOJ

## DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE

Defendants SUNG KI KWAK dba SHIN JIN HAWAII TOUR & TRAVEL and CYNTHIA HATHAWAY (hereinafter "Defendants"), pursuant to Rule 411 of the Federal Rules of Evidence, hereby move the Court for an order excluding oral and documentary evidence relating to Defendants' liability insurance.

This motion is based upon the Memorandum in Support of Motion attached hereto and the files and records herein.

DATED:  Honolulu, Hawaii, May 30, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

2