REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR             561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2006

at 4 o'clock and 13 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>NOTICE OF HEARING MOTION; DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF EMOTIONAL DISTRESS CLAIMS OF BROOKE AND ASHLEY GAST; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF DENNIS E. W. O'CONNOR JR.; EXHIBIT "A"; CERTIFICATE OF SERVICE |

175702/DOJ

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　Third-Party Defendants. | Date:<br>Time:<br>Judge: |

## NOTICE OF HEARING MOTION

TO:　　MARK S. DAVIS, ESQ.
　　　　MICHAEL K. LIVINGSTON, ESQ.
　　　　400 Davis Levin Livingston Grande Place
　　　　851 Fort Street
　　　　Honolulu, HI 96813
　　　　Attorneys for Plaintiffs

　　　　R. MICHAEL BURKE, ESQ.
　　　　Office of the U.S. Attorney
　　　　PJKK Federal Building
　　　　300 Ala Moana Boulevard, Room 6100
　　　　Honolulu, HI 96850
　　　　Attorney for Third-Party Defendant
　　　　NATIONAL PARK SERVICE

JEFFREY S. PORTNOY, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Attorney for Third-Party Defendant
NCL (BAHAMA LIMITED) incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorneys for Defendant
AKAL SECURITY, INC.

NOTICE IS HEREBY GIVEN that DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF EMOTIONAL DISTRESS CLAIMS OF BROOKE AND ASHLEY GAST shall come on for hearing before the Honorable _____, Judge/Magistrate of the above-entitled Court, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, at _____ or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF EMOTIONAL DISTRESS CLAIMS OF BROOKE AND ASHLEY GAST |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>Third-Party Defendants. | |

175702/DOJ

DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF EMOTIONAL DISTRESS CLAIMS OF BROOKE AND ASHLEY GAST

Defendants and Third Party Plaintiffs SUNG KI KWAK dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY (hereinafter "Defendants"), by and through their undersigned attorneys, hereby move in limine to exclude any mention or evidence at trial of Plaintiffs BROOKE and ASHLEY GAST's (hereinafter "Plaintiffs") claims for negligent infliction emotional distress and any associated claims for medical expenses, wage loss and/or general damages concerning said claims. The Court, in its November 30, 2005 order, dismissed the claims of Brooke and Ashley Gast for Negligent Infliction of Emotional Distress. (See Exhibit "A" at page 20.) As such, evidence of Brooke and Ashley's claims for emotional distress are not relevant and will confuse the jury.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure and is based upon Rules 401-403 Federal Rules of Evidence, the attached Memorandum in Support of Motion, and the entire records and files herein.

DATED: Honolulu, Hawaii, May 30, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY

2