IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>    Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>MEMORANDUM IN SUPPORT OF MOTION |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>    Third-Party Defendants. | |

175702/DOJ

## MEMORANDUM IN SUPPORT OF MOTION

It is well established that Plaintiffs BROOKE and ASHLEY GAST (hereinafter "Plaintiffs") have the burden of proving damages under the standard of "reasonable certainty." See e.g. Chung v. Kaonohi Center Co., 62 Haw. 594, 606 (1980); Burgess v. Arita, 5 Haw. App. 581 (1985).

In his order dated November 30, 2005, Judge David Ezra granted summary judgment dismissing the negligent infliction of emotional distress claims of Brooke and Ashley Gast. (See Ex "A" at page 20.) Therefore, evidence of the emotional distress suffered by Brooke and Ashley Gast, and any evidence of damages such as their own medical expenses and earnings loss claims resulting therefrom are not relevant in this matter pursuant to Rule 401, Federal Rules of Civil Procedure. Further, under Rule 403 the introduction of such evidence will only lead to jury confusion and will mislead the jury. Said evidence has no probative value and should be excluded.

## CONCLUSION

In accordance with the foregoing, Defendants respectfully request this Court grant the instant motion.

DATED: Honolulu, Hawaii, May 30, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY