REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR         561
DENNIS E.W. O'CONNOR JR.   4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone: 524-8350
Facsimile:  531-8628

Attorneys for Defendants
SUNG KI KWAK, dba SHIN JIN HAWAII
TRAVEL & TOUR and CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>FIRST AMENDED CERTIFICATE OF SERVICE |

143879/04-54/DOJ

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　　　Third-Party Defendants. | |

## FIRST AMENDED CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that a copy of:

1)　Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Photographs of Mrs. Gast's Body;

2)　Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence of Future Loss of Income to the Estate of Jacqueline Gast;

3)　Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence of Liability Insurance;

4)　Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence Concerning Plaintiff's Loss of Income and to Limit Evidence Concerning Plaintiff's Medical and Burial Expenses; and

5) Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence of Emotional Distress Claims of Brooke And Ashley Gast

were duly served upon the following parties at their last known address by hand-delivery on May 30, 2006:

MARK S. DAVIS, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813
Attorneys for Plaintiffs

JEFFREY S. PORTNOY, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Attorney for Third-Party Defendant
NCL (BAHAMA LIMITED) incorrectly named
herein as NORWEGIAN CRUISE LINES, INC.

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorneys for Defendant
AKAL SECURITY, INC.

The undersigned further certifies that a copy of said documents was duly served upon the following party by email at mike.burke@usdoj.gov on May 30, 2006 and by hand-delivery on May 31, 2006:

R. MICHAEL BURKE, ESQ.
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850
Attorney for Third-Party Defendant
NATIONAL PARK SERVICE

DATED: Honolulu, Hawaii, June 1, 2006.

_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants
SUNG KI KWAK, dba SHIN JIN HAWAII
TRAVEL & TOUR and CYNTHIA
HATHAWAY