# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/05/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV 04-00079DAE-BMK

CASE NAME:   Gast, et al v. Kwak, et al

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:

DATE:   06/05/2006               TIME:

COURT ACTION:  EO:  As this Court finds that the adjudication of the outstanding Motions in Limine prior to the June 28, 2006, mediation will significantly benefit the parties, it hereby shortens the time for hearing on these motions. Accordingly, the Court will hear these motions on June 22, 2006, and the briefing schedule is amended as follows:

Oppositions shall be due on June 14th by 4:00pm
Replies shall be due on June 19th by 4:00pm

Submitted by: Theresa Lam, Courtroom Manager