CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY   1211-0
NEILL T. TSENG       8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808) 521-9200
Fax:       (808) 540-5040
Email:     jportnoy@cades.com

Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>                Plaintiffs,<br><br>        v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>                Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>NOTICE OF APPEARANCE OF NEILL T. TSENG AS COUNSEL FOR THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD; CERTIFICATE OF SERVICE<br><br><br><br><br>Trial: August 15, 2006<br>Judge: Honorable David Alan Ezra |

ImanageDB:654986.1

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

**NOTICE OF APPEARANCE OF NEILL T. TSENG AS COUNSEL FOR THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD**

     Neill T. Tseng, of the law firm of Cades Schutte LLP, attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC. in the above-referenced matter, hereby gives notice of his appearance as counsel for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.

ImanageDB:654986.1

DATED: Honolulu, Hawaii, June 13, 2006.

          CADES SCHUTTE
A Limited Liability Law Partnership

/s/ Neill T. Tseng
JEFFREY S. PORTNOY
NEILL T. TSENG
Attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.