CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211-0
NEILL T. TSENG            8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813-4212
Telephone:  (808) 521-9200
Fax:           (808) 540-5040
Email:        jportnoy@cades.com

Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>       Plaintiffs,<br><br>  v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>       Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE PHOTOGRAPHS OF MRS. GAST'S BODY, FILED MAY 30, 2006; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:      June 22, 2006<br>Time:     9:00 a.m.<br>Judge:    Honorable David Alan Ezra |

ImanageDB:653500.1

2

|  |  |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>          Third-Party Plaintiffs,<br><br>     v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>          Third-Party Defendants. | Trial:   August 15, 2006<br>Judge:  Honorable David Alan Ezra |

**THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S
JOINDER TO DEFENDANTS AND THIRD-PARTY
PLAINTIFFS SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S
MOTION IN LIMINE TO EXCLUDE PHOTOGRAPHS
OF MRS. GAST'S BODY, FILED MAY 30, 2006**

Third-Party Defendant NCL (BAHAMA) LTD ("NCL"), by and

through its attorneys, Cades Schutte LLP, hereby joins in Defendants and Third-

Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia

Hathaway's Motion in Limine to Exclude Photographs of Mr. Gast's Body, filed

on May 30, 2006.

2

DATED:  Honolulu, Hawaii, June 13, 2006.

CADES SCHUTTE
A Limited Liability Law Partnership


/s/ Neill T. Tseng
_____
JEFFREY S. PORTNOY
NEILL T. TSENG
Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein
as NORWEGIAN CRUISE LINES, INC.

ImanageDB:653500.1