CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211-0
NEILL T. TSENG              8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813-4212
Telephone:  (808) 521-9200
Fax:             (808) 540-5040
Email:          jportnoy@cades.com

Attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>　　　　　　Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES, FILED MAY 30, 2006; CERTIFICATE OF SERVICE |

ImanageDB:654974.1

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　Third-Party Defendants. | Hearing:<br>Date:　　June 22, 2006<br>Time:　　9:00 a.m.<br>Judge:　Honorable David Alan Ezra<br><br><br><br><br>Trial:　　August 15, 2006<br>Judge:　Honorable David Alan Ezra |

**THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES, FILED MAY 30, 2006**

　　　　Third-Party Defendant NCL (BAHAMA) LTD ("NCL"), by and through its attorneys, Cades Schutte LLP, hereby joins in Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence Concerning Plaintiff's Loss of Income and To Limit Evidence Concerning Plaintiff's Medical and Burial Expenses, filed on May 30, 2006.

ImanageDB:654974.1

DATED: Honolulu, Hawaii, June 13, 2006.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        /s/ Neill T. Tseng
        JEFFREY S. PORTNOY
        NEILL T. TSENG
        Attorneys for Third-Party Defendant NCL
        (BAHAMA) LTD incorrectly named herein
        as NORWEGIAN CRUISE LINES, INC.