IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>      Defendants.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |

ImanageDB:654974.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served upon the following parties electronically through CM/EC:

>MARK S. DAVIS, ESQ.
>MICHAEL K. LIVINGSTON, ESQ.
>Davis Levin Livingston Grande
>400 Davis Levin Livingston Grande Place
>851 Fort Street
>Honolulu, Hawaii 96813
>>Attorneys for Plaintiffs

>DENNIS E. W. O'CONNOR, ESQ.
>DENNIS E. W. O'CONNOR JR., ESQ.
>Reinwald O'Connor & Playdon LLP
>Pacific Guardian Center, Makai Tower
>733 Bishop Street, Suite 2400
>Honolulu, Hawaii 96813
>>Attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY

>R. MICHAEL BURKE, ESQ.
>Office of the U.S. Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii 96813
>>Attorney for Third-Party Defendant NATIONAL PARK SERVICE

ImanageDB:654974.1

>APRIL LURIA, ESQ.
>JODIE D. ROECA, ESQ.
>Roeca, Louie & Hiraoka
>900 Davies Pacific Center
>841 Bishop Street
>Honolulu, Hawaii  96813
>>Attorneys for Defendant
>>AKAL SECURITY, INC.

DATED:  Honolulu, Hawaii, June 13, 2006.

>CADES SCHUTTE
>A Limited Liability Law Partnership
>
>/s/ Neill T. Tseng
>JEFFREY S. PORTNOY
>NEILL T. TSENG
>Attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.

ImanageDB:654974.1