CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211-0
NEILL T. TSENG            8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808) 521-9200
Fax:       (808) 540-5040
Email:     jportnoy@cades.com

Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>            Plaintiffs,<br><br>      v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>            Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST, FILED MAY 30, 2006; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:  June 22, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable David Alan Ezra |

ImanageDB:654979.1

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>  Third-Party Plaintiffs,<br><br> v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>  Third-Party Defendants. | Trial:  August 15, 2006<br>Judge:  Honorable David Alan Ezra |

**THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO ESTATE OF JACQUELINE GAST, FILED MAY 30, 2006**

Third-Party Defendant NCL (BAHAMA) LTD ("NCL"), by and through its attorneys, Cades Schutte LLP, hereby joins in Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence of Future Loss of Income to The Estate of Jacqueline Gast, filed on May 30, 2006.

ImanageDB:654979.1

DATED: Honolulu, Hawaii, June 13, 2006.

> CADES SCHUTTE
> A Limited Liability Law Partnership
>
> /s/ Neill T. Tseng
> _____
> JEFFREY S. PORTNOY
> NEILL T. TSENG
> Attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.

ImanageDB:654979.1