IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>      Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

ImanageDB:654979.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served upon the following parties electronically through CM/EC:

    MARK S. DAVIS, ESQ.
    MICHAEL K . LIVINGSTON, ESQ.
    Davis Levin Livingston Grande
    400 Davis Levin Livingston Grande Place
    851 Fort Street
    Honolulu, Hawaii  96813
        Attorneys for Plaintiffs

    DENNIS E. W. O'CONNOR, ESQ.
    DENNIS E. W. O'CONNOR JR., ESQ.
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii  96813
        Attorneys for Defendants and Third-Party
        Plaintiffs SUNG KI KWAK, dba SHIN
        JIN HAWAII TRAVEL & TOUR and
        CYNTHIA HATHAWAY

    R. MICHAEL BURKE, ESQ.
    Office of the U.S. Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii  96813
        Attorney for Third-Party Defendant
        NATIONAL PARK SERVICE

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
    Attorneys for Defendant
    AKAL SECURITY, INC.

DATED:  Honolulu, Hawaii, June 13, 2006.

    CADES SCHUTTE
    A Limited Liability Law Partnership

    /s/ Neill T. Tseng
    JEFFREY S. PORTNOY
    NEILL T. TSENG
    Attorneys for Third-Party Defendant NCL
    (BAHAMA) LTD incorrectly named herein
    as NORWEGIAN CRUISE LINES, INC.