IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST, | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death) CERTIFICATE OF SERVICE |

             Plaintiffs,

      v.

SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,

             Defendants.

---

SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,

             Third-Party Plaintiffs,

      v.

NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,

             Third-Party Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served upon the following parties electronically through CM/ECF:

> MARK S. DAVIS, ESQ.
> MICHAEL K . LIVINGSTON, ESQ.
> Davis Levin Livingston Grande
> 400 Davis Levin Livingston Grande Place
> 851 Fort Street
> Honolulu, Hawaii  96813
>     Attorneys for Plaintiffs

> DENNIS E. W. O'CONNOR, ESQ.
> DENNIS E. W. O'CONNOR JR., ESQ.
> Reinwald O'Connor & Playdon LLP
> Pacific Guardian Center, Makai Tower
> 733 Bishop Street, Suite 2400
> Honolulu, Hawaii  96813
>     Attorneys for Defendants and Third-Party
>     Plaintiffs SUNG KI KWAK, dba SHIN
>     JIN HAWAII TRAVEL & TOUR and
>     CYNTHIA HATHAWAY

> R. MICHAEL BURKE, ESQ.
> Office of the U.S. Attorney
> PJKK Federal Building
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, Hawaii  96813
>     Attorney for Third-Party Defendant
>     NATIONAL PARK SERVICE

ImanageDB:654985.1

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
  Attorneys for Defendant
  AKAL SECURITY, INC.


DATED:  Honolulu, Hawaii, June 13, 2006.

     CADES SCHUTTE
     A Limited Liability Law Partnership


     /s/ Neill T. Tseng
     JEFFREY S. PORTNOY
     NEILL T. TSENG
     Attorneys for Third-Party Defendant NCL
     (BAHAMA) LTD incorrectly named herein
     as NORWEGIAN CRUISE LINES, INC.

3