OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS        1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 356-0418
Email:  mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD**, AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>PLAINTIFFS,<br><br>vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO** DEFENDANT **AKAL SECURITY, INC'S MOTION IN LIMINE NO. 1** FILED ON NOVEMBER 22, 2005; AND CERTIFICATE OF SERVICE<br><br>*Hearing*<br><br>*Date   :*   June 22, 2006<br>*Time   :*   9:00 a.m.<br>*Judge  :*   David A. Ezra<br><br>*Trial  :*   August 15. 2006 |

**SUNG KI KWAK,** DBA **SHIN JIN**

**HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

    THIRD-PARTY PLAINTIFFS,

  vs.

**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**

    THIRD-PARTY DEFENDANTS

---

**NCL (BAHAMA) LIMITED**,

    COUNTERCLAIM PLAINTIFF,

  vs.

**NATIONAL PARK SERVICE (USA)**,

    CROSS-CLAIM DEFENDANT

---

**NATIONAL PARK SERVICE (USA)**,

    COUNTERCLAIM PLAINTIFF,

  vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND

| |
|---|
| **CYNTHIA HATHAWAY**, |
| COUNTERCLAIM DEFENDANTS. |
| **NATIONAL PARK SERVICE (USA)**, |
| CROSS-CLAIM PLAINTIFF, |
| vs. |
| **NCL (BAHAMA) LIMITED**, |
| CROSS-CLAIM DEFENDANT. |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT AKAL SECURITY, INC'S
MOTION IN LIMINE NO. 1 FILED ON NOVEMBER 22, 2005**

AKAL Security, Inc.'s (hereinafter AKAL) Motion in Limine No. 1 should be denied on the grounds that it is entirely unclear what relief they are seeking in their Motion, other than the attorneys comply with existing law, a proposition for which no order is required. Defendant AKAL has filed a very general motion discussing the references of counsel on various arguments, most of which are correct statements of the law, some of which are not, and it is simply too vague to meaningfully respond.

For example, Defendant urges that Plaintiff should be prohibited from submitting a "golden rule argument" which is unquestionably the law in Hawaii, and yet they then urge that "any variant of such argument is inadmissible,"

Plaintiffs simply do not know what they mean by "any variants." Certainly there are variants of the argument that are admissible.

In addition, Plaintiffs make very general statements about references to counsel's experience representing other clients with similar injuries, but Defendant then adds to its argument that matters of common knowledge with regard to value of objects should be prohibited. In essence, Defendant's motion is so vague it is difficult to understand what it is they are requesting other than that all the attorneys comply with Hawaii law with regard to their arguments and comments to the jury. The parties are already under appropriate obligation to do so and an order in Limine simply is neither appropriate for such matters nor specific enough to be enforced

DATED:  Honolulu, Hawai'i  June 13, 2006.

                          /s/ Mark S. Davis
                          _____
                          MARK S. DAVIS
                          MICHAEL K. LIVINGSTON
                          Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child**, AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>        Plaintiffs,<br><br>    vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>        Defendants. | CIVIL NO. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>        Third-Party Plaintiffs,<br><br>    vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>        Third-Party Defendants | |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served upon the following parties on June 13, 2006 by means indicated below.

        DENNIS O'CONNOR, ESQ.        [Electronic Filing]
        DENNIS O'CONNOR, JR., ESQ.

**REINWALD O'CONNOR & PLAYDON LLP**
Pacific Guardian Center
2400 Makai Tower
733 Bishop Street
Honolulu, HI 96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI'I TRAVEL & TOUR** and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.    [Hand Delivery]
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI 96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.    [Electronic Filing]
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.    [Electronic Filing]
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED: Honolulu, Hawai'i June 13, 2006

                /s/ Mark S. Davis
                _____
                MARK S. DAVIS
                MICHAEL K. LIVINGSTON
                Attorney for Plaintiffs