OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS        1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 356-0418
Email:  mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD**, AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>PLAINTIFFS,<br><br>vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>DEFENDANTS.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN** | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO** DEFENDANTS AND THIRD-PARTY PLAINTIFFS **SUNG KI KWAK,** dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY'S **MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST;** AND CERTIFICATE OF SERVICE<br><br>*Hearing*<br><br>*Date   :*   June 22, 2006<br>*Time  :*   9:00 a.m.<br>*Judge :*   David A. Ezra<br><br>*Trial  :*   August 15. 2006 |

**HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

    THIRD-PARTY PLAINTIFFS,

    vs.

**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**

    THIRD-PARTY DEFENDANTS

**NCL (BAHAMA) LIMITED**,

    COUNTERCLAIM PLAINTIFF,

    vs.

**NATIONAL PARK SERVICE (USA)**,

    CROSS-CLAIM DEFENDANT

**NATIONAL PARK SERVICE (USA)**,

    COUNTERCLAIM PLAINTIFF,

    vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND

**CYNTHIA HATHAWAY**,

    COUNTERCLAIM DEFENDANTS.

**NATIONAL PARK SERVICE (USA)**,

    CROSS-CLAIM PLAINTIFF,

vs.

**NCL (BAHAMA) LIMITED**,

    CROSS-CLAIM DEFENDANT.

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST**

    At the time of Jacqueline Gast's death she was unemployed.  There will be evidence that she intended at some point to return to work as is consistent with the family but Plaintiffs will not submit any evidence with regard to her monetary lost income nor will they submit to evidence by experts or lay testimony as to the amount of money she would have likely earned.

    DATED:  Honolulu, Hawai'i  June 13, 2006.

    _____/S/ Mark S. Davis_____
    MARK S. DAVIS
    MICHAEL K. LIVINGSTON
    Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child**, AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>            Plaintiffs,<br><br>    vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>            Defendants. | CIVIL NO. **04-00079 DAE-BMK**<br>(Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>            Third-Party Plaintiffs,<br><br>    vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>            Third-Party Defendants | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served upon the following parties on June 13, 2006 by means indicated below.

DENNIS O'CONNOR, ESQ.            [Electronic Filing]
DENNIS O'CONNOR, JR., ESQ.

**REINWALD O'CONNOR & PLAYDON LLP**
Pacific Guardian Center
2400 Makai Tower
733 Bishop Street
Honolulu, HI  96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI'I TRAVEL & TOUR** and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.    [Hand Delivery]
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI  96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.    [Electronic Filing]
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI  96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.    [Electronic Filing]
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED:  Honolulu, Hawai'i  June 13, 2006

    /S/ Mark S. Davis
    _____
    MARK S. DAVIS
    MICHAEL K. LIVINGSTON
    Attorney for Plaintiffs