OF COUNSEL:
DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS        1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 356-0418
Email:  mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD**, AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>                    PLAINTIFFS,<br><br>     vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>                    DEFENDANTS.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN** | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO** DEFENDANTS AND THIRD-PARTY PLAINTIFFS **SUNG KI KWAK**, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY'S **MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFFS' LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFFS' MEDICAL AND BURIAL EXPENSES;** AND CERTIFICATE OF SERVICE<br><br>*Hearing*<br>*Date   :*   June 22, 2006<br>*Time   :*   9:00 a.m.<br>*Judge  :*   David A. Ezra<br>*Trial  :*   August 15. 2006 |

**HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

    THIRD-PARTY PLAINTIFFS,

vs.

**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**

    THIRD-PARTY DEFENDANTS

**NCL (BAHAMA) LIMITED**,

    COUNTERCLAIM PLAINTIFF,

vs.

**NATIONAL PARK SERVICE (USA)**,

    CROSS-CLAIM DEFENDANT

**NATIONAL PARK SERVICE (USA)**,

    COUNTERCLAIM PLAINTIFF,

vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND

| **CYNTHIA HATHAWAY**, |
| --- |
| Counterclaim Defendants. |
| **NATIONAL PARK SERVICE (USA)**, |
| Cross-Claim Plaintiff, |
| vs. |
| **NCL (BAHAMA) LIMITED**, |
| Cross-Claim Defendant. |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
DEFENDANTS AND THIRD-PARTY PLAINTIFFS **SUNG KI KWAK**, dba
SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY'S
**MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING
PLAINTIFFS' LOSS OF INCOME AND TO LIMIT EVIDENCE
CONCERNING PLAINTIFFS' MEDICAL AND BURIAL EXPENSES**

Plaintiffs will not submit claims for medical expenses since the Plaintiffs received none. Plaintiffs will submit detailed evidence exhibits with regard to funeral and related expenses by appropriate exhibits which have been estimated in interrogatories at approximately $30,000.00. The exact figures will be submitted by testimony and appropriate evidence. We will provide exhibits with regard to the burial and related expenses. We responded to interrogatories accurately summarizing funeral and related expenses, but not to the penny.

Defendants cite Rule 26(e)(3) which is no longer part of the Federal Rules. The duty of supplementation is contained within Rule 26(e) and specifically lays

out that the duty of supplementation only is required if there is some material information that was not disclosed or incomplete or incorrect at the time it was provided. It does not require supplementation beyond errors made at the time of response. This motion should be denied or at least reserved until such time as the final bills are submitted as part of the exhibits or testimony.

      DATED: Honolulu, Hawai'i  June 13, 2006.

                                            _____/S/ Mark S. Davis_____
                                            MARK S. DAVIS
                                            MICHAEL K. LIVINGSTON
                                            Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child**, AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>          Defendants. | CIVIL NO. **04-00079 DAE-BMK**<br>(Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>          Third-Party Plaintiffs,<br><br>     vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>          Third-Party Defendants | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served upon the following parties on June 13, 2006 by means indicated below.

    DENNIS O'CONNOR, ESQ.        [Electronic Filing]
    DENNIS O'CONNOR, JR., ESQ.

   **REINWALD O'CONNOR & PLAYDON LLP**
   Pacific Guardian Center
   2400 Makai Tower
   733 Bishop Street
   Honolulu, HI  96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI`I TRAVEL & TOUR** and **CYNTHIA HATHAWAY**

   JEFFREY S. PORTNOY, ESQ.  [Hand Delivery]
   **CADES SCHUTTE, LLC**
   1200 Cades Schutte Building
   1000 Bishop Street
   Honolulu, HI  96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

   R. MICHAEL BURKE, ESQ.  [Electronic Filing]
   **OFFICE OF THE U. S. ATTORNEY**
   PJKK Federal Building
   300 Ala Moana Blvd., Room 6100
   Honolulu, HI  96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

   APRIL LURIA, ESQ.  [Electronic Filing]
   **ROECA LOUIE & HIRAOKA**
   900 Davies Pacific Center
   841 Bishop Street
   Honolulu, HI  96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED:  Honolulu, Hawai'i  June 13, 2006

        _____/S/ Mark S. Davis_____
        MARK S. DAVIS
        MICHAEL K. LIVINGSTON
        Attorney for Plaintiffs