OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS          1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 356-0418
Email:  mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD**, AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>                    PLAINTIFFS,<br><br>     vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>                    DEFENDANTS.<br><br>_____<br><br>**SUNG KI KWAK,** DBA **SHIN JIN** | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO** DEFENDANTS AND THIRD-PARTY PLAINTIFFS **SUNG KI KWAK,** dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY'S **MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE;** AND CERTIFICATE OF SERVICE<br><br>*Hearing*<br><br>*Date  :*   June 22, 2006<br>*Time :*   9:00 a.m.<br>*Judge :*   David A. Ezra<br><br>*Trial  :*   August 15. 2006 |

**HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

    THIRD-PARTY PLAINTIFFS,

  vs.

**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**

    THIRD-PARTY DEFENDANTS

**NCL (BAHAMA) LIMITED**,

    COUNTERCLAIM PLAINTIFF,

  vs.

**NATIONAL PARK SERVICE (USA)**,

    CROSS-CLAIM DEFENDANT

**NATIONAL PARK SERVICE (USA)**,

    COUNTERCLAIM PLAINTIFF,

  vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND

| |
|---|
| **CYNTHIA HATHAWAY**, |
| COUNTERCLAIM DEFENDANTS. |
| **NATIONAL PARK SERVICE (USA)**, |
| CROSS-CLAIM PLAINTIFF, |
| vs. |
| **NCL (BAHAMA) LIMITED**, |
| CROSS-CLAIM DEFENDANT. |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
DEFENDANTS AND THIRD-PARTY PLAINTIFFS **SUNG KI KWAK**, dba
SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY'S
**MOTION IN LIMINE TO
EXCLUDE EVIDENCE OF LIABILITY INSURANCE**

Plaintiffs do not expect to introduce evidence of liability insurance of the Defendants on the issue of whether any person acted negligently or otherwise wrongfully.

DATED:  Honolulu, Hawai'i  June 13, 2006.

                                                                   /S/ Mark S. Davis
                                        _____
                                        MARK S. DAVIS
                                        MICHAEL K. LIVINGSTON
                                        Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child**, AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>          Plaintiffs,<br><br>     vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>          Defendants. | Civil No. **04-00079 DAE-BMK**<br>(Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>          Third-Party Plaintiffs,<br><br>     vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>          Third-Party Defendants | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served upon the following parties on June 13, 2006 by means indicated below.

DENNIS O'CONNOR, ESQ.          [Electronic Filing]
DENNIS O'CONNOR, JR., ESQ.

  **REINWALD O'CONNOR & PLAYDON LLP**
  Pacific Guardian Center
  2400 Makai Tower
  733 Bishop Street
  Honolulu, HI  96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI`I TRAVEL & TOUR** and **CYNTHIA HATHAWAY**

  JEFFREY S. PORTNOY, ESQ.  [Hand Delivery]
  **CADES SCHUTTE, LLC**
  1200 Cades Schutte Building
  1000 Bishop Street
  Honolulu, HI  96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

  R. MICHAEL BURKE, ESQ.  [Electronic Filing]
  **OFFICE OF THE U. S. ATTORNEY**
  PJKK Federal Building
  300 Ala Moana Blvd., Room 6100
  Honolulu, HI  96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

  APRIL LURIA, ESQ.  [Electronic Filing]
  **ROECA LOUIE & HIRAOKA**
  900 Davies Pacific Center
  841 Bishop Street
  Honolulu, HI  96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED:  Honolulu, Hawai'i  June 13, 2006

        /S/ Mark S. Davis
        _____
        MARK S. DAVIS
        MICHAEL K. LIVINGSTON
        Attorney for Plaintiffs