**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

APRIL LURIA        4687-0
*aluria@rlhlaw.com*
JODIE D. ROECA  3914-0
*jroeca@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawai#i 96813-3917
Telephone:  (808) 538-7500
Facsimile:   (808) 521-9648

Attorney for Defendant
Akal Security, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI#I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI#I TRAVEL & TOUR, a Hawai#i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>Defendants.<br>_____ | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>AKAL SECURITY, INC.'S STATEMENT OF NO OPPOSITION TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE PHOTOGRAPHS OF MRS. GAST'S BODY (FILED MAY 30, 2006); CERTIFICATE OF SERVICE<br><br>Date:  June 22, 2006<br>Time: 9:00 a.m.<br>Judge: Judge David Allen Ezra<br><br>Trial: August 15, 2006 |

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAI#I TRAVEL & TOUR, a Hawai#i Sole Proprietorship; CYNTHIA HATHAWAY, | )<br>)<br>)<br>)<br>) |
| Defendants and Third-Party Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, | )<br>)<br>) |
| Third-Party Defendants. | )<br>)<br>) |

552-006/p.akal no opp to kwak mtn limine re photographs.al.sh.wpd

AKAL SECURITY, INC.'S STATEMENT OF NO OPPOSITION
TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI
KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND
CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE
PHOTOGRAPHS OF MRS. GAST'S BODY (FILED MAY 30, 2006)

Defendant Akal Security, Inc. (hereinafter "Akal"), by and through its attorneys, Roeca, Louie & Hiraoka, has no opposition to Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Photographs of Mrs. Gast's Body (filed May 30, 2006), scheduled to be heard on June 22, 2006 at 9:00 a.m. before the Honorable David A. Ezra.

By not opposing said Motion, Akal is not waiving any of its rights and

defenses in this matter.

Dated: Honolulu, Hawai#i,   June 13, 2006.

/s/ April Luria
APRIL LURIA
JODIE D. ROECA
Attorneys for Defendant
AKAL SECURITY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI#I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST, ) ) ) ) ) ) ) | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death) CERTIFICATE OF SERVICE |
| Plaintiffs, ) ) | |
| vs. ) ) | Trial: August 15, 2006 |
| SUNG KI KWAK, dba SHIN JIN HAWAI#I TRAVEL & TOUR, a Hawai#i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation, ) ) ) ) ) ) ) | |
| Defendants. ) _____ ) ) | |
| SUNG KI KWAK, dba SHIN JIN HAWAI#I TRAVEL & TOUR, a Hawai#i Sole Proprietorship; CYNTHIA HATHAWAY, ) ) ) ) ) | |
| Defendants and Third-Party Plaintiffs, ) ) ) | |
| vs. ) ) | |
| NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, ) ) ) | |
| Third-Party Defendants. ) _____ ) | |

552-006\p.akal no opp to kwak mtn limine re photographs.al.sh.wpd

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

    MARK S. DAVIS, ESQ.    [ E ]
    MICHAEL K. LIVINGSTON, ESQ.
    Davis Levin Livingston & Grande
    Davis Levin Livingston Grande Place
    851 Fort Street, Suite 400
    Honolulu, Hawaii 96813-4317
    mdavis@davislevin.com
    mlivingston@davislevin.com

    Attorney for Plaintiffs

    DENNIS E. W. O'CONNOR, ESQ.    [ E ]
    DENNIS E. W. O'CONNOR, JR., ESQ.
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii 96813
    doj@roplaw.com

    Attorneys for Defendants
    Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour,
    Cynthia Hathaway

JEFFREY S. PORTNOY, ESQ.  [ E ]
NEILL T. TSENG, ESQ.
Cades Schutte
Cades Schutte Fleming & Wright Building
1000 Bishop Street, 12th Floor
Honolulu, Hawaii  96813-4216
ntseng@cades.com

Attorneys for Third-Party Defendant
NCL (Bahama) Limited, incorrectly named as
 Norwegian Cruise Lines, Inc.

EDWARD H. KUBO, JR., ESQ.  [ E ]
R. MICHAEL BURKE, ESQ.
Office of the U.S. Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
mike.burke@usdoj.gov

Attorneys for Third-Party Defendant
National Park Service

DATED:  Honolulu, Hawaii, June 13, 2006.

/s/ April Luria
APRIL LURIA
JODIE D. ROECA
Attorneys for Defendant
Akal Security, Inc.

-3-