**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

APRIL LURIA      4687-0
*aluria@rlhlaw.com*
JODIE D. ROECA  3914-0
*jroeca@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawai‛i 96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorney for Defendant
Akal Security, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‛I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI‛I TRAVEL & TOUR, a Hawai‛i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>Defendants. | CIVIL NO. 04-00079 DAE-BMK<br>(Wrongful Death)<br><br>AKAL SECURITY, INC.'S STATEMENT OF NO OPPOSITION TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE (FILED MAY 30, 2006); CERTIFICATE OF SERVICE<br><br>Date:  June 22, 2006<br>Time: 9:00 a.m.<br>Judge: Judge David Allen Ezra<br><br>Trial: August 15, 2006 |

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAI#I TRAVEL & TOUR, a Hawai#i Sole Proprietorship; CYNTHIA HATHAWAY, | ) ) ) ) ) |
| Defendants and Third-Party Plaintiffs, | ) ) ) ) |
| vs. | ) ) |
| NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, | ) ) ) |
| Third-Party Defendants. | ) ) ) |

552-006/p.akal no opp to kwak mtn limine re ins.al.sh.wpd

### AKAL SECURITY, INC.'S STATEMENT OF NO OPPOSITION TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF LIABILITY INSURANCE (FILED MAY 30, 2006)

Defendant Akal Security, Inc. (hereinafter "Akal"), by and through its attorneys, Roeca, Louie & Hiraoka, has no opposition to Defendants and Third-Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence of Liability Insurance (filed May 30, 2006), scheduled to be heard on June 22, 2006 at 9:00 a.m. before the Honorable David A. Ezra.

By not opposing said Motion, Akal is not waiving any of its rights and

defenses in this matter.

    Dated: Honolulu, Hawai#i,   June 13, 2006.

                                    /s/ April Luria
                                    APRIL LURIA
                                    JODIE D. ROECA
                                    Attorneys for Defendant
                                    AKAL SECURITY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>       Plaintiffs,<br><br>  vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAI‘I TRAVEL & TOUR, a Hawai‘i Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>       Defendants.<br>_____<br>SUNG KI KWAK, dba SHIN JIN HAWAI‘I TRAVEL & TOUR, a Hawai‘i Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>       Defendants and<br>       Third-Party Plaintiffs,<br><br>  vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>       Third-Party Defendants.<br>_____ | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE<br><br><br><br>Trial: August 15, 2006 |

552-006\p.akal no opp to kwak mtn limine re ins.al.sh.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

    MARK S. DAVIS, ESQ.      [ E ]
    MICHAEL K. LIVINGSTON, ESQ.
    Davis Levin Livingston & Grande
    Davis Levin Livingston Grande Place
    851 Fort Street, Suite 400
    Honolulu, Hawaii 96813-4317
    mdavis@davislevin.com
    mlivingston@davislevin.com

    Attorney for Plaintiffs

    DENNIS E. W. O'CONNOR, ESQ.    [ E ]
    DENNIS E. W. O'CONNOR, JR., ESQ.
    Reinwald O'Connor & Playdon LLP
    Pacific Guardian Center, Makai Tower
    733 Bishop Street, Suite 2400
    Honolulu, Hawaii  96813
    doj@roplaw.com

    Attorneys for Defendants
    Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour,
    Cynthia Hathaway

    JEFFREY S. PORTNOY, ESQ.    [ E ]
    Cades Schutte
    Cades Schutte Fleming & Wright Building
    1000 Bishop Street, 12th Floor
    Honolulu, Hawaii 96813-4216

    Attorney for Third-Party Defendant
    NCL (Bahama) Limited, incorrectly named as
     Norwegian Cruise Lines, Inc.

    EDWARD H. KUBO, JR., ESQ.    [ E ]
    R. MICHAEL BURKE, ESQ.
    Office of the U.S. Attorney
    Prince Kuhio Federal Building
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96850
    mike.burke@usdoj.gov

    Attorneys for Third-Party Defendant
    National Park Service

    DATED: Honolulu, Hawaii, June 13, 2006.


                          /s/ April Luria
                          APRIL LURIA
                          JODIE D. ROECA
                          Attorneys for Defendant
                          Akal Security, Inc.