IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>   Plaintiffs,<br><br>  v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>   Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>DECLARATION OF NEILL T. TSENG |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>   Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>   Third-Party Defendants. | |

ImanageDB:654561.2

## DECLARATION OF NEILL T. TSENG

I, NEILL T. TSENG, declare as follows:

1. I am an attorney with the law firm of Cades Schutte A Limited Liability Law Partnership, attorney for Third-Party Defendant NCL (BAHAMA) LTD ("NCL") incorrectly named herein as NORWEGIAN CRUISE LINES, INC. in the above-captioned action. I am authorized and competent to make this declaration based on personal knowledge. I submit this Declaration in support of NCL's Memorandum in Opposition to Plaintiffs' Motion In Limine No. 1 To Exclude Any Evidence That Quay Cruise Agency USA, By And Through Its Employees, Acted Outside The Scope Of Its Agency With NCL (Bahama) Ltd (the "Opposition").

2. Attached to the Opposition as Exhibit "A" are true and correct copies of excerpts from the deposition of Matthew James Lewis taken on September 20, 2005.

3. Attached to the Opposition as Exhibit "B" is a true and correct copy of Exhibit "A" to the deposition of Matthew James Lewis taken on September 20, 2005, which is styled as Defendants and Third Party Plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Second Amended Notice of Taking Deposition Upon Oral Examination Pursuant to Rule

ImanageDB:654561.2

30(b)(6) of the Federal Rules of Civil Procedure of NCL (Bahama) Limited incorrectly named as Norwegian Cruise Lines, Inc.

      I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

      DATED: Honolulu, Hawaii, June 13, 2006.

      /s/ Neill T. Tseng
      NEILL T. TSENG