REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.   4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-
Party Plaintiffs SUNG KI KWAK,
dba SHIN JIN HAWAII TRAVEL &
TOUR and CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE OF NCL (Bahama) LIMITED incorrectly named as NORWEGIAN CRUISE LINES, INC. |

162483/04-54/DOJ

**EXHIBIT B**

| |
|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, <br><br>   Third-Party Plaintiffs, <br><br> v. <br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, <br><br>   Third-Party Defendants. |

**DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE OF NCL (Bahama) LIMITED incorrectly named as NORWEGIAN CRUISE LINES, INC.**

TO: JEFFREY S. PORTNOY, ESQ.
   1000 Bishop Street, Suite 1200
   Honolulu, HI 96813-4216
   Attorney for Third-Party Defendant
   NCL (BAHAMA LIMITED) incorrectly
   named herein as NORWEGIAN
   CRUISE LINES, INC.

R. MICHAEL BURKE, ESQ.
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850
Attorney for Third-Party Defendant
NATIONAL PARK SERVICE

MARK S. DAVIS, ESQ.
MICHAEL K. LIVINGSTON, ESQ.
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, HI 96813
Attorneys for Plaintiffs

APRIL LURIA, ESQ.
JODIE D. ROECA, ESQ.
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Attorneys for Defendant
AKAL SECURITY, INC.

PLEASE TAKE NOTICE that Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY ("Defendants"), pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the following deposition of one or more officers, directors, managing, agents, employees or other persons of the NCL (Bahama) LIMITED/NORWEGIAN CRUISE LINES, INC., authorized to testify on behalf of NCL (Bahama) LIMITED/NORWEGIAN CRUISE LINES, INC., on the date and at the time listed below at the offices of **Atkinson-Baker, Inc., 180 Montgomery Street, Suite 800, San Francisco, CA 94104 (415-288-9000)**:

| NAME | DATE AND TIME |
|---|---|
| 30(b)(6) Representative(s) of the NORWEGIAN CRUISE LINES, INC./ NCL (Bahama) LIMITED c/o R. MICHAEL BURKE, ESQ. Office of the U.S. Attorney PJKK Federal Building 300 Ala Moana Boulevard, Room 6100 Honolulu, HI 96850 | September 19, 2005 @ 9:00 a.m. - AND - September 20, 2005 @ 9:00 a.m. |

NCL (Bahama) LIMITED/NORWEGIAN CRUISE LINES, INC. is requested to designate a person or persons who is competent and knowledgeable to testify with respect to the following matters:

1. Responsibilities or duties of the Norwegian Star crew and agents with respect to Hilo Pier No. 1, the embarkation of passengers and the reporting of missing passengers of Norwegian Star on or about October 14, 2002, as well as pier operations.

2. All ownership interests in Norwegian Star on or about October 14, 2002, and the entity that hires crew, manned the vessel, and paid crew.

3. All agreements with, responsibilities or duties of AKAL Security in regards the Hilo Pier and Norwegian Star on or about October 14, 2002.

4. All communication and/or lines of communication between Norwegian Star and AKAL Security, Quay Cruises, Hawaii Police Department, Hawaii Fire Department, and/or the Volcanoes National Park on or about October 14, 2002.

5.    Training of personnel and manning of the stations aboard Norwegian Star for swiping passenger entry cards on Norwegian Star on or about October 14, 2002, including but not limited to manuals, procedures, minutes of meetings, correspondence, notices, memoranda, notes, setting forth the reasons for and content of said training and manning of the swiping station and any deficiencies or problems found or determined for the operations on Norwegian Star on or about October 14, 2002.

6.    Protocol and procedures used to identify all passengers who have not returned to the vessel and reporting of those passengers who have not appeared on ship by the excursion manager, security chief or anyone else to proper authorities or the Captain that were in effect on Norwegian Star on or about October 14, 2002.

7.    Development, implementation, progress, reports, manuals, seminars, and training regarding passenger safety and risk management programs and procedures in effect on Norwegian Star on or about October 14, 2002.

8.    Emergency procedures used including for searching for missing passengers in effect on Norwegian Star on or about October 14, 2002.

9.    The development, implementation, progress, reports, manuals, seminars, training and documents concerning emergency and/or hazardous events

programs and procedures, including but not limited ascertaining and searching for missing passengers and swiping of passenger FIDELIO cards.

Said deposition will be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or before some other officer authorized by law to administer oaths (Atkinson-Baker Court Reporters, 500 N. Brand Boulevard, Third Floor, Glendale, CA 91203).

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

DATED: Honolulu, Hawaii, August 25, 2005.

_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY