CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211-0
NEILL T. TSENG            8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813-4212
Telephone:  (808) 521-9200
Fax:          (808) 540-5040
Email:       jportnoy@cades.com

Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>       Plaintiffs,<br><br>  v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>       Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANT AKAL SECURITY, INC.'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE ANY REFERENCE TO MRS. GAST'S PRIOR HISTORY OF COCAINE ABUSE AND ALCOHOL USE, AS WELL AS THE NAMES AND CHARACTERISTICS OF THE PRESCRIPTION MEDICATIONS PRESCRIBED FOR HER AT THE TIME OF HER DEATH, FILED JUNE 13 2006; CERTIFICATE OF SERVICE |

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>　　　　Third-Party Defendants. | Hearing:<br>Date:　　June 22, 2006<br>Time:　　9:00 a.m.<br>Judge:　Honorable David Alan Ezra<br><br><br><br><br><br>Trial:　　August 15, 2006<br>Judge:　Honorable David Alan Ezra |

**THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANT AKAL SECURITY, INC.'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE ANY REFERENCE TO MRS. GAST'S PRIOR HISTORY OF COCAINE ABUSE AND ALCOHOL USE, AS WELL AS THE NAMES AND CHARACTERISTICS OF THE PRESCRIPTION MEDICATIONS PRESCRIBED FOR HER AT THE TIME OF HER DEATH, FILED JUNE 13 2006**

　　　　Third-Party Defendant NCL (BAHAMA) LTD ("NCL"), by and through its attorneys, Cades Schutte LLP, hereby joins in Defendant Akal Security, Inc.'s Opposition to Plaintiffs' Motion in Limine No. 2 to Exclude Any Reference to Mrs. Gast's Prior History of Cocaine Abuse and Alcohol Use, as well as the Names and Characteristics of the Prescription Medications Prescribed for Her at the Time of Her Death, filed on May 30, 2006.

2

DATED: Honolulu, Hawaii, June 13, 2006.

    CADES SCHUTTE
A Limited Liability Law Partnership

/s/ Neill T. Tseng
JEFFREY S. PORTNOY
NEILL T. TSENG
Attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.

ImanageDB:655160.1