REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR        561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S STATEMENT OF NO POSITION RE: AKAL SECURITY, INC.'S MOTION IN LIMINE NO. 1 FILED 11/22/05; CERTIFICATE OF SERVICE |

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | Date:  June 22, 2006<br>Time:  9:00 a.m.<br>Judge:  David Alan Ezra<br><br><br>Trial:  August 15, 2006<br>Judge:  David Alan Ezra |

**DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S STATEMENT OF NO POSITION RE: AKAL SECURITY, INC.'S MOTION IN LIMINE NO. 1 FILED 11/22/05**

Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY, by and through their attorneys, Reinwald O'Connor & Playdon LLP, hereby state that they take no position as to AKAL SECURITY, INC.'S MOTION IN LIMINE NO. 1 FILED 11/22/05.

DATED: Honolulu, Hawaii, June 14, 2006.

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>                Plaintiffs,<br><br>        vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>                Defendants. | CIVIL NO. CV04-00079 DAE/BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>                Third-Party Plaintiffs,<br><br>        vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>                Third-Party Defendants. | |

143879/04-54/DOJ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at their last known address by the means indicated on the date shown below.

|  | **Electronic Filing** | **Delivered** |
|---|---|---|
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, HI  96813<br>Attorneys for Plaintiffs | √ | |
| R. MICHAEL BURKE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850<br>Attorney for Third-Party Defendant<br>NATIONAL PARK SERVICE | √ | |
| JEFFREY S. PORTNOY, ESQ.<br>NEILL T. TSENG, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br>Attorneys for Third-Party Defendant<br>NCL (BAHAMA LIMITED) incorrectly<br>named herein as NORWEGIAN CRUISE<br>LINES, INC. | √ | |

|  | **Electronic Filing** | **Delivered** |
|---|---|---|
| APRIL LURIA, ESQ.<br>JODIE D. ROECA, ESQ.<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>AKAL SECURITY, INC. | √ |  |

DATED: Honolulu, Hawaii, June 14, 2006.

_____
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants

3