```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF HAWAII

 3                          - - -

 4   JOHN GAST, individually, and   )
     as Special Administrator of    )
 5   the Estate of JACQUELINE GAST, )
     and as Guardian Ad Litem for   )
 6   his minor child, AMANDA RENEE  )
     GAST, and BROOK ASHLEY GAST,   )
 7                                  )
              Plaintiffs,           )
 8                                  )
     vs.                            ) No. 04 00079 DAE BMK
 9                                  )
     SUNG KI KWAK, dba SHIN JIN     )
10   HAWAII TRAVEL & TOUR, a Hawaii )
     Sole Proprietorship; CYNTHIA   )
11   HATHAWAY,                      )
                                    )
12            Defendants.           )
     _____)
13

14

15              ORAL DEPOSITION OF
            STEPHEN L. MAGRUDER, L.C.S.W.
16              FORT MYERS, FLORIDA
               SEPTEMBER 28, 2005

17

18

19

20

21   ATKINSON-BAKER, INC.
     500 North Brand Boulevard
22   Third Floor
     Glendale, California 91203
23   (800) 288-3376

24   REPORTED BY:  SHARON A. SULLIVAN, R.P.R., C.S.R.

25   FILE NO.:  9F081DE
```

EXHIBIT C

**Page 22**

1  of that, cause a lot of people trouble.
2      Q.  Okay. If we could skip back to page 5, and I
3  just want to ask you a few questions about your entry on
4  September 6, 1997.
5      A.  Yes. Okay.
6      Q.  You note here that several things happened
7  during a vacation to Europe that led to intense anger.
8      A.  Yes.
9      Q.  And they're not charted. I'm just wondering
10 whether you -- I know you're going to tell me it was
11 eight years ago, but I'm wondering if you have any
12 recollection of what those things were.
13     A.  No, I don't.
14     Q.  Okay.
15     A.  I would like to clarify something about this
16 medication issue, if I might, if you would want to hear
17 it.
18     Q.  No, I'm more than happy to let you clarify
19 your answers.
20     A.  One of the problems early on was that I was
21 seeing Mrs. Gast twice a week. Dr. Pollock, who began
22 with her, was seeing her not so often. Oftentimes she
23 would be fine for a period of time. And then when she
24 would see Dr. Pollock or one of her other psychiatrists
25 on a particular day, she would be upset and they would

**Page 23**

1  make a medication change. Oftentimes that would result
2  in two or three months of adjustment to the new medicine
3  that was really problematic. And that only stopped
4  after I had a conversation with Dr. Pollock, after we
5  both figured this out that this was happening, that a
6  lot of the upset was because of these medication
7  changes.
8      Q.  And that was a pattern that she had. When
9  she would come into difficulty, she would request a
10 medication change.
11     A.  Not necessarily. She would go to the doctor.
12 She would be upset, and he would change it.
13     Q.  Your would records indicate that she had a
14 pattern of asking for medication changes?
15     A.  Well, I think she would ask sometimes for
16 medication changes, yes, but I don't know that that was
17 always the case, that she needed a medication change. I
18 even discussed this with Dr. Pollock, and he agreed that
19 perhaps not to change the medicines, just to let her
20 bear these, whatever it was, and it would pass, which it
21 usually would.
22     Q.  I would like to look at page 3 of Exhibit A,
23 which is the entry dated February 3rd, 2000.
24     A.  Yes.
25     Q.  There are two things I wanted to ask you

**Page 24**

1  about. First off, there had been a two-year absence?
2      A.  That's correct.
3      Q.  She reported that she went to a party and was
4  angry and drank too much, and she denied that being a
5  pattern, but her husband hit her and gave her a black
6  eye?
7      A.  Yes.
8      Q.  Do you recall anything about that situation?
9      A.  No, I don't.
10     Q.  Do you recall any other situations other than
11 this February 3rd, 2000 report by Mrs. Gast where
12 Mr. Gast had been violent toward her?
13     A.  I think somewhere back in my notes there
14 might be indication that he had hit her before. I'm not
15 sure where.
16     Q.  Do you recall the reason why he hit her in
17 February 2000?
18     A.  No, I don't recall. I assume maybe it was
19 because she was drinking. I mean, I assume that was the
20 reason, but I don't know.
21     Q.  Did she have a certain pattern of behavior
22 when she drank?
23     A.  Well, I think he would become very
24 disappointed and very angry whenever she would drink
25 or -- yeah, I mean, I think just that would provoke him.

