```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAII
 2
   JOHN GAST, Individually and
 3 as Special Administrator of
   the ESTATE OF JACQUELINE
 4 GAST, and as Guardian Ad
   Litem for his minor
 5 children, AMANDA RENEE GAST,
   and BROOKE ASHLEY GAST,
 6        Plaintiffs,
   vs.                              Civil No. 04-00079 DAE-BMK
 7
   SUNG KI KWAK, dba SHIN JIN
 8 HAWAII TRAVEL & TOUR, a
   Hawaii Sole Proprietorship;
 9 and CYNTHIA HATHAWAY,
          Defendants.
10 _____

11 SUNG KI KWAK, dba SHIN JIN
   HAWAII TRAVEL & TOUR, a
12 Hawaii Sole Proprietorship;
   and CYNTHIA HATHAWAY,
13        Third-Party Plaintiffs,
   vs.
14
   NORWEGIAN CRUISE LINE, INC.,
15 and NATIONAL PARK SERVICE,
          Third-Party Defendants,
16 _____/

17
         ORAL DEPOSITION OF RAYMOND A. JOHNSON, M.D.
18

19              FORT MYERS, FLORIDA

20              January 25, 2005

21 ATKINSON-BAKER, INC.
   500 North Brand Boulevard
22 Third Floor
   Glendale, California  91203
23 (800) 288-3376

24 REPORTED BY:  JANICE R. MALINE

25 FILE NO.:  9F00B5C            EXHIBIT D
```

Page 26

1 have is 5/25/2000.
2  Q   You keep hard copies of these records?
3  A   Generally not.
4  Q   So what you print them up and then --
5  A   These would have been run off probably last
6 week.
7  Q   Okay. And then you sign them as they are
8 printed off?
9  A   Yes.
10 Q   Okay. All right. Let me show you page --
11 well, actually, do you have page 19, 20, 21?
12 A   Mine aren't numbered like yours. You have to
13 give me the date.
14 Q   Well, I have two May 11th entries here and
15 they're pages 19 through -- 19 and 20 of your subpoenaed
16 records are one.
17 A   Do they both have -- do they both have the
18 same stuff on it?
19 Q   Well, the first one reads session content.
20 Patient states she has been to her gynecologist and been
21 cleared medically. Which entry is that for, 5/11 or
22 5/25?
23 A   You see that on the front page?
24 Q   It would be session content.
25 A   That's what I have on 5/11/2000.

Page 27

1  Q   Okay. 5/25, what does it start with?
2  A   Plan.
3  Q   Okay.
4  A   Continue current treatment plan, current
5 medications, refer back to psychotherapist.
6  Q   Okay. What is this 5/11 document that I have
7 that starts session content, themes discussed:
8 relationship, family, work, problems, medical problems
9 and --
10 A   And it's dated?
11 Q   You signed it and dated it 5/11.
12         MR. BURKE: Show it to him.
13         CONTINUED DIRECT EXAMINATION
14 BY MR. O'CONNOR:
15 Q   I'm looking at the pages 21 through 23 of the
16 medical records that were subpoenaed from your office.
17 A   Well, this is, I mean, obviously this came
18 from our office. It's the same -- it's the same general
19 content, but it looks like it's 5/11. Yeah, I have a
20 5/11 here.
21 Q   Okay. Great. The reason I'm asking is
22 because 5/25 is the first time I saw the borderline
23 personality diagnosed; is that right?
24 A   Yes, that would be correct.
25 Q   All right. So the -- those pages are all

Page 28

1 5/11, the ones we went through?
2  A   Yes.
3  Q   Okay. Great, meaning April (sic) 11th, 2000.
4 Now before we get to May 25, you added it looks like --
5 I'm not sure if it was on this day or maybe a little
6 earlier, this is the first time I could find it on your
7 5/11 entry, that the bi-polar disorder was in partial
8 remission, chronic. What do you mean by that?
9  A   Well, I mean what it means is that she's
10 always going to have -- she's always going to have to
11 worry about exacerbation of her disease. It's not like
12 I have a cure for it. You can control bi-polar
13 disorder, usually, but you can't cure it, and she's had
14 it for years, that really -- that's what is meant by
15 chronic.
16        Now to get her to full remission, I think the
17 best I was ever able to do was a partial remission, but
18 to get her in a full remission doesn't mean that she's
19 fine and she can stop her meds because I've cured it.
20 It's chronic.
21 Q   Okay. Looking at the middle page of the
22 three-page entry for 5/11 under medications --
23 A   Yes.
24 Q   -- you have -- you started her on Klonopin on
25 5/11, right; is that right or wrong?

