IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>   Plaintiffs,<br><br> vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>   Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DECLARATION OF DENNIS E. W. O'CONNOR |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>   Third-Party Plaintiffs,<br><br> v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>   Third-Party Defendants. | |

## DECLARATION OF DENNIS E. W. O'CONNOR JR.

DENNIS E. W. O'CONNOR JR., under penalty of perjury under the laws of the State of Hawaii, hereby declares that the following are true:

1. I am an attorney licensed to practice law before all the courts in the State of Hawaii and a partner with the law firm of Reinwald O'Connor & Playdon LLP, attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY in the above-entitled action.

2. I have personal knowledge of the matters discussed herein and am competent to testify thereto.

3. Exhibit "A" is a true and correct copy of a letter dated March 20, 2005 by Dr. Stephen B. Kemble concerning his review medical records and depositions in this matter and his opinions.

4. Exhibit "B" is a true and correct copy of a letter dated November 30, 2005 by Dr. Stephen B. Kemble concerning further records and depositions, including those of Stephen Magruder.

5.   Exhibit "C" is a true and correct copy of the declaration of Dr. Kemble dated November 10, 2005 submitted to this court on November 10, 2005.

DATED: Honolulu, Hawaii, June 14, 2006.

_____
DENNIS E. W. O'CONNOR JR.