IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DECLARATION OF STEPHEN KEMBLE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>Third-Party Defendants. | |

EXHIBIT C

## DECLARATION OF STEPHEN KEMBLE

STEPHEN KEMBLE, under penalty of perjury under the laws of the State of Hawaii, hereby declares that the following are true:

1. Attached hereto as Exhibit "A" is a true and correct copy of my curriculum vitae.

2. Attached hereto as Exhibit "B" is a true and correct copy of my report dated March 20, 2005 setting forth my opinions in this matter. My opinions are set forth to a reasonable psychiatric probability after review of Mrs. Gast's medical records.

3. Attached hereto as Exhibit "C" is a true and correct copy of a supplemental report rendered after my review of the records of psychiatric social worker, Stephen Magruder. Mr. Magruder's records revealed several consistent instances in Mrs. Gast's life that supported the diagnoses of Dr. Johnson of bipolar disorder and borderline personality disorder. The records of Mrs. Gast including those records of Stephen Magruder that were produced more recently are consistent with diagnostic criteria for DSM IV Bipolar II Disorder 296.89.

4. Further, the records support a diagnosis of borderline personality disorder and the diagnostic criteria from that disorder for DSM IV 301.83 include:

   a. frantic efforts to avoid real or imagined abandonment.

2

  b. A pattern of unstable and intense interpersonal relationships characterized by alternating between extremes of idealization and devaluation.

  c. Identity disturbance: markedly and persistently unstable self image or sense of self.

  d. Impulsivity in at least two areas that are potentially self damaging, e.g., spending, sex, substance abuse, reckless driving, binge eating.

  e. Recurrent suicidal behavior, gestures or threats or self-mutilating behavior.

  f. Affective instability due to a marked reactivity of mood.

  g. Chronic feeling of emptiness.

  h. Inappropriate intense anger, difficulty in controlling anger.

  i. Transient stress-related paranoid ideations or severe dissociative symptoms.

  5. The medical records of Plaintiff including those records more recently received of Stephen Magruder are consistent with several of these diagnostic criteria including frantic efforts to avoid abandonment, a pattern of unstable relationships, impulsivity and recurrent suicidal behaviors, gestures and/or threats.

3

6. The opinions in my report concerning the psychiatric cause of Mrs. Gast's death in October 2002 are made to a reasonable medical probability.

DATED: Honolulu, Hawaii, November 10, 2005.

_____
STEPHEN KEMBLE

4