IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>  v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>      Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

ImanageDB:655444.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served upon the following parties electronically through CM/ECF:

      MARK S. DAVIS, ESQ.
      MICHAEL K. LIVINGSTON, ESQ.
      Davis Levin Livingston Grande
      400 Davis Levin Livingston Grande Place
      851 Fort Street
      Honolulu, Hawaii 96813
          Attorneys for Plaintiffs

      DENNIS E. W. O'CONNOR, ESQ.
      DENNIS E. W. O'CONNOR JR., ESQ.
      Reinwald O'Connor & Playdon LLP
      Pacific Guardian Center, Makai Tower
      733 Bishop Street, Suite 2400
      Honolulu, Hawaii 96813
          Attorneys for Defendants and Third-Party
          Plaintiffs SUNG KI KWAK, dba SHIN
          JIN HAWAII TRAVEL & TOUR and
          CYNTHIA HATHAWAY

      R. MICHAEL BURKE, ESQ.
      Office of the U.S. Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813
          Attorney for Third-Party Defendant
          NATIONAL PARK SERVICE

ImanageDB:655444.1

      APRIL LURIA, ESQ.
      JODIE D. ROECA, ESQ.
      Roeca, Louie & Hiraoka
      900 Davies Pacific Center
      841 Bishop Street
      Honolulu, Hawaii 96813
          Attorneys for Defendant
          AKAL SECURITY, INC.

DATED: Honolulu, Hawaii, June 15, 2006.

          CADES SCHUTTE
          A Limited Liability Law Partnership

          /s/ Neill T. Tseng
          JEFFREY S. PORTNOY
          NEILL T. TSENG
          Attorneys for Third-Party Defendant NCL
          (BAHAMA) LTD incorrectly named herein
          as NORWEGIAN CRUISE LINES, INC.