CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY         1211-0
NEILL T. TSENG             8088-0
1000 Bishop Street, Suite 1200
Honolulu, Hawaii  96813-4212
Telephone:  (808) 521-9200
Fax:        (808) 540-5040
Email:      jportnoy@cades.com

Attorneys for Third-Party Defendant NCL
(BAHAMA) LTD incorrectly named herein as
NORWEGIAN CRUISE LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico Corporation,<br><br>　　　　　Defendants. | CIVIL NO. 04-00079 DAE-BMK (Wrongful Death)<br><br>THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST FILED 5/30/06; CERTIFICATE OF SERVICE |

| | |
|---|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY,<br><br>  Third-Party Plaintiffs,<br><br>  v.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>  Third-Party Defendants. | Hearing:<br>Date:    June 22, 2006<br>Time:   9:00 a.m.<br>Judge:  Honorable David Alan Ezra<br><br><br><br><br>Trial:    August 15, 2006<br>Judge:  Honorable David Alan Ezra |

**THIRD-PARTY DEFENDANT NCL (BAHAMA) LTD'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, DBA SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST FILED 5/30/06**

Third-Party Defendant NCL (BAHAMA) LTD ("NCL"), by and through its attorneys, Cades Schutte LLP, hereby joins in Defendants and Third-Party Plaintiffs Sung Ki Kawk, dba Shin Jin Hawaii Travel & Tour and Cynthia Hatahway's Memorandum in Opposition to Plaintiffs' Motion in Limine No. 3 to Exclude Any Reference to Suicide With Regard to the Death of Mrs. Gast filed May 30, 2006.

ImanageDB:655445.1

DATED: Honolulu, Hawaii, June 15, 2006.

>CADES SCHUTTE
>A Limited Liability Law Partnership
>
>/s/ Neill T. Tseng
>JEFFREY S. PORTNOY
>NEILL T. TSENG
>Attorneys for Third-Party Defendant NCL (BAHAMA) LTD incorrectly named herein as NORWEGIAN CRUISE LINES, INC.

ImanageDB:655445.1