REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.   4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST FILED 5/30/06; CERTIFICATE OF SERVICE<br><br>Date:   June 22, 2006<br>Time:   11:00 a.m.<br>Judge:  David E. Ezra |

175736/04-54/DOJ

| |
|---|
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, <br><br>   Third-Party Plaintiffs, <br><br>  v. <br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE, <br><br>   Third-Party Defendants. |

### DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE EVIDENCE OF FUTURE LOSS OF INCOME TO THE ESTATE OF JACQUELINE GAST FILED 5/30/06

Plaintiffs admit that JACQUELINE GAST was unemployed and that they will not submit any evidence with regard to a monetary lost income, either by expert or lay testimony, including any evidence concerning the amount of money that she would have likely earned. Nevertheless, Plaintiffs still will offer evidence that Mrs. Gast intended at some point to return to work.

Obviously, the motion should be granted and any evidence concerning future lost income should be excluded. This includes evidence from the family

that she intended to return to work. Clearly, this evidence does not rise to the standard of <u>Condron v. Haul</u>, 46 Haw. 66 (1962). The evidence cannot be linked up to a valid claim, and as a result, it should be excluded. The motion should be granted in full.

DATED: Honolulu, Hawaii, June 19, 2006.

*/s/ Dennis E. W. O'Connor*

DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>      Plaintiffs,<br><br>    vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>      Defendants. | CIVIL NO. CV04-00079 DAE/BMK<br>(Wrongful Death)<br><br>CERTIFICATE OF SERVICE |
| SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; and CYNTHIA HATHAWAY,<br><br>      Third-Party Plaintiffs,<br><br>    vs.<br><br>NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,<br><br>      Third-Party Defendants. | |

143879/04-54/DOJ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following party at their last known address by the means indicated on the date shown below.

|  | Electronic Filing | Delivered |
|---|---|---|
| MARK S. DAVIS, ESQ.<br>MICHAEL K. LIVINGSTON, ESQ.<br>400 Davis Levin Livingston Grande Place<br>851 Fort Street<br>Honolulu, HI 96813<br>Attorneys for Plaintiffs | √ |  |
| R. MICHAEL BURKE, ESQ.<br>Office of the U.S. Attorney<br>PJKK Federal Building<br>300 Ala Moana Boulevard, Room 6100<br>Honolulu, HI 96850<br>Attorney for Third-Party Defendant<br>NATIONAL PARK SERVICE | √ |  |
| JEFFREY S. PORTNOY, ESQ.<br>NEILL T. TSENG, ESQ.<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4216<br>Attorneys for Third-Party Defendant<br>NCL (BAHAMA LIMITED) incorrectly<br>named herein as NORWEGIAN CRUISE<br>LINES, INC. | √ |  |

|  | **Electronic Filing** | **Delivered** |
|---|---|---|
| APRIL LURIA, ESQ.<br>JODIE D. ROECA, ESQ.<br>841 Bishop Street, Suite 900<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>AKAL SECURITY, INC. | √ | |

DATED: Honolulu, Hawaii, June 19, 2006.

_/s/ Dennis E.W. O'Connor_
DENNIS E.W. O'CONNOR
DENNIS E.W. O'CONNOR JR.
Attorneys for Defendants

3