# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00079DAE

CASE NAME:       Gast, et al v. Kwak, et al

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:

DATE:    06/20/2006               TIME:

COURT ACTION:  EO:  Plaintiffs' Motion *In Limine* No. 3 to Exclude Any Reference to Suicide with Regard to the Death of Mrs. Gast [326] raises the same issues as those contained in Plaintiffs' Motion to Exclude Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour expert Stephen Kemble, M.D., and defendant National Park Service (USA) expert Michael Stone, M.D. [208]. Accordingly, this Court finds it appropriate to hear the arguments raised in Plaintiffs' Motion *In Limine* No. 3 at the same time as the hearings on the expert motions, which will be set at a later date and time.


Submitted by: Theresa Lam, Courtroom Manager