OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS          1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 356-0418
Email:  mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD**, AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>PLAINTIFFS,<br><br>vs.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 1**<br><br>**TO EXCLUDE ANY EVIDENCE THAT QUAY CRUISE AGENCY USA, BY AND THROUGH ITS EMPLOYEES, ACTED OUTSIDE THE SCOPE OF ITS AGENCY WITH NCL (BAHAMA) LTD.; MEMORANDUM IN SUPPORT OF MOTION; AND CERTIFICATE OF SERVICE**<br><br>*Hearing*<br><br>Date :    June 22, 2006<br>Time :    10:00 a.m.<br>Judge:    David A. Ezra<br><br>TRIAL:    AUGUST 15, 2006 |

**SUNG KI KWAK,** DBA **SHIN JIN**

| | |
|---|---|
| **HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**<br><br>   THIRD-PARTY PLAINTIFFS,<br><br>   vs.<br><br>**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**<br><br>   THIRD-PARTY DEFENDANTS | |
| **NCL (BAHAMA) LIMITED**,<br><br>   COUNTERCLAIM PLAINTIFF,<br><br>   vs.<br><br>**NATIONAL PARK SERVICE (USA)**,<br><br>   CROSS-CLAIM DEFENDANT | |
| **NATIONAL PARK SERVICE (USA)**,<br><br>   COUNTERCLAIM PLAINTIFF,<br><br>   vs.<br><br>**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK**, DBA **SHIN JIN HAWAI`I TRAVEL & TOUR**, A | |

2

| |
|---|
| HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY**, |
| COUNTERCLAIM DEFENDANTS. |
| **NATIONAL PARK SERVICE (USA),** |
| CROSS-CLAIM PLAINTIFF, |
| vs. |
| **NCL (BAHAMA) LIMITED**, |
| CROSS-CLAIM DEFENDANT. |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 1**

**TO EXCLUDE ANY EVIDENCE THAT QUAY CRUISE AGENCY USA, BY AND THROUGH ITS EMPLOYEES, ACTED OUTSIDE THE SCOPE OF ITS AGENCY WITH NCL (BAHAMA) LTD.**

Third-party defendant, NCL Cruise Line, again fails to disclose, despite multiple requests, whether they intend to assert any empty chair arguments that Quay Cruise Agency somehow is responsible for the injuries suffered by Mrs. Gast and in doing so, acted outside of the scope of its authority. Defendant has done discovery to sort out the very issue, including asking the corporate representative of NCL to please respond to the inquiry whether they blame any act or omission by Quay Cruise Agencies for anything that occurred.

In typical agency fashion, Mr. Portnoy, the attorney for NCL, specifically instructed Norwegian Cruise Lines to refuse to answer. After refusing to respond

to Plaintiffs' legitimate discovery of any assertion of fault they might make at the time of trial, NCL now refuses to again disclose any theories or arguments that they have against Quay or even to articulate whether they intend to make some claim against Quay as operating outside the course of their agency relationship. NCL now denies the agency relationship and yet takes no position as to what they intend to argue to assert claims against them. They certainly cannot have it both ways. NCL cannot assert a claim against Quay at trial after they instruct their corporate representatives not to articulate what claims or arguments they have to attribute fault to them in depositions.

NCL should be prohibited from attributing fault to Quay Cruise or, in the alternative, to argue that any act or omission was outside of the scope of their agency relationship. Plaintiffs are entitled to know information and NCL's argument that it violates the attorney-client privilege is a ground not asserted at the time of the deposition and they should not be allowed to carry this charade further.

DATED: Honolulu, Hawai'i June 20, 2006.

              _____/S/ Mark S. Davis_____
              MARK S. DAVIS
              MICHAEL K. LIVINGSTON
              Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child**, AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>           Plaintiffs,<br><br>     vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>           Defendants. | CIVIL NO. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>           Third-Party Plaintiffs,<br><br>     vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>           Third-Party Defendants | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served

upon the following parties on June 20, 2006 by means indicated below.

 DENNIS O'CONNOR, ESQ.          [Electronic Filing]
 DENNIS O'CONNOR, JR., ESQ.

**REINWALD O'CONNOR & PLAYDON LLP**
Pacific Guardian Center
2400 Makai Tower
733 Bishop Street
Honolulu, HI  96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI'I TRAVEL & TOUR** and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.    [Electronic Filing]
NEILL TSENG, ESQ.
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI  96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.    [Electronic Filing]
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI  96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.    [Electronic Filing]
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED:  Honolulu, Hawai'i  June 20, 2006

                                /s/ Mark S. Davis
                                _____
                                MARK S. DAVIS
                                MICHAEL K. LIVINGSTON
                                Attorney for Plaintif