OF COUNSEL:

DAVIS LEVIN LIVINGSTON GRANDE

MARK S. DAVIS        1442-0
400 Davis Levin Livingston Grande Place
851 Fort Street
Honolulu, Hawai'i  96813
Telephone:  (808) 524-7500
Fax:  (808) 356-0418
Email:  mdavis@davislevin.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST,** INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD**, AMANDA RENEE GAST,** AND **BROOKE ASHLEY GAST**<br><br>            PLAINTIFFS,<br><br>     VS.<br><br>**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,** AND **AKAL SECURITY, INC.,** A NEW MEXICO CORPORATION,<br><br>            DEFENDANTS. | CIVIL NO. **04-00079 DAE-BMK** (WRONGFUL DEATH)<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 3**<br><br>**TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST; AND CERTIFICATE OF SERVICE**<br><br>*Hearing*<br><br>Date :   *June 22, 2006*<br>Time :   *10:00 a.m.*<br>Judge :   *David A. Ezra*<br><br> TRIAL:   *August 15, 2006* |

**SUNG KI KWAK,** DBA **SHIN JIN HAWAI`I TRAVEL & TOUR,** A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY,**

    THIRD-PARTY PLAINTIFFS,

  vs.

**NORWEGIAN CRUISE LINES, INC.** AND **NATIONAL PARK SERVICE,**

    THIRD-PARTY DEFENDANTS

**NCL (BAHAMA) LIMITED**,

    COUNTERCLAIM PLAINTIFF,

  vs.

**NATIONAL PARK SERVICE (USA),**

    CROSS-CLAIM DEFENDANT

**NATIONAL PARK SERVICE (USA),**

    COUNTERCLAIM PLAINTIFF,

  vs.

**JOHN GAST**, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE **ESTATE OF JACQUELINE GAST** AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILD, **AMANDA RENEE GAST**, AND **BROOKE ASHLEY GAST, SUNG KI KWAK,** DBA **SHIN**

2

| |
|---|
| **JIN HAWAI`I TRAVEL & TOUR**, A HAWAI`I SOLE PROPRIETORSHIP; AND **CYNTHIA HATHAWAY**, |
| COUNTERCLAIM DEFENDANTS. |
| **NATIONAL PARK SERVICE (USA)**, |
| CROSS-CLAIM PLAINTIFF, |
| vs. |
| **NCL (BAHAMA) LIMITED**, |
| CROSS-CLAIM DEFENDANT. |

### PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE NO. 3

### TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST

The parties have filed a number of Daubert Motions upon which the Court has not yet ruled. If the Court rules as Plaintiffs expect that it will, the speculative expert reports which try to opine on facts rather than expert opinions, such as the "fact that she committed suicide" should be stricken as totally speculative, inappropriate, and lack appropriate scientific base. The purpose of the instant Motion is to also exclude references to her suicide in the absence of any evidentiary base that would support such a contention. Defendants have chosen the opportunity to try to re-argue the Daubert Motion which is not the purpose of the instant Motions. Accordingly this Motion should probably be deferred until

3

such time as the Court has ruled on the admissibility of Dr. Kimbel and others' testimony concerning the opinion that Ms. Gast committed suicide.  Plaintiff will urge the Court that of course if the experts are stricken and there is a lack of any evidentiary foundation that Defendants should also be precluded from arguing that she committed suicide or was responsible for her own death.

    DATED:  Honolulu, Hawai'i  June 20, 2006.

                                                                   _____/s/ Mark S. Davis_____
                                                                   MARK S. DAVIS
                                                                   MICHAEL K. LIVINGSTON
                                                                  Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **JOHN GAST**, Individually and as Special Administrator of the **ESTATE OF JACQUELINE GAST** and as Guardian Ad Litem for his minor child, **AMANDA RENEE GAST,** and **BROOKE ASHLEY GAST**<br><br>       Plaintiffs,<br><br>   vs.<br><br>**SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY**<br><br>       Defendants. | CIVIL NO. **04-00079 DAE-BMK** (Wrongful Death)<br><br>**CERTIFICATE OF SERVICE** |
| **SUNG KI KWAK, dba SHIN JIN HAWAI`I TRAVEL & TOUR, a Hawai`i Sole Proprietorship; and CYNTHIA HATHAWAY,**<br><br>       Third-Party Plaintiffs,<br><br>   vs.<br><br>**NORWEGIAN CRUISE LINES, INC. and NATIONAL PARK SERVICE,**<br><br>       Third-Party Defendants | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served upon the following parties on June 13, 2006 by means indicated below.

DENNIS O'CONNOR, ESQ.        [Electronic Filing]
DENNIS O'CONNOR, JR., ESQ.

**REINWALD O'CONNOR & PLAYDON LLP**
Pacific Guardian Center
2400 Makai Tower
733 Bishop Street
Honolulu, HI  96813
    Attorneys for Defendants and Third-Party Plaintiffs
    **SUNG KI KWAK,** dba **SHIN JIN HAWAI`I T**
    **RAVEL & TOUR** and **CYNTHIA HATHAWAY**

JEFFREY S. PORTNOY, ESQ.    [Electronic Filing]
NEILL TSENG, ESQ.
**CADES SCHUTTE, LLC**
1200 Cades Schutte Building
1000 Bishop Street
Honolulu, HI  96813
    Attorney for Third-Party Defendant
    **NORWEGIAN CRUISE LINES, INC.**

R. MICHAEL BURKE, ESQ.    [Electronic Filing]
**OFFICE OF THE U. S. ATTORNEY**
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI  96850
    Attorney for Third-Party Defendant
    **NATIONAL PARK SERVICE**

APRIL LURIA, ESQ.    [Electronic Filing]
**ROECA LOUIE & HIRAOKA**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI  96813
    Attorney for Defendant
    **AKAL SECURITY**

DATED:  Honolulu, Hawai'i  June 20, 2006

                                        /s/ Mark S. Davis
                              _____
                              MARK S. DAVIS
                              MICHAEL K. LIVINGSTON
                              Attorney for Plaintiffs