EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE   1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Federal Defendant
NATIONAL PARK SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br><br>    Defendants.<br>_____<br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>    Defendants and Third-Party Plaintiffs, | CIVIL NO. 04-00079 DAE-BMK<br><br>THIRD-PARTY DEFENDANT NATIONAL PARK SERVICE'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES FILED 05/30/06; CERTIFICATE OF SERVICE |

```
            vs.                    )
                                   )
NORWEGIAN CRUISE LINES, INC.       )
and NATIONAL PARK SERVICE,         )
                                   )
      Third-Party Defendants.      )
_____)
```

THIRD-PARTY DEFENDANT NATIONAL PARK SERVICE'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MOTION IN LIMINE TO EXCLUDE EVIDENCE CONCERNING PLAINTIFF'S LOSS OF INCOME AND TO LIMIT EVIDENCE CONCERNING PLAINTIFF'S MEDICAL AND BURIAL EXPENSES
FILED 05/30/06

Third Party Defendant NATIONAL PARK SERVICE ("Federal Defendant"), by and through its attorneys, the United States Attorney for the District of Hawaii and the Assistant United States Attorney, R. Michael Burke and hereby joins in with Defendants and Third-Party Plaintiffs Sung Ki Kwak, Dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Evidence Concerning Plaintiff's Loss of Income and to Limit Evidence Concerning Plaintiff's Medical and Burial Expenses Filed 05/30/06.

DATED: June 20, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

   /s/ R. Michael Burke
By_____
  R. MICHAEL BURKE
  Assistant U.S. Attorney

Attorneys for Federal
Defendant
NATIONAL PARK SERVICE

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mark S. Davis            mdavis@davislevin.com
Michael K. Livingston    mlivingston@davislevin.com
June 21, 2006


Dennis E.W. O'Connor, Jr.    Doj@roplaw.com
June 21, 2006


Neil T. Tseng       ntseng@cades.com
June 21, 2006


April Luria         aluria@rlhlaw.com
Jodie D. Roeca      jroeca@rlhlaw.com
June 21, 2006


Served by Facsimile:

Jeffrey S. Portnoy      June 21, 2006
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813

Dennis E.W. O'Connor    June 21, 2006
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813


DATED: June 21, 2006, at Honolulu, Hawaii.

                                /s/ Myra Y. Peterson
                                _____