EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE  1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: Mike.Burke@usdoj.gov

Attorneys for Federal Defendant
NATIONAL PARK SERVICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, Individually and as Special Administrator of the Estate of JACQUELINE GAST and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>            Plaintiffs,<br><br>        vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY, and AKAL SECURITY, INC., a New Mexico corporation,<br>            Defendants.<br>_____<br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>      Defendants and Third-<br>      Party Plaintiffs, | CIVIL NO. 04-00079 DAE-BMK<br><br>THIRD-PARTY DEFENDANT NATIONAL PARK SERVICE'S JOINDER TO DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN HWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE ANY REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST FILED 5/30/06; CERTIFICATE OF SERVICE |

```
            vs.                  )
                                 )
NORWEGIAN CRUISE LINES, INC.     )
and NATIONAL PARK SERVICE,       )
                                 )
        Third-Party Defendants.  )
_____   )
```

THIRD-PARTY DEFENDANT NATIONAL PARK SERVICE'S JOINDER TO
DEFENDANTS AND THIRD-PARTY PLAINTIFFS SUNG KI KWAK, dba SHIN JIN
HWAII TRAVEL & TOUR AND CYNTHIA HATHAWAY'S MEMORANDUM IN
OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE ANY
REFERENCE TO SUICIDE WITH REGARD TO THE DEATH OF MRS. GAST FILED
5/30/06

        Third Party Defendant NATIONAL PARK SERVICE ("Federal

Defendant"), by and through its attorneys, the United States

Attorney for the District of Hawaii and the Assistant United

States Attorney, R. Michael Burke and hereby joins in with

Defendants and Third-party Plaintiffs Sung Ki Kwak, Dba Shin Jin

Hwaii Travel & Tour and Cynthia Hathaway's Memorandum in

Opposition to Plaintiffs' Motion in Limine No. 3 to Exclude Any

Reference to Suicide with Regard to the Death of Mrs. Gast Filed

5/30/06.

        DATED: June 20, 2006, at Honolulu, Hawaii.

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii
                         /s/ R. Michael Burke
                        By_____
                          R. MICHAEL BURKE
                          Assistant U.S. Attorney

                        Attorneys for Federal
                        Defendant
                        NATIONAL PARK SERVICE

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mark S. Davis            <u>mdavis@davislevin.com</u>
Michael K. Livingston    <u>mlivingston@davislevin.com</u>
June 21, 2006


Dennis E.W. O'Connor, Jr.    <u>Doj@roplaw.com</u>
June 21, 2006


Neil T. Tseng        <u>ntseng@cades.co</u>m
June 21, 2006


April Luria          <u>aluria@rlhlaw.com</u>
Jodie D. Roeca       <u>jroeca@rlhlaw.com</u>
June 21, 2006


Served by Facsimile:

Jeffrey S. Portnoy        June 21, 2006
Cades Schutte
1000 Bishop Street, 12th Floor
Honolulu, Hawaii 96813

Dennis E.W. O'Connor        June 21, 2006
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813


DATED: June 21, 2006, at Honolulu, Hawaii.


                    /s/ Myra Y. Peterson
                    _____