# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00079DAE-BMK |
| CASE NAME: | John Gast, individually, and as Special Administrator of the Estate of Jacqueline Gast and as Guardian Ad Litem for his minor child, Amanda Renee Gast, and Brooke Ashley Gast v. Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour, a Hawaii Sole Proprietorship, Cynthia Hathaway |
| ATTYS FOR PLA: | Mark S. Davis |
| ATTYS FOR DEFT: | Dennis O'Connor, Sr.<br>Dennis O'Connor, Jr.<br>Jeffrey Portnoy(BY PHONE)<br>Michael Burke<br>April Luria |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/22/2006 | TIME: | 10:00am-11:15am |

COURT ACTION:  EP: Motions in Limine.

Oral arguments heard.

MOTION by defendant Akal Security Inc. in limine No. 1 [for an order prohibiting all counsel from submitting a "Golden Rule" argument or from referring to facts or other matters which are not properly in evidence during closing arguments]-GRANTED.

MOTION in Limine No. 1 to Exclude any evidence that Quay Cruise Agency USA by and through its Employees, Acted Outside the Scope of Its Agency with NCL (Bahama) Ltd.-DENIED.

MOTION in Limine No. 2 to Exclude any Reference to Mrs. Gast's Prior History of Cocaine Abuse and Alcohol Use, as well as the Specific Names and Chrateristics of the Prescription Medications Prescribed for Her at the time of her death-GRANTED AS TO COCAINE/ALCOHOL, DENIED AS TO PRESCRIPTION MEDS.

MOTION in Limine No. 4 Regarding the Medical Care Records and Testimony of Stephen Magruder-DENIED.

Defendants and third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's MOTION in Limine to Exclude photographs of Mrs. Gast's Body-GRANTED AS TO AUTOPSY PHOTOS, DENIED AS TO OTHER PHOTOS(limited to 1 or 2)

Defendants and third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's MOTION in Limine to Exclude Evidence concerning plaintiff's Loss of Income and to Limit Evidence concerning plaintiff's Medical and Burial Expenses-DENIED.

Defendants and third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's MOTION in Limine to Exclude Evidence of Future Loss of Income to The Estate of Jacqueline Gast-GRANTED.

Defendants and third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's MOTION in Limine to Exclude Evidence of Liability Insurance-GRANTED.

Defendants and third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's MOTION in Limine to Exclude Evidence of Emotional Distress Claims of Brooke and Ashley Gast-GRANTED.

JOINDER by Third-party defendant NCL (Bahama) Ltd's to defendants and Third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion in Limine to Exclude Photographs of Mrs. Gast's Body, filed on May 30, 2006-GRANTED AS TO AUTOPSY PHOTOS, DENIED AS TO OTHER PHOTOS(limited to 1 or 2)

JOINDER by Third-party defendant NCL (Bahama) Ltd's to defendants and Third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion In Limine to Exclude Evidence concerning plaintiff's loss of income and to limit evidence concerning plaintiff's medical and burial expenses, filed May 30, 2006-DENIED.

JOINDER by Third-party defendant NCL (Bahama) Ltd's to defendants and Third-party planitffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion In Limine to exclude evidence to the estate of Jacqueline Gast, filed May 30, 2006-GRANTED.

JOINDER by Third-party defendant NCL (Bahama) Ltd's to defendants and Third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion In Limine to exclude evidence of liability Insurance, filed May 30, 2006-GRANTED.

JOINDER by Third-party defendant NCL (Bahama) Ltd's to defendants and Third-party plaintiffs Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour and Cynthia Hathaway's Motion In Limine to exclude evidence of emotional distress claims of Brooke and Ashley Gast, filed May 30, 2006-GRANTED.

Counsel to submit orders.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager