# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00079DAE-BMK |
| CASE NAME: | Gast v. Kwak |
| ATTYS FOR PLA: | Mark S. Davis |
| ATTYS FOR DEFT: | Dennis O'Connor, Sr., Dennis O'Connor, Jr., Michael Burke, Jeffrey Portnoy, April Luria |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 6/28/2006 | TIME: | 8:30 - 10 |

COURT ACTION:  EP: Further Mediation held.
Status Conference set for 7-21-06 @ 9 a.m., BMK.

Submitted by Richlyn Young, Courtroom Manager