# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00079DAE-BMK |
| CASE NAME: | John Gast, et al. Vs. Sung Ki Kwak, et al. |
| ATTYS FOR PLA: | Mark S. Davis |
| ATTYS FOR DEFT: | Dennis O'Connor, Jr.<br>Rachel Moriyama for R. Michael Burke<br>April Luria |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Courtroom 6-No Record |
| DATE: | 7/21/2006 | TIME: | 9:08-9:11 |

COURT ACTION: EP: Status Conference Re: Dismissal held.

Settlement almost completed.  Stipulation for Dismissal is due 7/28/06.

Submitted by: Warren N. Nakamura