REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>STIPULATION TO DISMISS CLAIMS BY AND AGAINST THE UNITED STATES OF AMERICA WITH PREJUDICE; ORDER<br><br><br>Trial:  August 15, 2006<br>Judge:  David Alan Ezra |

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

   Third-Party Plaintiffs,

 v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

   Third-Party Defendants.

## STIPULATION TO DISMISS CLAIMS BY AND AGAINST THE UNITED STATES OF AMERICA WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST and Defendants SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY; NCL (BAHAMA) LIMITED (incorrectly designated as NORWEGIAN CRUISE LINES, INC.); AKAL SECURITY, INC. and the UNITED STATES OF AMERICA (also designated in this action as "FEDERAL DEFENDANT" and/or the "NATIONAL PARK SERVICE") that all claims asserted by and against the UNITED STATES OF AMERICA in this action, including but not limited to any and all claims alleged in the following pleadings:

1. The Third-Party Complaint against the UNITED STATES OF AMERICA filed by SUNG KI KWAK dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY on June 21, 2004;

2. PLAINTIFFS' Complaint and Amendment over against Third-Party Defendants filed on July 21, 2004;

3. The Cross Claim filed against the UNITED STATES OF AMERICA by NCL (Bahama) Limited on August 5, 2004;

4. The UNITED STATES OF AMERICA's Counterclaim against PLAINTIFFS and SUNG KI KWAK dba SHIN JIN HAWAII TRAVEL & TOUR and CYNTHIA HATHAWAY filed on August 26, 2004;

5. The UNITED STATES OF AMERICA's Cross Claim against NCL (Bahama) Ltd. filed on August 26, 2004;

6. PLAINTIFFS' First Amended Complaint and Demand for Jury Trial filed on March 24, 2005;

7. The Cross-Claim against the UNITED STATES OF AMERICA filed by SUNG KI KWAK dba SHIN JIN HAWAII TOUR & TRAVEL and CYNTHIA HATHAWAY on April 15, 2005; and

8. The First Amended Third-Party Complaint against the UNITED STATES OF AMERICA filed by SUNG KI KWAK dba SHIN JIN HAWAII TOUR AND TRAVEL and CYNTHIA HATHAWAY on July 18, 2005

are hereby dismissed with prejudice; and any and all other claims by or against the UNITED STATES OF AMERICA whatsoever filed herein, or which could have been filed herein, are hereby dismissed with prejudice.

This Stipulation is based on Rule 41(a)(1)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties in this action. Each person signing this Stipulation represents and warrants that he or she has been duly authorized to sign this Stipulation by and on behalf of the party that he or she represents. Each party agrees to bear their own attorneys' fees and costs incurred in connection with all claims by and against the UNITED STATES OF AMERICA.

The remaining claims are between Plaintiffs, Sung Ki Kwak, Cynthia Hathaway, NCL (Bahama) Limited and AKAL Security, Inc. Trial is set for August 15, 2006.

This Stipulation may be executed in counterparts.

DATED: Honolulu, Hawaii, _____August 1, 2006_____.

_____
MARK S. DAVIS
MICHAEL K. LIVINGSTON
Attorneys for Plaintiffs JOHN GAST,
Individually, and as Special Administrator
of the Estate of JACQUELINE GAST, and
as Guardian Ad Litem for his minor child,
AMANDA RENEE GAST, and BROOK
ASHLEY GAST

---

Gast v. Kwak, et al., Civil No. CV 04 00079 DAE BMK; STIPULATION TO DISMISS CLAIMS BY AND AGAINST THE UNITED STATES OF AMERICA WITH PREJUDICE; ORDER

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, and
CYNTHIA HATHAWAY

_____
JEFFREY PORTNOY
Attorney for Third-Party Defendant
NCL (BAHAMA) LIMITED

_____
APRIL LURIA
Attorney for Defendant
AKAL SECURITY, INC.

_____
by R. MICHAEL BURKE
Attorney for Third-Party Defendant and
Counter Claimant UNITED STATES OF
AMERICA

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Gast v. Kwak, et al., Civil No. CV 04 00079 DAE BMK; STIPULATION TO
DISMISS CLAIMS BY AND AGAINST THE UNITED STATES OF AMERICA
WITH PREJUDICE; ORDER

5