# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00079DAE-BMK |
| CASE NAME: | John Gast, individually, and as Special Administrator of the Estate of Jacqueline Gast and as Guardian Ad Litem for his minor child, Amanda Renee Gast, and Brooke Ashley Gast v. Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour, a Hawaii Sole Proprietorship, Cynthia Hathaway |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | |
| DATE: | 09/26/2006 | TIME: | |

COURT ACTION:  EO:

[203] Motion by third-party plaintiff Sung Ki Kwak, third-party plaintiff Cynthia Hathaway to exclude plaintiffs' expert Elizabeth Tam, M.D.

[204] Motion by third-party plaintiff Sung Ki Kwak, third-party plaintiff Cynthia Hathaway to strike Federal Defendant National Park Service's supplemental expert witness designation

[207] Motion by third-party defendant NCL (Bahama) Limited to exclude Kwak/Shin Jin expert Richard Gill as to it

[208] Motion by plaintiffs to exclude Sung Ki Kwak, dba Shin Jin Hawaii Travel & Tour expert Stephen Kemble, M.D., and defendant National Park Service (USA) expert Michael Stone, M.D.

Per Counsel, case has settled.  Stipulation to dismiss forthcoming.  All above motions deemed withdrawn.  Counsel to submit separate withdrawal of each motion.

Submitted by:  Theresa Lam, Courtroom Manager