REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR          561
DENNIS E.W. O'CONNOR JR.    4084
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Defendants and Third-Party
Plaintiffs SUNG KI KWAK, dba SHIN
JIN HAWAII TRAVEL & TOUR and
CYNTHIA HATHAWAY



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST,<br><br>         Plaintiffs,<br><br>   vs.<br><br>SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY,<br><br>         Defendants. | CIVIL NO. CV 04 00079 DAE BMK (Wrongful Death)<br><br>STIPULATION TO DISMISS ALL REMAINING CLAIMS AND ALL REMAINING PARTIES<br><br><br>Trial:   August 15, 2006<br>Judge:  David Alan Ezra |

177494/04-54/DOJ

SUNG KI KWAK, dba SHIN JIN
HAWAII TRAVEL & TOUR, a
Hawaii Sole Proprietorship;
CYNTHIA HATHAWAY,

   Third-Party Plaintiffs,

 v.

NORWEGIAN CRUISE LINES,
INC. and NATIONAL PARK
SERVICE,

   Third-Party Defendants.

## STIPULATION TO DISMISS ALL REMAINING CLAIMS AND ALL REMAINING PARTIES

IT IS HEREBY STIPULATED by and between Plaintiffs JOHN GAST, individually, and as Special Administrator of the Estate of JACQUELINE GAST, and as Guardian Ad Litem for his minor child, AMANDA RENEE GAST, and BROOKE ASHLEY GAST and Defendants SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship; CYNTHIA HATHAWAY; NCL (BAHAMA) LIMITED (incorrectly designated as NORWEGIAN CRUISE LINES, INC.); and AKAL SECURITY, INC., by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action, including all claims filed herein or which could have been filed herein, be and are hereby dismissed with prejudice. The

2

claims by and/or against the United States of America were dismissed with prejudice by Stipulation to Dismiss Claims by and Against the United States of America filed herein on August __14__, 2006. There are no remaining parties and/or issues. Each party is to bear its own attorney's fees and costs. Trial is set for August 15, 2006.

DATED: Honolulu, Hawaii, __October 18, 2006__.

_____
MARK S. DAVIS
MICHAEL K. LIVINGSTON
Attorneys for Plaintiff

_____
DENNIS E. W. O'CONNOR
DENNIS E. W. O'CONNOR JR.
Attorneys for Defendants and Third-Party Plaintiffs SUNG KI KWAK, dba SHIN JIN HAWAII TRAVEL & TOUR, a Hawaii Sole Proprietorship, and CYNTHIA HATHAWAY

_____
JEFFREY PORTNOY
Attorney for Third-Party Defendant
NCL (BAHAMA) LIMITED

Gast v. Kwak, et al., Civil No. CV 04 00079 DAE BMK; STIPULATION TO DISMISS ALL REMAINING CLAIMS AND ALL REMAINING PARTIES

_____
APRIL LURIA
Attorney for Defendant
AKAL SECURITY


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

---

Gast v. Kwak, et al., Civil No. CV 04 00079 DAE BMK; STIPULATION TO
DISMISS ALL REMAINING CLAIMS AND ALL REMAINING PARTIES

4