**Page 25**

1      Q.  Okay, the drinking itself, but I'm wondering
2  if there's any behavior on her part that would also
3  provoke him.
4      A.  Not that I know of. I mean, I only -- I
5  don't have -- I never had his perspective on that. I
6  would only have hers, which -- so I don't know --
7      Q.  She would report to you that her husband
8  would become disappointed.
9      A.  That's my term.
10     Q.  I'm sorry. You were saying, Mr. Magruder?
11     A.  That's my term.
12     Q.  Disappointed?
13     A.  Well, I think he would be mad and
14 disappointed when she would drink.
15     Q.  Do you recall any reports from her regarding
16 him being mad or disappointed, however she said it,
17 regarding her cocaine use?
18     A.  Yeah. When he would become aware of it, he
19 would be very mad, yes. According to her, that was a
20 very big sore spot with him. But I never talked to him
21 about it, so I can't really tell you what his experience
22 of it was.
23     Q.  What did she report to you, why he would get
24 mad about cocaine use?
25     A.  Well, that he would get mad.

**Page 54**

1    A. Well, I think the rejection sensitivity, her
2 all-or-none approach to things. In other words, she had
3 great difficulty having mixed feelings about something.
4 She had great difficulty seeing that she had both good
5 and bad aspects, or other people in her life were either
6 perfect and meeting her needs or they were totally
7 rejecting and disappointing, that kind of thing. These
8 are the dynamics of someone who has borderline
9 personality organization, a feeling of boredom, that
10 kind of thing.
11    Q. And these are things you found in her
12 specifically, I gather?
13    A. Yes. These are the -- this is what I was
14 working on with her. In other words, the psychotherapy
15 had a specific focus which was these, the reactions that
16 she had in her life to things in her life where she
17 would react in a maladaptive way.
18    Q. Did she ever, in your opinion, come to
19 realize that point? For example, were you ever able to
20 have her recognize and express to you an understanding
21 that when she became mad, she would carry out self-
22 destructive behavior such as driving recklessly and
23 dangerously or taking cocaine or over- --
24    A. Yes.
25    Q. -- drinking?

**Page 55**

1    A. Yes, she did.
2    Q. So you think by 2000 she was well aware that
3 she suffered an illness that would result in self-
4 destructive behavior if she got mad?
5    A. Well, it wasn't always self-destructive. I
6 mean, sometimes it was just impulsive, but I don't know
7 that it was always self-destructive.
8    Q. Well, you and I would agree that driving
9 fast, especially with a history of a couple of auto
10 accidents is self-destructive at least to a certain
11 degree or high risk anyway?
12    A. I think it's poor judgment.
13    Q. Okay. And it including a physical risk,
14 right?
15    A. Well, it could. Sure.
16    Q. And it did in her case, right?
17    A. Well, at least two times that I know of.
18 Maybe more but --
19    Q. Okay. But I guess my question is, and I
20 think you've answered it, you believe that after you
21 worked on this for a while, she did come to understand
22 that dynamic?
23    A. Yeah, I think she understood it. I don't
24 know that she was always able to manage it, but she did
25 understand it more, and I think over time these

**Page 56**

1 incidents were quite reduced. Particularly up until '98
2 after -- when I first stopped seeing her, she had been
3 doing quite well for quite a while there.
4    Q. And one of the reasons you believe she was
5 doing better is she developed a greater insight into the
6 fact that if she had a problem, she could grow angry and
7 not react in a beneficial way?
8    A. Yeah, I think she improved in that area.
9    Q. She gained more self-control along with more
10 insight?
11    A. I believe so, yes.
12    Q. You had mentioned that you taught
13 psychopathology for a while. Can you tell us whether
14 the literature on the subject spells out the general
15 prognosis for someone with a diagnosis of bipolar type
16 II; that is, is one ever completely, for lack of a
17 better way of putting it, cured of bipolar type II?
18    A. Well, I think the current thinking is that it
19 is an inherited predisposition that has a substantial
20 biological component, and that it's a chronic illness
21 that is not cured. It's managed better. It would be
22 more -- bipolar type II disorder or bipolar disorder in
23 general, I think, should be more seen like diabetes or
24 something like that where you're not cured of it but the
25 patient needs to manage it.

**Page 57**

1    Q. You say the patient needs to manage it. And
2 I know you said a few minutes ago that you weren't
3 really focusing necessarily on your treatment goals on
4 the bipolar issue, but did you attempt in any way to use
5 you're talk therapy to aid her in dealing with her
6 biopsy type II disorder or illness?
7    A. Well, in her case it's complicated because
8 her mood swings would often be precipitated by these
9 feelings of rejection and whatever. So, you know, in
10 some bipolar patients, they have more of a biological
11 rhythm to it, where in her case it was more of a
12 psychological one. I think her mood swings would be
13 more precipitated by something in her life. So it's
14 difficult to separate the two. I don't know that the
15 medicine really ever did her much good, quite frankly.
16    Q. Was there ever an issue with her compliance
17 with the medications that would make control of the
18 bipolar type II more problematic?
19    A. I don't believe so. I think she -- at least
20 if I recall, she was compliant with her medicine. Now,
21 again, I said before that she would often go in and on a
22 particular day she might have been more depressed or
23 something like that and there would be a medication
24 change that sometimes would take months to settle down.
25 But she was pretty compliant with her medicine. As far