Page 29

1  A   I don't have Klonopin on 5/11.
2  Q   Looking at page two of your subpoenaed records
3 it says medications Klonopin .5 five mg b.i.d., which
4 is --
5  A   It's there.
6  Q   -- two times a day?
7  A   Two times a day.
8  Q   Start date 5/11?
9  A   Yes.
10 Q   I also have medication Paxil 20 milligrams
11 daily?
12 A   Yes.
13 Q   Start date 5/11/2000?
14 A   Yes.
15 Q   What did you describe the Klonopin for?
16 A   Anxiety and probably sleep.
17 Q   All right, and the Paxil?
18 A   That would be an anti-depressant.
19 Q   All right. Okay. On 5/25 what caused you to
20 diagnose the borderline personality disorder?
21 A   Actually, that would have been right after I
22 talked with her therapist.
23 Q   Which therapist?
24 A   That would be McGruder.
25 Q   Okay. What did McGruder tell you that made

**Page 30**

1  you change your diagnosis?
2  A    Well, he said that she -- he felt based on the
3  time that he saw her that she had -- that she had
4  displayed borderline traits and that his diagnosis had
5  been borderline personality disorder, so I put that in.
6      The reason, when you have -- when you have
7  patient you see for 15 minutes at a time, you don't
8  really have time to go back through their history with
9  them and elicit enough information to make a diagnosis
10 of a personality disorder, just very hard to do, so
11 knowing that he did, I added that as a diagnosis.
12 Q    So other than your telephone call with
13 McGruder, was there any other bases for this particular
14 diagnosis?
15 A    No. When somebody is actively bi-polar, a lot
16 of their behavior looks like personality disorder
17 behavior, and I mean I have had the experience of
18 treating bi-polar patients who were diagnosed with
19 borderline personality disorder, and when you get their
20 mood symptoms under control, the behavior stops, and
21 when that happens, you just go back and you take -- the
22 take the Axis II diagnoses out.
23 Q    Well, I'm wondering, when I looked at the
24 criteria for this, it notes in the DSM4, there has to be
25 a pervasive pattern of instability in interpersonal

**Page 31**

1  relationships.
2  A    That she had.
3  Q    And her self-image?
4  A    That she had.
5  Q    And so what was the pervasive pattern and
6  instability in personal relationships, was it work, was
7  it family --
8  A    Both.
9  Q    -- both.
10 A    She had trouble interfacing with both of
11 those.
12 Q    And we've talked about the work --
13 A    And it could have been bi-polar totally. I
14 relied on Steve McGruder's ability, as a therapist, to
15 diagnose that over a long period of time. He had seen
16 her, I think, a couple years, and had hour-long sessions
17 with her.
18 Q    Well, by the time she passed away, you had
19 seen her for over two years; right?
20 A    Yes.
21 Q    Okay. Based on your treatment of her, you
22 still at the time she died had her diagnosed as -- with
23 a borderline personality disorder; right?
24 A    Yeah, that may not -- that probably was not
25 intentional, I mean, that was probably one of the things

**Page 32**

1  that got carried forward.
2  Q    So when was that diagnosis -- when should that
3  have been taken off your records?
4      MR. BURKE: I'm going to object to the
5  question. It assumes he testified it should have
6  taken it off. I didn't hear that.
7      MR. O'CONNOR: Well, he said it got carried
8  over.
9      MR. BURKE: That's not the same thing.
10     THE DEPONENT: Yeah, it got carried over
11 automatically. I didn't really see it.
12     CONTINUED DIRECT EXAMINATION
13 BY MR. O'CONNOR:
14 Q    Well, we're going to go through your records.
15 Starting on the 25th you got -- we've talked about the
16 bi-polar disorder. Was there anything on the 25th that
17 changed in that particular diagnosis?
18 A    Well, she obviously came in agitated and
19 feeling desperate. She had lowered her medication.
20 Q    On her own?
21 A    Uh-huh.
22 Q    Was that a yes?
23 A    Yes. I'm sorry.
24 Q    Okay. Did her treatment change from May 2000
25 through November 2000?

**Page 33**

1  A    On, let's see, it looks like on 5/28, I
2  increased her Klonopin to one milligram three times a
3  day.
4  Q    And why did you do that?
5  A    Probably for anxiety and sleep. I wouldn't
6  have done it for any other reason. It's the only thing
7  I use Klonopin for.
8  Q    Okay. If I can --
9  A    You want me to look further?
10 Q    If I can direct your attention to October 4th,
11 2000.
12 A    Okay.
13 Q    Under symptoms.
14 A    10/18?
15 Q    10/4. You don't have a 10/4 entry?
16 A    No.
17 Q    You don't have a --
18 A    For whatever reason, the girls didn't run it
19 off. I can get them to do that.
20 Q    I've got your subpoenaed records pages 36
21 through 38, let's go to -- do you have -- I'm sorry,
22 that wasn't right.
23 A    I have 10/18, that's the first October I have.
24 Q    10/18/2000?
25 A    2001.